| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Douglas G. Muehlhauser (SBN 179495),<br>Payson LeMeilleur (SBN 205690)<br>Mark Lezama (SBN 253479)<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, Fourteenth Floor, Irvine, CA  92614<br>Telephone:  949-760-0404<br>Fax:  949-760-9502 | |
| ATTORNEY(S) FOR:  Plaintiff Nomadix, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC.,<br><br>Plaintiff(s),<br>v.<br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>Defendant(s) | CASE NUMBER:<br>2:19-cv-04980<br><br>AMENDED **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff Nomadix, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Nomadix, Inc. | Plaintiff |
| GWHSPV, LLC, f/k/a interTouch Holdings LLC | Parent company of Nomadix, Inc. |
| Gate Worldwide Holdings LLC | Parent company of GWHSPV, LLC |

| | |
|---|---|
| June 7, 2019 | /s/  Douglas G. Muehlhauser |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Nomadix, Inc.