1  Michael R. Matthias, SBN 57728
2  Elizabeth G. Fellmeth, SBN 300015
   **BAKER & HOSTETLER LLP**
3  11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025-0509
4  Telephone: 310.820.8800
   Facsimile: 310.820.8859
5  *Email:*    *mmatthias@bakerlaw.com*
          *efellmeth@bakerlaw.com*
6

7  Kevin M. Bovard, SBN 247521
   **BAKER & HOSTETLER LLP**
8  2929 Arch Street, 12th Floor
   Philadelphia, PA 19104-2891
9  Telephone: 215.568.3100
   Facsimile: 215.568.3439
10 *Email:*   *kbovard@bakerlaw.com*

11 *Attorneys for Defendant*
   GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.
12
   (*additional counsel listed on following page*)
13

14         **IN THE UNITED STATES DISTRICT COURT**

15          **CENTRAL DISTRICT OF CALIFORNIA**

16             **WESTERN DIVISION**

17

18 NOMADIX, INC.,          Case No.: 2:19-cv-04980-AB-FFM

19        Plaintiff,      Related Case No.:
                                           2:16-cv-08033-AB-FFM
20    v.

21 GUEST-TEK INTERACTIVE   **GUEST-TEK'S ANSWER TO**
   ENTERTAINMENT LTD.,     **COMPLAINT FOR BREACH OF**
22                **CONTRACT**
          Defendant
23                **DEMAND FOR JURY TRIAL**

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1   Steven J. Rocci (Admitted *Pro Hac Vice* in Related Case)
    *Email: srocci@bakerlaw.com*
2   Daniel J. Goettle (Admitted *Pro Hac Vice* in Related Case)
    *Email: dgoettle@bakerlaw.com*
3   Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
    *Email: jlesovitz@bakerlaw.com*
4   **BAKER & HOSTETLER LLP**
    2929 Arch Street, 12th Floor
5   Philadelphia, PA 19104-2891
    Telephone:  215.568.3100
6   Facsimile:   215.568.3439

7   Michael J. Swope (Admitted *Pro Hac Vice* in Related Case)
    *Email:  mswope@bakerlaw.com*
8   Curt R. Hineline (Admitted *Pro Hac Vice* in Related Case)
    *Email:  chineline@bakerlaw.com*
9   **BAKER & HOSTETLER LLP**
    999 Third Avenue, Suite 3500
10  Seattle, WA 98104-4040
    Telephone:     206.332.1379
11  Facsimile:     206.624.7317

12  Andrew E. Samuels (Admitted *Pro Hac Vice* in Related Case)
    *Email:* asamuels@bakerlaw.com
13  **BAKER & HOSTETLER LLP**
    200 Civic Center Drive, Suite 1200
14  Columbus, OH 43215-4138
    Telephone:  614.228.1541
15  Facsimile:   614.462.2616

16  *Attorneys for Defendant*
    GUEST-TEK INTERACTIVE
17  ENTERTAINMENT LTD

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Defendant GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

2  ("Guest-Tek") hereby submits this Answer to the Complaint of Plaintiff

3  NOMADIX, INC. ("Nomadix"), as follows.  To the extent not specifically

4  admitted, Guest-Tek denies the allegations of the Complaint.

5                    **JURISDICTION, PARTIES, AND VENUE**

6        1.    With respect to Paragraph 1 of the Complaint: Admitted only that the

7  parties entered into the License Agreement on December 30, 2010, and that the

8  Supplemental Complaint purports to state a cause of action for breach of the

9  License Agreement.  Guest-Tek denies that the Court has subject matter

10  jurisdiction over this dispute.  Otherwise denied.

11        2.    With respect to Paragraph 2 of the Complaint: Admitted only that the

12  Amended Complaint purports to state that Nomadix is a Delaware corporation with

13  a principal place of business at 30851 Agoura Road, Suite 102, Agoura Hills,

14  California 91301.  Guest-Tek is otherwise without knowledge or information

15  sufficient to form a belief about the truth of the allegations of Paragraph 2 of the

16  Complaint and therefore denies the same.

17        3.    With respect to Paragraph 3 of the Complaint: Admitted.

18        4.    With respect to Paragraph 4 of the Complaint: Denied that the amount

19  in controversy exceeds $75,000.

20        5.    With respect to Paragraph 5 of the Complaint: Admitted only that the

21  License Agreement has a forum selection clause and that that clause states "all

22  disputes arising out of or in connection with this Agreement shall be brought in the

23  United States District Court for the Central District of California ("District Court")

24  and the Parties each consent to the personal jurisdiction of that court.  The Parties

25  each waive all objections to venue … and the Parties shall not contest the personal

26  jurisdiction of such District Court."  Otherwise denied.

27

28

- 1 -

GUEST-TEK'S ANSWER TO COMPLAINT FOR BREACH OF CONTRACT, DEMAND FOR JURY TRIAL;
CASE NO. 2:16-CV-08033-AB-FFM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# FIRST CLAIM FOR RELIEF:
## BREACH OF CONTRACT

6.      With respect to Paragraph 6 of the Complaint: Admitted.

7.      With respect to Paragraph 7 of the Complaint: Admitted only that the parties settled the 2009 Litigation in December 2010, that the License Agreement was entered into between them as part of the settlement, and that Exhibit 1 to the Complaint purports to be a copy of the License Agreement without Schedule B. Otherwise denied.

