Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Payson LeMeilleur (SBN 205690)
payson.lemeilleur@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>   Defendant. | No. CV19-04980 AB (FFMx)<br><br>**PLAINTIFF NOMADIX'S NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable André Birotte Jr.<br><br>HEARING:<br>September 13, 2019<br>10:00 a.m.<br>Courtroom 7B |

In connection with Plaintiff Nomadix's Motion for Preliminary Injunction (Dkt. No. 16), the parties have each presented argument regarding the Federal Circuit's recent decision in *Dodocase VR, Inc. v. MerchSource, LLC*, 767 F. App'x 930 (Fed. Cir. 2019), and MerchSource's petition for panel rehearing and petition for rehearing *en banc*. (*E.g.*, Dkt. No. 17 (Pl.'s Opening Br.) at 7–9; Dkt. No. 28-1 (Def.'s Opp'n) at 11–12; Dkt. No. 39 (Pl.'s Corrected Reply) at 3–6.)

Nomadix hereby provides notice of the following developments in the *Dodocase* proceedings:

(1) On July 10, 2019, the Federal Circuit denied appellant MerchSource's petition for panel rehearing and petition for rehearing *en banc*. The Federal Circuit's order denying rehearing is attached here as Exhibit 1.

(2) On July 17, 2019, the Federal Circuit issued its formal mandate, which is attached here as Exhibit 2.

(3) The same day, the district court issued an updated order requiring MerchSource to seek dismissal of the Patent Trial and Appeal Board (PTAB) proceedings it initiated. The district court's order is attached here as Exhibit 3.

(4) On August 16, 2019, the PTAB terminated the *inter partes* review and post-grant review proceedings it had instituted. The PTAB's order terminating the proceedings is attached here as Exhibit 4.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 26, 2019

/s/ *Douglas G. Muehlhauser*
Douglas G. Muehlhauser
Payson LeMeilleur
Mark Lezama

Attorneys for Plaintiff,
NOMADIX, INC.