William W. Oxley, SBN 136793
Email: woxley@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Steven J. Rocci (Admitted *Pro Hac Vice* in Related Case)
Email: srocci@bakerlaw.com
Kevin M. Bovard, SBN 247521
Email: kbovard@bakerlaw.com
Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
Email: jlesovitz@bakerlaw.com
Meghan Rohling Kelly, SBN 292236
Email: mkelly@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No.: 2:19-cv-04980-AB-FFM <br><br> *Honorable André Birotte Jr.* <br><br> **GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S** *EX PARTE* **APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO NOMADIX'S MOTION FOR PERMANENT INJUNCTION** |

1  Michael J. Swope (Admitted *Pro Hac Vice*)
   Email: mswope@bakerlaw.com
2  **BAKER & HOSTETLER LLP**
   999 Third Avenue, Suite 3500
3  Seattle, WA 98104-4040
   Telephone:   206.332.1379
4  Facsimile:   206.624.7317

5  Andrew E. Samuels (Admitted *Pro Hac Vice*)
   Email: asamuels@bakerlaw.com
6  **BAKER & HOSTETLER LLP**
   200 Civic Center Drive, Suite 1200
7  Columbus, OH 43215-4138
   Telephone: 614.228.1541
8  Facsimile: 614.462.2616

9  *Attorneys for Defendant*
   GUEST-TEK INTERACTIVE
10 ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO NOMADIX'S MOTION FOR PERMANENT INJUNCTION; CASE NO.: 2:19-CV-04980-AB-FFM

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Guest-Tek Interactive Entertainment Ltd. ("Guest-Tek") brings this *ex parte* application under L.R. 7-19 for leave to file a 5-page sur-reply in opposition to Nomadix's motion for permanent injunction. As more fully explained in the attached memorandum of points and authorities, Guest-Tek's proposed sur-reply would respond to ten choice-of-law cases that Plaintiff Nomadix, Inc. ("Nomadix") withheld from its opening brief and cited for the first time in its reply brief.

Nomadix opposes Guest-Tek's requested relief. (*See* Declaration of Kevin M. Bovard.)

**PLEASE TAKE FURTHER NOTICE** that unless otherwise ordered by the Court, Nomadix shall have **24 hours (or one court day)** from delivery of this Application to file and serve any papers in opposition to the same.

Dated: April 20, 2020

BAKER & HOSTETLER LLP

By: */s/ Kevin M. Bovard*
    Kevin M. Bovard

Attorneys for Defendant
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

-1-
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO NOMADIX'S MOTION FOR PERMANENT INJUNCTION; CASE NO.: 2:19-CV-04980-AB-FFM

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Guest-Tek Interactive Entertainment, Ltd. ("Guest-Tek") applies *ex parte* for leave to file a 5-page sur-reply to respond to ten choice-of-law cases that Plaintiff Nomadix, Inc. ("Nomadix") withheld from its opening brief and cited for the first time in its reply in support of motion for permanent injunction. *Ex parte* relief is appropriate because Nomadix's motion is fully briefed (except for Guest-Tek's proposed sur-reply), and Nomadix characterizes its motion as "urgent[]." (Dkt. No. 121 at 3.)[1] Without *ex parte* relief, Nomadix's motion might be decided before Guest-Tek has a chance to respond to Nomadix's new cases.

The Court should exercise its discretion to allow Guest-Tek's proposed sur-reply. *See Watts v. Aly*, No. 2:18-cv-00693, 2020 WL 1224281, at *1 (C.D. Cal. Jan. 29, 2020) ("'[D]istrict courts have the discretion to either permit or preclude a surreply.'") (quoting *Garcia v. Biter*, 195 F. Supp. 3d 1131, 1134 (E.D. Cal. 2016)); L.R. 7-10 ("Absent prior written order of the Court, the opposing party shall not file a response to the reply."). A sur-reply is appropriate when "'a party raises a new argument or presents new evidence in a reply brief,'" because the Court cannot consider the new argument or evidence unless "'the adverse party is given an opportunity to respond.'" *Watts*, 2020 WL 1224281, at *2 (quoting *Banga v. First USA, NA*, 29 F. Supp. 3d 1270, 1276 (N.D. Cal. 2014)); *accord Jordan v. Terhune*, No. 03-1820, 2009 WL 276764, at *3 (E.D. Cal. Feb. 5, 2009) (citing *El Pollo Loco v. Hashim*, 316 F.3d 1032, 1040–41 (9th Cir. 2003)). If a reply brief "relie[s] on new legal authority," for example, the other party should be granted leave to file a sur-reply. *CYBERsitter, LLC v. People's Republic of China*, 805 F. Supp. 2d 958, 964 (C.D. Cal. 2011). That is the case here. Nomadix cited ten new choice-of-law cases

---

[1] Nomadix's actions contradict its purported urgency. Nomadix delayed 18 months in filing suit, delayed 18 months in moving for a preliminary injunction (Dkt. No. 59 at 4), and then *delayed again* by neglecting to request a permanent injunction in its summary judgment motion (Dkt. No. 120 at 1).

-2-

in its reply, with new arguments, and Guest-Tek should be allowed to respond to them.

In its opening brief, Nomadix barely performed a choice-of-law analysis. It offered only one paragraph of argument, citing only four cases. (Dkt. No. 121 at 2.) Two of those cases applied Fourth Circuit law. (*Id.*) (citing *Capital Tool* and *DuPont*). In its response brief, Guest-Tek cited several post-*eBay* diversity cases in which courts within this Circuit routinely applied federal law to requests for injunctive relief, including requests for permanent injunctive relief. (Dkt. No. 122 at 2–3.) In its reply, Nomadix barely tried to distinguish Guest-Tek's case law. Instead, Nomadix rolled out ten new choice-of-law cases, with related new arguments. (Dkt. No. 124 at 2–3 & n.1.) For example, Nomadix argued for the first time that Ninth Circuit precedent in *Sims Snowboards, Inc. v. Kelly,* 863 F.2d 643, 646 (9th Cir. 1988) requires the Court to analyze injunctive relief under state law rather than under the Supreme Court's *eBay* standard.

Had Nomadix made this argument earlier, Guest-Tek could have distinguished *Sims* and Nomadix's other new cases. Guest-Tek could have explained, for example, how the Ninth Circuit *Sims* decision does *not* hold that state law governs the equitable analysis of permanent injunctive relief. (*Contra id.* at 2.) In fact, the Ninth Circuit recently rejected Nomadix's argument in affirming a district court's permanent-injunction analysis under the federal *eBay* standard. *See Caputo v. Monge*, 737 F. App'x 312, 315 (9th Cir. 2018) (rejecting appellants' *Sims*-based argument "that the district court should have based its decision on Idaho Law and not the factors stated in *eBay*").

Guest-Tek intends to address *Sims* and Nomadix's other nine newly cited choice-of-law cases more fully in its requested sur-reply brief.

Guest-Tek asked Nomadix for its consent to file a sur-reply, but Nomadix would only agree not to oppose if Guest-Tek agreed to file the very next day, limited

its sur-reply to four pages, and limited the scope of its argument. (Bovard Decl. ¶ 4 & Ex. A.) While Guest-Tek could agree to quick briefing and a 4-page limit, Guest-Tek could not agree to Nomadix's preconditions because, among other reasons, it would be foreclosed from citing to *Caputo,* which is necessary to reject Nomadix's new *Sims*-based arguments.

Under L.R. 7-19, the name, address, telephone number and e-mail address of counsel for the opposing party are:

> Douglas G. Muehlhauser (SBN 179495)
> doug.muehlhauser@knobbe.com
> Payson LeMeilleur (SBN 205690)
> payson.lemeilleur@knobbe.com
> Mark Lezama (SBN 253479)
> mark.lezama@knobbe.com
> Justin J. Gillett (SBN 298150)
> justin.gillett@knobbe.com
> **KNOBBE, MARTENS, OLSON & BEAR, LLP**
> 2040 Main Street, Fourteenth Floor
> Irvine, CA 92614
> Telephone: 949-760-0404

Dated: April 20, 2020

BAKER & HOSTETLER LLP

By: */s/ Kevin M. Bovard*
    Kevin M. Bovard

Attorneys for Defendant
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.