William W. Oxley, SBN 136793
Email: woxley@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Steven J. Rocci (Admitted *Pro Hac Vice* in Related Case)
Email: srocci@bakerlaw.com
Kevin M. Bovard, SBN 247521
Email: kbovard@bakerlaw.com
Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
Email: jlesovitz@bakerlaw.com
Meghan Rohling Kelly, SBN 292236
Email: mkelly@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No.: 2:19-cv-04980-AB-FFM |
| Plaintiff, | *Honorable André Birotte Jr.* |
| v. | **[PROPOSED] ORDER GRANTING GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO NOMADIX'S MOTION FOR PERMANENT INJUNCTION** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant. | |

Michael J. Swope (Admitted *Pro Hac Vice*)
Email:  mswope@bakerlaw.com
**BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3500
Seattle, WA 98104-4040
Telephone:	206.332.1379
Facsimile:	206.624.7317

Andrew E. Samuels (Admitted *Pro Hac Vice*)
Email:  asamuels@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
Telephone:  614.228.1541
Facsimile:  614.462.2616

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

Having considered Defendant Guest-Tek Interactive Entertainment Ltd. ("Guest-Tek")'s *Ex Parte* Application for Leave to File Sur-Reply in Opposition to Plaintiff Nomadix, Inc. ("Nomadix")'s Motion for Permanent Injunction, and finding good cause therefor, the Court GRANTS Guest-Tek's Application.

The Court ORDERS Guest-Tek to file a Sur-Reply in Opposition to Nomadix's Motion for Permanent Injunction of no more than 5 pages in length by April ____, 2020.

**IT IS SO ORDERED.**

Dated: _____    _____
Honorable André Birotte Jr.
United States District Judge