William W. Oxley, SBN 136793
*Email: woxley@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Steven J. Rocci (Admitted *Pro Hac Vice* in Related Case)
*Email: srocci@bakerlaw.com*
Kevin M. Bovard, SBN 247521
*Email: kbovard@bakerlaw.com*
Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
*Email: jlesovitz@bakerlaw.com*
Meghan Rohling Kelly, SBN 292236
*Email: mkelly@bakerlaw.com*
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NOMADIX, INC., | Case No.: 2:19-cv-04980-AB-FFM |
| Plaintiff, | *Honorable André Birotte Jr.* |
| v. | **DECLARATION OF KEVIN M. BOVARD IN SUPPORT OF GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO NOMADIX'S MOTION FOR PERMANENT INJUNCTION** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant. | |

Michael J. Swope (Admitted *Pro Hac Vice*)
Email:  mswope@bakerlaw.com
**BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3500
Seattle, WA 98104-4040
Telephone:     206.332.1379
Facsimile:      206.624.7317

Andrew E. Samuels (Admitted *Pro Hac Vice*)
Email:  asamuels@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
Telephone:  614.228.1541
Facsimile:   614.462.2616

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

I, Kevin M. Bovard, hereby declare and state:

1. I am an attorney at law duly licensed to practice before all the Courts of the Commonwealth of Pennsylvania and the State of California. I am a partner at the law firm of Baker & Hostetler LLP, counsel of record for Defendant Guest-Tek Interactive Entertainment, Ltd. ("Guest-Tek"). I submit this Declaration in support of Guest-Tek's *Ex Parte* Application for Leave to File Sur-Reply in Opposition to Plaintiff Nomadix, Inc. ("Nomadix")'s Motion for Permanent Injunction.

2. On April 16, 2020, I advised Nomadix's counsel by email of Guest-Tek's intent to file an *ex parte* application for leave to file a sur-reply on Nomadix's motion for a permanent injunction. I also advised Nomadix's counsel that Guest-Tek intended for its proposed sur-reply to address the ten new cases cited in Nomadix's reply brief on the appropriate governing legal standard.

3. Later on April 16, 2020, Nomadix's counsel responded by email that Nomadix "does not agree that a sur-reply is warranted" and that Nomadix would agree not to oppose Guest-Tek's application only if Guest-Tek agreed to file its application and sur-reply the very next day, limited its sur-reply to four pages, and limited the scope of its sur-reply argument. (*See* Exhibit A, Apr. 16, 2020 email from Lezama to Bovard.)

4. On April 17, 2020, I advised Nomadix's counsel by email that Guest-Tek was unable to agree to Nomadix's many preconditions; that Guest-Tek would file its *ex parte* application today, April 20, 2020; and that Guest-Tek would note that Nomadix opposes Guest-Tek's requested relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of April, 2020, at Philadelphia, Pennsylvania.

| | |
|---|---|
| Dated: April 20, 2020 | BAKER & HOSTETLER LLP |
| | By: */s/ Kevin M. Bovard* |
| | Kevin M. Bovard |
| | Attorneys for Defendant<br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD. |