# Exhibit A

| | |
|---|---|
| **From:** | Mark.Lezama |
| **To:** | Bovard, Kevin M. |
| **Cc:** | Oxley, William W.; Swope, Michael; Lesovitz, Jeffrey; Guest-TekCA; Payson.LeMeilleur; Kelly, Meghan; Nomadix.Guest-Tek; Doug.Muehlhauser |
| **Subject:** | RE: Nomadix v. Guest-Tek: ex parte relief for sur-reply |
| **Date:** | Thursday, April 16, 2020 8:07:36 PM |

**[External Email: Use caution when clicking on links or opening attachments.]**

Kevin,

Nomadix does not agree that a sur-reply is warranted or that your characterization of Nomadix's brief is accurate. However, Nomadix is willing not to oppose on the following conditions:

1. Guest-Tek's sur-reply is no more than 4 pages and is limited to discussing any supposedly "new" cases cited on pages 1–2 or in footnote 1 of Nomadix's reply brief; to be clear, this excludes cases cited in the opening or opposition briefs, excludes introducing cases that neither party has yet cited, and excludes argument beyond addressing how the permitted cases bear on the question of whether California or federal law governs, such as argument on whether an injunction should issue.

2. Guest-Tek submit its proposed sur-reply simultaneously with its *ex parte* application and files both tomorrow, Friday.

3. The scope of Guest-Tek's *ex parte* application is consistent with condition (1) above, and Guest-Tek includes in its application the following section:

   **Nomadix's Position**

   Only for the sake of expediting resolution of the requested injunctive relief, Nomadix does not oppose this application. But Nomadix notes that it raised the issue of whether California or federal law governs permanent injunctions in diversity cases in its opening brief, and Guest-Tek had an adequate opportunity to respond. To the extent Nomadix cited additional cases on this issue in its reply brief, it did so in direct response to the positions Guest-Tek took in its opposition and the cases it cited therein. This is a common and valid briefing sequence, and the Court would be well within its discretion to conclude that a sur-reply is not warranted.

Best regards,

**Mark Lezama**
Partner
mark.lezama@knobbe.com

**949-721-5362** Direct

**Knobbe** Martens

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/mark-lezama

**From:** Bovard, Kevin M. <KBovard@bakerlaw.com>
**Sent:** Thursday, April 16, 2020 3:52 PM
**To:** Doug.Muehlhauser <Doug.Muehlhauser@knobbe.com>
**Cc:** Oxley, William W. <woxley@bakerlaw.com>; Swope, Michael <MSwope@bakerlaw.com>; Lesovitz, Jeffrey <JLesovitz@bakerlaw.com>; Guest-TekCA <Guest-TekCA@bakerlaw.com>; Payson.LeMeilleur <Payson.LeMeilleur@knobbe.com>; Kelly, Meghan <mkelly@bakerlaw.com>; Mark.Lezama <Mark.Lezama@knobbe.com>; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>
**Subject:** Nomadix v. Guest-Tek: ex parte relief for sur-reply

Doug,

Guest-Tek intends to file an *ex parte* application seeking leave to file a sur-reply on Nomadix's motion for a permanent injunction. The sur-reply is intended to address the 10 new cases cited in Nomadix's reply brief on the appropriate governing legal standard, all of which are distinguishable. The reason we would file *ex parte* is because Nomadix has indicated its motion must urgently be decided, and we want to ensure that the Court has the opportunity to consider any sur-reply before deciding the motion.

Please let us know by close of business tomorrow whether you oppose this relief. We will file on Monday.

Regards,
Kevin

**Kevin Bovard**
Partner



Cira Centre
2929 Arch Street | 12th Floor
Philadelphia, PA 19104-2891
T +1.215.564.2727

kbovard@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.