IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>          Defendant. | Case No.<br>CV19-04980 AB (FFMx)<br><br>**[PROPOSED] ORDER GRANTING EMERGENCY *EX PARTE* APPLICATION TO MODIFY STAY ORDER** |

Having considered Plaintiff's Emergency *Ex Parte* Application to Modify Stay Order, and finding good cause therefor, the Court grants the application.

The temporary stay of the permanent injunction that the Court ordered (Dkt. No. 133) shall lift automatically on April 29, 2020. That is, the permanent injunction (Dkt. No. 129) shall be restored automatically to full effect on April 29, 2020.

Furthermore, to compensate for the delay occasioned by the temporary stay, the permanent injunction (Dkt. No. 129) is hereby modified as follows:

The following text of paragraph 2 of the injunction

> "2. Defendant Guest-Tek is hereby **ORDERED** to join Plaintiff Nomadix in requesting that the PTAB terminate IPR2019-00211 and IPR2019-00253, including cooperating with Plaintiff Nomadix in taking steps—within two business days of entry of this final judgment in the civil docket—to obtain authorization from the PTAB to file motions to terminate IPR2019-00211 and IPR2019-00253 and including, in each proceeding, joining—within two business days of obtaining such authorization—in a motion substantially of the following form:"

is **REPLACED** with the following text:

> "2. Defendant Guest-Tek is hereby **ORDERED** to join Plaintiff Nomadix in immediately requesting that the PTAB terminate IPR2019-00211 and IPR2019-00253, including cooperating with Plaintiff Nomadix in taking immediate steps to obtain authorization from the PTAB to file motions to terminate IPR2019-00211 and IPR2019-00253. In furtherance of, and without limiting, the foregoing, Defendant Guest-Tek is hereby **ORDERED** to authorize on April 29, 2020 (or the same day that any stay of this injunction is lifted) Plaintiff Nomadix to send the following e-mail

to the PTAB:

> To the Board:
>
> Petitioner and Patent Owner in IPR2019-00211 and IPR2019-00253 hereby seek the Board's authorization to immediately file a joint motion to terminate those proceedings in accordance with an order from the United States District Court for the Central District of California.
>
> As set forth in the attached judgment entered April 22, 2020, as modified by the attached order entered [*date of this order*], the United States District Court for the Central District of California has ordered Petitioner to join Patent Owner in seeking termination and has permanently enjoined Petitioner from "participating any further in, or otherwise taking any further action in, each of IPR2019-00211[ and] IPR2019-00253" and also from "taking any steps to avoid termination." All prior stays of this injunction have lifted.
>
> In view of the court's order, Petitioner and Patent Owner respectfully submit a conference call is unnecessary. However, if the Board believes a conference call is necessary, the parties request a conference call as soon as possible in view of the deadlines in these matters and will make themselves available at the Board's earliest convenience.

In furtherance of, and without limiting, the foregoing, Defendant Guest-Tek is hereby further **ORDERED** to join in each of IPR2019-00211 and IPR2019-00253—on the same day the PTAB provides such authorization—in a motion substantially of the following form:"

**IT IS SO ORDERED.**

Dated: _____

                             Honorable André Birotte Jr.

- 2 -