# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:  2:19-cv-04980-AB (FFMx) | Date:  April 29, 2020 |

Title: *Nomadix, Inc. v. Guest-Tek Interactive Entmt. Ltd.*

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER <u>DENYING</u> PLAINTIFF'S EX PARTE APPLICATION [DKT. NO. 134]

Before the Court is Plaintiff Nomadix, Inc.'s ("Nomadix") emergency *ex parte* application for an order modifying the Court's stay order and amending judgment. (Dkt. No. 134.) Defendant Guest-Tek Interactive Entertainment, Ltd. ("Guest-Tek") opposes Nomadix's *ex parte* application. (Dkt. No. 136.) Through its *ex parte* application, Nomadix seeks to modify the Court's stay order, to have the stay lift automatically on April 29, 2020, or, alternatively, on May 1, 2020. (Dkt. No. 134.) However, as Guest-Tek states in opposition, imposing such a deadline risks jeopardizing Guest-Tek's right to appellate review, as there is no guarantee that the Ninth Circuit can decide Guest-Tek's emergency motion before the next business day. Because it is not within this Court's power to set deadlines for appellate review, Nomadix's *ex parte* application is **DENIED**. Nomadix's motion to amend judgment is similarly **DENIED**.

   **IT IS SO ORDERED**.

---