8.      With respect to Paragraph 8 of the Complaint: Admitted.

9.      With respect to Paragraph 9 of the Complaint: Admitted only that the License Agreement was the result of an arm's length negotiation, represented the parties' intent, and was duly effected on December 30, 2010. Otherwise the allegations in Paragraph 9 call for a legal conclusion to which no response is required, and on that basis, they are denied.

10.      With respect to Paragraph 10 of the Complaint: Admitted.

11.      With respect to Paragraph 11 of the Complaint: Admitted only (i) that within the statutory time period allowed, Guest-Tek initiated cases before the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office, including cases IPR2018-01660, IPR2018-01668, IPR2019-00211, and IPR2019-00253, (ii) that in these cases, Guest-Tek petitioned for *inter partes* review of a patent, challenging the validity of claims of that patent, (iii) that in these cases, Guest-Tek challenged U.S. Patent No. 8,266,266, U.S. Patent No. 8,725,899, U.S. Patent No. 7,953,857, or U.S. Patent No. 8,626,922, (iv) that in each case, Guest-Tek sought or is seeking cancellation of claims of the challenged patent, and (v) that in each case, based on Nomadix's representations, Guest-Tek named Nomadix as the patent owner.  Otherwise denied.

12.      With respect to Paragraph 12 of the Complaint: Admitted.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1       13.     With respect to Paragraph 13 of the Complaint: Admitted.

2       14.     With respect to Paragraph 14 of the Complaint, Admitted only (i) that

3 the PTAB has denied institution in cases IPR2018-01660 and IPR2018-01668 on

4 procedural grounds, and Guest-Tek has requested rehearing in each of those cases,

5 (ii) that on May 28, 2019, the PTAB instituted *inter partes* review of U.S. Patent

6 No. 8,626,922 in case IPR2019-00253, (iii) that on May 30, 2019, the PTAB

7 instituted *inter partes* review of U.S. Patent No. 7,953,857 in case IPR2019-00211,

8 and (iv) that *inter partes* review in cases IPR2019-00211 and IPR2019-00253 will

9 take approximately one year from the date of institution.  Otherwise denied.

10       15.     With respect to Paragraph 15 of the Complaint: Denied.

11       16.     With respect to Paragraph 16 of the Complaint: Admitted.

12       17.     With respect to Paragraph 17 of the Complaint: Denied.

13       18.     With respect to Paragraph 18 of the Complaint: Denied.

14       19.     With respect to Paragraph 19 of the Complaint: Denied.

15       20.     With respect to Paragraph 20 of the Complaint: Denied.

16                               **PRAYER FOR RELIEF**

17     With respect to the Prayer for Relief, Guest-Tek denies that Nomadix is

18 entitled to the requested relief or any other relief.

19                             **FIRST AFFIRMATIVE DEFENSE**

20                             **(Failure to State a Claim)**

21     The Complaint, and the purported claim therein, fail to state any claim upon

22 which any of the requested relief may be granted.  By way of example, the License

23 Agreement permits Guest-Tek to challenge Nomadix's patents "before the U.S.

24 Patent and Trademark Office" in the event that Nomadix asserts any of the

25 Licensed Patents or Bandwidth Management Patents against Guest-Tek.  In filing

26 the "Royalty Action," as defined in Nomadix's Complaint, Nomadix "asserted"

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1 patents in a manner which thus permits Guest-Tek to challenge those patents

2 "before the U.S. Patent and Trademark Office."

3 **SECOND AFFIRMATIVE DEFENSE**

4 **(Lack of Standing)**

5 Nomadix lacks standing to bring or maintain this action.

6 **THIRD AFFIRMATIVE DEFENSE**

7 **(Lack of Subject Matter Jurisdiction)**

8 The Court lacks subject matter jurisdiction to entertain this action.

9 **FOURTH AFFIRMATIVE DEFENSE**

10 **(Void as Against Public Policy)**

11 The requested relief may not be granted because the forum selection clause

12 is void as against public policy to the extent that it may be read to preclude *inter*

13 *partes* review of Nomadix patents. *See, e.g., Lear, Inc. v. Adkins*, 395 U.S. 653,

14 670 (1969).

15 **FIFTH AFFIRMATIVE DEFENSE**

16 **(Equitable Estoppel)**

17 Nomadix's claims are barred by equitable estoppel.  By way of example

18 only, and not by limitation, Nomadix had represented to Guest-Tek that Nomadix

19 would not sue Guest-Tek for any alleged breach of contract. Guest-Tek was not

20 aware that Nomadix had either misrepresented Nomadix's intentions to Guest-Tek,

21 or that Nomadix might subsequently have a change of position with respect to this

22 representation.  Guest-Tek relied on Nomadix's representations to its detriment.

23 **SIXTH AFFIRMATIVE DEFENSE**

24 **(Unclean Hands)**

25 Nomadix's request for equitable relief is barred by unclean hands.  Nomadix

26 has repeatedly flouted the License Agreement, and otherwise not acted in good

27 faith in its dealings with Guest-Tek.  Nomadix's own breaches of the License

28

- 4 -

1   Agreement are the subject of co-pending action between the parties, case no.

2   16-cv-08033-AB.

3

4   Dated:  July 1, 2019                    Respectfully submitted,

5

6                                           BAKER & HOSTETLER LLP

7
                                            By:    */s/ Elizabeth G. Fellmeth*
8                                                  Elizabeth G. Fellmeth

9                                           Attorneys for
                                            GUEST-TEK INTERACTIVE
10                                          ENTERTAINMENT LTD.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES