1  Douglas G. Muehlhauser (SBN 179495)
   doug.muehlhauser@knobbe.com
2  Payson LeMeilleur (SBN 205690)
   payson.lemeilleur@knobbe.com
3  Mark Lezama (SBN 253479)
   mark.lezama@knobbe.com
4  Justin J. Gillett (SBN 298150)
   justin.gillett@knobbe.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
6  Irvine, CA 92614
   Telephone: 949-760-0404
7  Facsimile: 949-760-9502

8  Attorneys for Plaintiff
   NOMADIX, INC.

9

10

11

12          IN THE UNITED STATES DISTRICT COURT

13         FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                  WESTERN DIVISION

15

16 | NOMADIX, INC.,                    | Case No.
17 |            Plaintiff,             | CV19-04980 AB (FFMx)
18 |     v.                            | **EXHIBITS TO**
19 |                                   | **DECLARATION OF**
   | GUEST-TEK INTERACTIVE             | **WILLIAM H. SHREVE IN**
20 | ENTERTAINMENT LTD.,               | **SUPPORT OF NOMADIX'S**
   |                                   | **MOTION FOR ATTORNEY'S**
21 |            Defendant.             | **FEES**
22 |                                   |
23 |                                   | Honorable André Birotte Jr.

24

25

26

27

28

# About Us

Knobbe Martens is an agent of innovation, providing clients worldwide with forward-focused intellectual property and technology law service and representation. We are one of the largest and fastest-growing IP law firms, with over 275 attorneys and scientists representing the complete spectrum of technologies and IP practice areas.

We combine unmatched technical and litigation expertise to deliver superior results in both transactional and contested matters, for both cutting-edge start-ups and established Fortune 500 companies. Our work spans fields ranging from physics to pharmaceuticals and entertainment to engineering.

But perhaps more impressive than our scope is our skill. We are established leaders in our fields—scientists, engineers and thinkers who blend deep educational and technical knowledge with a strategic focus gleaned from our real-world business experience.

We know your issues. Your pressures. And should the need arise, we know how to aggressively protect the assets that give your business its competitive edge—with extensive experience and intimate knowledge of domestic and international judicial systems.

Whatever our role, our goal is simple: to advance and protect those whose innovations propel the world forward.

Exhibit 4

**Recognized as a Gold Tier Trademark Law Firm in both California and The United States in 2020 "World Trademark Review 1000"**

February 14, 2020 | Litigation | Prosecution | Trademarks | National | Regional | *World Trademark Review (WTR)*

**Ranked Among 2020 "Best Law Firms" by *U.S. News & World Report and Best Lawyers***

November 1, 2019 | Litigation - Patent (Regional Tier 1; National Tier 1) | Litigation - Intellectual Property (Regional Tier 1; National Tier 2) | Patents (Regional Tier 1; National Tier 1) | Trademarks (Regional Tier 1; National Tier 2) | Information Technology Law (Regional Tier 1; National Tier 2) | Technology Law (Regional Tier 1; National Tier 2) | Appellate Practice (Regional Tier 3) *U.S. News & World Report and Best Lawyers*

**Recognized in *Legal Media Group's (LMG)* "Life Sciences Survey"**

September 26, 2019 | Hatch-Waxman Litigation (Generic) | Patent Litigation | Patent Prosecution | Patent Strategy & Management | National | *Legal Media Group (LMG)*

**Named the "Patent Strategy and Management Firm of the Year" by *Legal Media Group (LMG)***

September 18, 2019 | National | *Legal Media Group (LMG)*

**Ranked #1 "Best Law Firm for Minority Attorneys" based on Firm Size**

July 22, 2019 | Diversity | National | *Law360*

**Ranked #6 "Best Firms for Minority Equity Partners" based on Firm Size**

July 22, 2019 | Diversity | National | *Law360*

**Ranked in *The Legal 500* "United States 2019"**

May 29, 2019 | Patent Licensing | Patent Litigation | Patent Prosecution (Reexamination and Post-Grant Proceedings) | Trademarks | National | The Legal 500

**Recognized Nationally and Regionally in *Managing IP's* 2019 "IP Stars" Handbook**

May 20, 2019 | Life Sciences | Patent Contentious | Patent Prosecution | Trademark Contentious | Trademark Prosecution | PTAB Litigation | National | Regional | *Managing Intellectual Property (MIP)*

**Ranked Among Top 10 Law Firms to Secure the Most Utility Patents in 2018**

February 21, 2019 | National | *Harrity & Harrity* Patent Analytics Team, as published by *Law360*

Exhibit 4

**Ranked in *Benchmark Litigation* 2019 Guide**

October 10, 2018 | Litigation | National | Regional | *Benchmark Litigation*

**Ranked Among 2019 "Best Law Firms" by *U.S. News & World Report and Best Lawyers***

November 1, 2018 | Litigation - Patent (Regional Tier 1; National Tier 1) | Litigation - Intellectual Property (Regional Tier 1; National Tier 2) | Patents (Regional Tier 1; National Tier 1) | Trademarks (Regional Tier 1; National Tier 2) | Information Technology Law (Regional Tier 1; National Tier 2) | Technology Law (Regional Tier 1; National Tier 3) | Appellate Practice (Regional Tier 3) *U.S. News & World Report and Best Lawyers*

**Named a 2018 "Top IP Boutique Law Firm" in California by the *Daily Journal***

October 24, 2018 | Regional | *The Daily Journal*

**Ranked a Top 50 IPR Firm in Patexia's 2018 IPR Intelligence Report**

September 1, 2018 | *Inter Partes* Review (IPR) | National | Patexia

**Ranked #1 "Best Law Firm for Minority Attorneys" based on Firm Size**

June 17, 2018 | Diversity | National | *Law360*

**Ranked in *The Legal 500* "United States 2018"**

June 7, 2018 | Patent Licensing | Patent Litigation | Patent Prosecution (Reexamination and Post-Grant Proceedings) | Trademarks | National | *The Legal 500*

**Ranked in California and Seattle as a Leading Law Firm for Patent Prosecution, Transactions and Litigation in "IAM Patent 1000" Guide**

June 6, 2018 | Prosecution | Transactions | Litigation | National | Regional | *Intellectual Asset Management (IAM) Magazine*

**Ranked Top 20 for Overall Diversity in *The American Lawyer*'s "Diversity Scorecard"**

May 29, 2018 | Diversity | National | *The American Lawyer*

**Recognized Nationally and Regionally in *Managing IP's* 2018 "IP Stars" Handbook**

May 18, 2018 | Life Sciences | Patent Contentious | Patent Prosecution | Trademark Contentious | Trademark Prosecution | PTAB Litigation | National | Regional | *Managing Intellectual Property (MIP)*

**Ranked a Top California Law Firm for Patent Prosecution and Recognized for Life Sciences in "Chambers USA 2018"**

May 3, 2018 | Patent Prosecution | Life Sciences | Regional | *Chambers & Partners*

Exhibit 4

**Ranked #3 Largest IP Boutique Firm in 2017 by *Law360***

April 15, 2018 | National | *Law360*

**Winner of the 2018 "Law Firm of the Year" Award by the *Association of Media and Entertainment Counsel (AMEC)***

January 26, 2018 | Trademarks | National | Regional | *Association of Media and Entertainment Counsel (AMEC)*

**Ranked Among "Top 100 Verdicts of 2016" by the *National Law Journal* - Among Top 10 for IP Verdicts**

April 25, 2017 | National | *The National Law Journal (NLJ)*

**Named a Top Patent Prosecution and Trademark Firm in *Managing IP's (MIP)* 2017 "North America Awards"**

March 24, 2017 | Prosecution | Trademark Contentious | Regional | *Managing Intellectual Property (MIP)*

Exhibit 4

**Nine Knobbe Martens Attorneys Recognized as The World's Leading Trademark Professionals in 2020 "WTR 1000"**

February 14, 2020 | Litigation | Prosecution | Trademarks | Attorneys: Friedland, Halpern, Holland, Hyman, Natland, Razai, Reed, Van Hoosear, Zadra-Symes | National | *World Trademark Review (WTR)*

**Nineteen Knobbe Martens Attorneys Named 2020 "Southern California Super Lawyers"**

January 15, 2020 | Litigation | Patents | Trademarks | Attorneys: Chun, Cianfrani, Friedland, Horne, Hyman, Jennings, Jensen, King, Larson, Lateef, Nataupsky, Natland, Re, Sganga (John), Stewart, Summers, Swaroop, von Hoffmann, Zadra-Symes | Regional | *Super Lawyers*

**Thirteen Knobbe Martens Attorneys Recognized as "Life Science Stars" by *LMG Life Sciences***

September 26, 2019 | Hatch-Waxman Litigation (Generic) | Patent Litigation | Patent Prosecution | Patent Strategy & Management | Attorneys: Altman, Fuller, Lea, Lee (Sabing), Mallon, Merani, Miller, Re, Reisman, Sganga, Swaroop, von Hoffmann, Zimmerman | National | *Legal Media Group (LMG)*

**Fourteen Knobbe Martens Attorneys Recognized Among *The Best Lawyers in America*© 2020**

August 15, 2019 | Appellate | Litigation | Patents | Trademarks | Copyrights | Trade Secrets | Information Technology | Technology | Attorneys: Anderson, Carson, Cianfrani, Jennings, Nataupsky, Pitzel Cruz, Re, Reisman, Seelig, Sganga (John), Swaroop, Uribe, Vogel Weil, Zadra-Symes | National | *Best Lawyers®*

**Twenty-Three Knobbe Martens Attorneys Named The World's Leading Patent Professionals in the 2019 "IAM Patent 1000" Guide**

June 6, 2019 | Post-Grant Procedures | Court of Appeals for the Federal Circuit | Prosecution | Transactions | Litigation | Attorneys: Akhtar, Anderson, Benedict, Carson, Fuller, Gurka, King, Lateef, Loots, Mallon, Merani, Miller, Pitzel Cruz, Re, Reisman, Schoenbaum, Seelig, Sganga (John), Taylor, Uribe, Vogel Weil, von Hoffmann| Regional | *Intellectual Asset Management (IAM)*

**Twelve Knobbe Martens Attorneys Recognized as Top "IP STARS" by *Managing IP* (MIP)**

May 20, 2019 | Litigation | Patents | Trademarks | Attorneys: Anderson (Maria), Gurka, Jensen, Lea, Lee, Merani, Natland, Re, Roby, Sganga, von Hoffmann, Zimmerman | National | *Managing Intellectual Property (MIP)*

Exhibit 4

**Salima Merani and Susan Natland Recognized as "Top 250 Women in IP" by *Managing IP* (MIP)**

May 20, 2019 | Attorneys: Merani, Natland | *Managing Intellectual Property (MIP)*

**Susan Natland Recognized by *World IP Review* (WIPR) as one of the 80 Most Influential Women in IP worldwide in 2019**

 May 7, 2019 | Attorney: Natland | *WIPR Influential Women in IP*

**Joseph Re Recognized in the IP: Patent Category of "Chambers USA Guide 2019"**

April 25, 2019 | Patents | Regional | *Chambers & Partners*

**Bill Zimmerman Named 2019 "Washington D.C. Super Lawyer" by *Super Lawyers***

April 24, 2019 | Litigation | Patents | Attorney: Zimmerman | Regional | *Super Lawyers Magazine*

**Jonathan Bachand and Lincoln Essig Named 2019 "Washington D.C. Rising Star" by *Super Lawyers***

April 24, 2019 | Litigation | Patents | Attorneys: Bachand, Essig | Regional | *Super Lawyers Magazine*

**Four Knobbe Martens Attorneys Named Among "Top IP Lawyers in California"**

April 23, 2019 | Attorneys: Merani, Lea, Re, Sganga (John) | Litigation | Patents | Regional | *Daily Journal*

**Joseph Reisman, Michael Fuller, and Benjamin Anger Named 2019 "San Diego Super Lawyer and Rising Stars"**

March 22, 2019 | Litigation | Patents | Regional | *Super Lawyers and Rising Stars*

**Michael Fuller Named to *San Diego Business Journal's* "SD500" List**

January 7, 2019 | National | *San Diego Business Journal (SDBJ)*

**Joseph Re and John Sganga Recognized as a "Litigation Star" in the *Benchmark Litigation* 2019 Guide**

October 10, 2018 | Attorneys: Re, Sganga | *Benchmark Litigation*

**Salima Merani Honored "Patent Strategy & Management Attorney of the Year" for Life Sciences in California**

September 13, 2018 | Life Sciences | Regional | *Legal Media Group (LMG)*

Exhibit 4

**Fifteen Knobbe Martens Attorneys Recognized Among *The Best Lawyers in America*© 2019**

August 15, 2018 | Appellate | Litigation | Patents | Trademarks | Copyrights | Trade Secrets | Information Technology | Technology | Attorneys: Anderson, Carson, Cianfrani, Jennings, Nataupsky, Pitzel Cruz, Re, Reisman, Seelig, Sganga (John), Swaroop, Uribe, Vogel Weil, Zadra-Symes, Zelkind | National | *Best Lawyers®*

**Michelle Armond, Jonathan Bachand and Jared Bunker Recognized in *Benchmark Litigation*'s "Under 40 Hot List"**

July 5, 2018 | Attorneys: Armond, Bachand, Bunker | *Benchmark Litigation*

**Mauricio Uribe Named 2018 "Washington Super Lawyer" by *Super Lawyers***

June 18, 2018 | Patents | Attorney: Uribe | Regional | *Super Lawyers Magazine*

**Five Knobbe Martens Attorneys Named 2018 "Southern California Rising Stars"**

June 7, 2018 | Litigation | Attorneys: Armond, Bunker (Jared), Dremann, Kachner, Kahf | Regional | *Super Lawyers*

**Twelve Knobbe Martens Attorneys Recognized as Top "IP STARS" by *Managing IP (MIP)***

May 18, 2018 | Litigation | Patents | Trademarks | Attorneys: Anderson (Maria), Gurka, Jensen, Lea, Lee, Merani, Natland, Re, Roby, Sganga, von Hoffmann, Zimmerman | National | *MIP*

**Brian Horne Recognized in the 2018 *BTI* "Client Service All-Stars" Report**

March 30, 2018 | Litigation | *BTI Consulting Group*

**Susan Natland Recognized as the Exclusive Winner of the 2018 "Client Choice Award" in the IP: Trademarks, California category**

February 16, 2018 | Attorney: Natland | *International Law Office (ILO)*

**Steven Nataupsky Named to *Orange County Business Journal*'s "OC500" List**

January 5, 2018 | National | *Orange County Business Journal (OCBJ)*

**Brian Horne and Karen Vogel Weil Recognized as "Leaders in Law" by the *Los Angeles Business Journal***

October 30, 2017 | Attorneys: Horne, Weil | *Los Angeles Business Journal (LABJ)*

**Douglas Muehlhauser Recognized as a "Giant Slayer" by *The Recorder***

September 15, 2017 | Attorney: Muehlhauser | *The Recorder*

Exhibit 4

**David Weiss Recognized as one of "The Most Influential IP Attorneys" in the LA Region**

August 14, 2017 | Attorney: Weiss  | Regional | Los Angeles Business Journal

**Christy Lea Recognized as a "Woman to Watch" by the AIPLA Women in IP Committee**

July 10, 2017 | Diversity | Attorney: Lea  | National | American Intellectual Property Law Association (AIPLA)

Exhibit 4

**Knobbe** Martens



# Douglas Muehlhauser

Partner

Orange County
949-760-0404
doug.muehlhauser@knobbe.com

## Overview　　　　　　　　　　　　　　　　　　　—

Douglas G. Muehlhauser is a partner in our Orange County office.

Mr. Muehlhauser represents clients in litigation matters concerning intellectual property. He has extensive experience in patent litigation, including trials and appeals. In addition to litigation, Mr. Muehlhauser also has extensive experience prosecuting patents before the U.S. Patent and Trademark Office.

Mr. Muehlhauser's practice involves a wide variety of subject matter with a particular focus on computer hardware and software, laboratory instrumentation and also medical devices, compounds and processes.

Mr. Muehlhauser joined the firm in 1995 and became a partner in 2000.

## Clerk Experience

Judicial Extern for the Honorable John S. Rhoades, Sr. at the U.S. District Court, Southern District of California, Summer 1994

## Education

University of San Diego - School of Law (J.D., 1995), National Trial Team

Exhibit 5

Pepperdine University (M.B.A. Business Administration, 1991)

University of California - San Diego (B.A. Computer Science, 1984)

## AT A GLANCE

**University of San Diego - School of Law**

**Pepperdine University**

**University of California - San Diego**

**State Bar of California**

**U.S. Court of Appeals for the Federal Circuit**

**U.S. Court of Appeals for the Ninth Circuit**

**U.S. District Court - Central District of California**

**U.S. District Court - Eastern District of California**

**U.S. District Court - Northern District of California**

**U.S. District Court - Southern District of California**

**U.S. Patent and Trademark Office**

## INDUSTRY EXPERIENCE

**Automotive, Transportation & Power Sports**

**Communications Technology**

**Electronics & Semiconductors**

**Software & Information Technology**

## Practice Areas

Consumer Products Litigation  ›

IP Strategy  ›

Exhibit 5

IP Transactions & Agreements   ❯

Electrical, Semiconductor & Computer Technology Litigation   ❯

ITC Litigation   ❯

Patent Office Litigation   ❯

## Recognition ─

## Awards & Honors

- Named to the *Daily Journal*'s list of 2018 "Top Intellectual Property Lawyers in California"
- Selected by *The Recorder* as one of just four intellectual property litigators to receive the "Giant Slayers" individual recognition for his work in an ITC investigation featured in the publication's annual 2017 "Litigation Department of the Year" awards.

## Resources ─

## Representative Matters

PrinterOn Inc. v. BreezyPrint Corp. Achieved a complete defense victory of summary judgment of non-infringement for client BreezyPrint in a lawsuit brought by its competitor PrinterOn. The case, filed in the Southern District of Texas, concerned four patents related to printing software. Filed early motions for summary judgment shortly after fact discovery began and won on the construction of all twelve disputed patent claim terms, resulting in the grant of case-dispositive summary judgment. The Judge noted that the patents claim "antiquated technology" and compared PrinterOn's lawsuit to an argument that a patent on "the oil wick lamp would make infringing the light bulb," and noted that PrinterOn's allegations were therefore "troubling on a policy level."

Nomadix, Inc. v. Wayport, Inc., Superclick, Inc. and Superclick Networks, Inc., civil action no. 2:09-cv-08441, Central District of California, Hon. Dean D. Pregerson. Lead counsel representing Nomadix,

Exhibit 5

Inc. as plaintiff asserting infringement claims under seven patents in the area of network access technologies.  Obtained favorable settlement of case against the Wayport and Superclick entities, including a license to AT&T under Nomadix's internet access patents.

Case filed: November 2009 | Case dismissed: March 2013

Nobel Biocare USA, LLC v. Technique D'Usinage Sinlab, Inc., civil action no. 1:12-cv-00730, Hon. Leonie M. Brinkema. Represented Nobel Biocare as declaratory judgment plaintiff in defense of infringement claims under four patents related to dental implant technology.  Obtained favorable claim construction and summary judgment of non-infringement under all four patents.

Case filed: July 2012 | Case dismissed: January 2013

Nomadix, Inc. v. Hewlett-Packard Co. and Colubris, Inc., civil action no. 2:09-cv-08441, Central District of California, Hon. Dean D. Pregerson. Lead counsel representing Nomadix, Inc. as plaintiff asserting six patents in the area of network access technologies.  Obtained favorable settlement and license for Nomadix, including licensing to HP key portions of Nomadix's patent portfolio in Internet access technologies.

Case filed: November 2009 | Case dismissed: November 2012

Richard A. Williamson on behalf of At Home Bondholders' Liquidating Trust v. FuzeBox, Inc., et al., civil action no. 2:11-cv-02409, Central District of California, Hon. A. Howard Matz. Lead counsel representing FuzeBox, Inc. in defending patent infringement claim related to video conferencing technology.  Negotiated favorable, early dismissal for client.

Case filed:  March 2011 | Case dismissed: August 2012

Internet Media Corp. v. Freedom Communications, Inc., civil action no. 1:10-cv-00690, District of Delaware, Hon. Sue L. Robinson. Lead counsel representing Freedom Communications in defending patent infringement claim related to website access using jump codes.  Negotiated settlement, and obtained dismissal and favorable license terms for client.

Case filed:  August 2010 | Case dismissed:  June 2012

Exhibit 5

W.E.T. Automotive Systems, Ltd. v. Amerigon, Inc., civil action no. 2:10-cv-10527, Hon. Victoria A. Roberts. Lead counsel representing Amerigon, Inc. and Feher Design, Inc. in asserting infringement claims under five patents and defending against infringement claims under eight different patents. The patents related to heating and cooling systems for automobile seats.  Acquisition by client Amerigon resulted in dismissal of litigation.

Case filed: February 2010 | Case dismissed June 2011

Nomadix, Inc. v. Guest-Tek Interactive Entertainment, Inc., civil action no. 2:09-cv-08441, Central District of California, Hon. Dean D. Pregerson. Lead counsel representing Nomadix, Inc. as plaintiff asserting seven patents in the area of network access technologies.  Negotiated settlement and obtained favorable terms in licensing patents to Guest-Tek.

Case filed: November 2009 | Case dismissed: March 2011

Nomadix, Inc. v. LodgeNet Interactive Corp. and LodgeNet Stayonline, Inc., civil action no. 2:09-cv-08441, Central District of California, Hon. Dean D. Pregerson. Lead counsel representing Nomadix, Inc. as plaintiff asserting six patents in the area of network access technologies.  Obtained favorable outcome for Nomadix, including strategic alliance with LodgeNet marketing Nomadix's Internet access gateways.

Case filed: November 2009 | Case dismissed: January 2011

Correct Craft IP Holdings, LLC v. Malibu Boats, LLC, civil action no. 6:09cv813, Middle Dist. of Florida, Hon. John Antoon. Lead counsel representing Malibu Boats in defense of infringement claims under six patents asserted related to wakeboard towers.  Investigated, pleaded and maintained strong defenses, including inequitable conduct, leading to favorable settlement and licensing terms for client.

Case filed: May 2009 | Case dismissed May 2010

Nomadix, Inc. v. Second Rule, LLC, CV-07-1946 (2007).  Represented plaintiff in patent infringement action on patents directed to systems and methods for hosting Internet hot spots.  Obtained

Exhibit 5

favorable claim construction and defeated summary judgment motion attempting to invalidate patent claims.  Obtained TRO and positioned case for entry of defendant's default.

---

Pfizer Inc. et al. v. Ranbaxy Labs. Ltd. et al., 1:07-cv-00138 (2007).  Represented defendants in patent infringement action on method patent relating to the use of atorvastatin calcium/amlodipine besylate (the active ingredients in Pfizer's Caduet® product).  Achieved favorable case-dispositive settlement for client.

---

Pfizer Inc. v. Ranbaxy Laboratories, Inc., 457 F.3d 1284 (Fed. Cir. 2006).  Represented Ranbaxy Laboratories as trial and appeal counsel.  The U.S. Court of Appeals for the Federal Circuit reversed in part the decision of the district court, and found invalid a key patent claim relating to an important cholesterol drug.

---

A.M. Manufacturing Co., Inc. v. J.C. Ford Co., 2006 U.S. Dist. LEXIS 50888 (N.D. Ill 2006).  Represented J.C. Ford as lead counsel and obtained dismissal of patent lawsuit based on lack of jurisdiction.

---

Intelligent Computer Solutions, Inc. v. Voom Technologies, Inc., CV-05-5168 (2005).  Represented defendant in patent infringement action on patent directed to forensic duplication of computer hard disks.  Obtained favorable claim construction and favorable tentative ruling on motion for summary judgment of no infringement, and quickly achieved favorable case-dispositive settlement for client prior to hearing on summary judgment motion.

---

Princeton Biochemicals, Inc. v. Beckman Coulter, Inc., 411 F.3d 1332 (Fed. Cir. 2005).  Represented Beckman Coulter as trial and appeal counsel.  The U.S. Court of Appeals for the Federal Circuit affirmed rulings of non-infringement and patent invalidity in favor of Beckman Coulter.

---

IP3 Networks, Inc. v. Nomadix, Inc., 04-CV-1485 (2004).  Represented patent owner in declaratory judgment action on patents directed to systems and methods for hosting Internet hot spots.  Achieved favorable case-dispositive settlement for client.

---

Exhibit 5

Univ. of North Dakota v. James Hardie Research, et al., A2-04-162 (2004).  Represented defendant in intellectual property contract dispute.  Obtained preliminary injunction and summary judgment in client's favor.  Achieved favorable case-dispositive settlement for client.

Dynacore Holdings Corp. v. U.S. Phillips Corp., ADS Technologies, Inc., et al., 363 F.3d 1263 (Fed. Cir. 2004);  Dynacore Holdings Corp. v. U.S. Phillips Corp., 243 F. Supp. 2d 31 (S.D.N.Y. 2003).  Represented defendant ADS Technologies in patent infringement action on patent directed to LAN networks with enhanced communication capability.  Obtained dispositive summary judgment ruling of non-infringement, and obtained affirmance on appeal.

Glaxo Group v. Ranbaxy Pharmaceuticals, Inc., (D.N.J.) (No. 00-5172 MLC).  Litigation and trial counsel for defendant Ranbaxy Pharmaceuticals, Inc. (Ranbaxy) in a patent infringement action against Glaxo Group Ltd. (Glaxo). The District Court entered judgment of non-infringement in favor of Ranbaxy.

Vitalcom, Inc. v. Telemetry For Medicine, Inc., Case No. 812533 (Cal. Superior Ct.). Litigation counsel for plaintiff Vitalcom in trade secret misappropriation case. Obtained final judgment and injunctive relief.

Sontek Industries, Inc. v. Hudson Respiratory Care, Inc., CV 97-11223 (D. Mass.), aff'd, (Fed. Cir. 1998).  Litigation counsel for defendant, a medical device company; established that the asserted patent was invalid for obviousness.

The Beam System, Inc. v. Checkpoint Systems, Inc., 42 U.S.P.Q. 2d 1461 (C.D. Cal. 1997).  Litigation counsel for defendant in computer software copyright infringement lawsuit.  Obtained a dismissal of the entire action based upon plaintiff's violation of court order.

# Articles

"Sued for Patent Infringement? Don't Miss the Early Exit Signs," Intellectual Property Today, November 1, 2013 (co-author).

Exhibit 5

"In Pfaff Case Court Clarifies On-Sale Bar," Nat'l L.J., Feb. 8, 1999 (I.P. Supp.) at 1 (co-author).

Don W. Martens and Douglas G. Muehlhauser, Recent Patent Decisions (1999).

"Gambling Lawyer's Fees in Copyright Cases: The Second Legacy of the Fogerty Litigation" (co-author).

## LATEST UPDATES & EVENTS

Partner Doug Muehlhauser was quoted in, "Central District could get its first patent specialist," an article published by The Daily Journal

The Daily Journal Names Four Knobbe Martens Partners as California's "Top IP Lawyers for 2018"

Partner Douglas Muehlhauser quoted in, "Giant Slayers: Douglas Muehlhauser, Knobbe Martens"

Partner Douglas G. Muehlhauser was quoted in Sony's Headphone Patent Rehearing Bid Nixed Under Nautilus

Partner Douglas G. Muehlhauser Named an IP "Giant Slayer" by The Recorder

Partner Doug Muehlhauser Comments on U.S Trade Commission Decision

**Knobbe Martens**

Copyright © 2020 Knobbe Martens
All Rights Reserved

Exhibit 5

# Knobbe Martens



# William Shreve

## Partner

### Orange County
949-760-0404
william.shreve@knobbe.com

## Overview —

William H. Shreve has deep experience in the automotive and powersports industries.  He has represented and advised companies with large and sophisticated patent portfolios, including Yamaha Motor Corporation.

Bill represented Yamaha Motor's automotive division in connection with development and supply agreements with Ford, Volvo, and Aston Martin, and with intellectual property agreements with Audi, Ford, and Bombardier. He also represented Yamaha in litigation.

Before joining the firm, Bill was a manufacturing engineer at Teledyne Relays in Hawthorne, California, where he designed automated systems for the manufacture and inspection of electro-mechanical relays.  He had clerkship positions with Knobbe Martens from 1988 – 1989, and with Saidman, Sterne, Kessler and Goldstein of Washington, D.C.

Bill joined the firm in 1990 and became a partner in 1995.

## Education

The George Washington University Law School (J.D., 1990), Moot Court, honors

University of California - Irvine (B.S. Mechanical Engineering, 1985), Dean's List

Exhibit 6

## AT A GLANCE

The George Washington University Law School

University of California - Irvine

State Bar of California

U.S. Court of Appeals for the Federal Circuit

U.S. District Court - Central District of California

U.S. District Court - Eastern District of California

U.S. District Court - Southern District of California

U.S. Patent and Trademark Office

## INDUSTRY EXPERIENCE

Automotive, Transportation & Power Sports

Electronics & Semiconductors

Medical Devices & Procedures

Optics

## AFFILIATIONS

- American Intellectual Property Law Association
- American Bar Association
- Orange County Patent Law Association
- Orange County Bar Association

## Practice Areas

IP Strategy  ❯

Patents  ❯

Exhibit 6

## Resources —

### Representative Matters

Yamaha Motor Company, Ltd. V. Bombardier and In the Matter of Certain Personal Watercraft and Components

---

Represented plaintiff personal watercraft manufacturer in a series of patent enforcement actions in both District Court and the United States International Trade Commission relating to a portfolio of dozens of patents.  These actions were resolved by license and settlement agreements resulting in significant royalties to the client.

### Articles

Interview, "PTAB Won't Rehear Challenge To Nomadix Network Patents", Law360 (August 2018)

---

Co-author, Seven Keys to Obtaining Meaningful Patent Protection for Your Mobile App, App Developer Magazine (September 2016)

---

Feature, "Bill Shreve and the Glaukos success story: When having an IP attorney pays off", InsideCounsel (July 2015)

---

Interview, "What's the Secret to Successful Medical Device IP?", Medical Device and Diagnostic Industry (MD+DI) Blog (July 2015)

---

Co-author, "Amendments to the Federal Rules of Civil Procedure," New Matter (Fall Quarter 1991)


### LATEST UPDATES & EVENTS

Clients Edwards Lifesciences, Ephesoft, OPKIX and Sonendo Win OCTANe High Tech Awards

---

Partner William Shreve was quoted in, "PTAB Won't Rehear Challenge To Nomadix Network Patents," an article published by Law360

---

Seven Keys to Obtaining Meaningful Patent Protection for Your Mobile App | App Developer Magazine

Exhibit 6

Partner Bill Shreve Interviewed by Inside Counsel on Client Glaukos' Success Story

---

What's the Secret to Successful Medical Device IP? | MD+DI

---

Knobbe Martens Medical Technology Client, C.R. Bard, Acquires Medivance Inc.

# Knobbe Martens

Copyright © 2020 Knobbe Martens
All Rights Reserved

Exhibit 6

**Knobbe** Martens



# Payson LeMeilleur

## Partner

### Orange County

949-760-0404
payson.lemeilleur@knobbe.com

## Overview ‒

Payson LeMeilleur is a partner in our Orange County office.  Mr. LeMeilleur has litigated patent infringement cases in United States District Courts nationwide, as well as at the Federal Circuit and International Trade Commission.  Mr. LeMeilleur has represented both plaintiffs and defendants in many technological areas, including pharmaceuticals and mechanical, biomedical and electronic devices.

Mr. LeMeilleur joined the firm in 1999 and became a partner in 2005.

## Education

University of Virginia School of Law (J.D., 1999)

University of Southern California (B.S. Physics, 1996), Phi Beta Kappa Honor Society, Phi Kappa Phi Honor Society, magna cum laude

## AT A GLANCE

University of Virginia School of Law

University of Southern California

Exhibit 7

State Bar of California

Supreme Court of the United States

U.S. Court of Appeals for the Federal Circuit

U.S. District Court - Central District of California

U.S. District Court - Northern District of California

U.S. District Court - Southern District of California

# INDUSTRY EXPERIENCE

Electronics & Semiconductors

Medical Devices & Procedures

Pharmaceuticals

# Practice Areas

Appellate Litigation ❯

Hatch-Waxman Litigation ❯

ITC Litigation ❯

Medical Device Litigation ❯

Patent Office Litigation ❯

# Recognition ╋

# Awards & Honors

In a survey of his peers published in *Super Lawyers* magazine, Mr. LeMeilleur was named as one of Southern California's "Rising Stars" in intellectual property law (2014).

# AFFILIATIONS

Exhibit 7

American Bar Association

Federal Circuit Bar Association

Orange County Bar Association

## Resources 

## Representative Matters

Pfizer Inc. et al. v. Ranbaxy Labs. Ltd. et al., 1:08-cv-00164 (2008).  Represented defendants in patent infringement action in the District of Delaware on two patents relating to methods of making atorvastatin (the active ingredient in Pfizer's Lipitor® product).  Achieved favorable case-dispositive settlement for client.

Pfizer Inc. et al. v. Ranbaxy Labs. Ltd. et al., 1:08-cv-00162 (2008).  Represented defendants in patent infringement action in the District of Delaware on two patents relating to methods of making atorvastatin (one of the active ingredients in Pfizer's Caduet® product).  Achieved favorable case-dispositive settlement for client.

Pfizer Inc. et al. v. Ranbaxy Labs. Ltd. et al., 1:07-cv-00138 (2007).  Represented defendants in patent infringement action on method patent relating to the use of atorvastatin calcium/amlodipine besylate (the active ingredients in Pfizer's Caduet® product).  Achieved favorable case-dispositive settlement for client.

Pfizer Inc. v. Ranbaxy Labs. Ltd., 457 F.3d 1284 (Fed. Cir. 2006).  Represented defendants in patent infringement action in the District of Delaware on two patents relating to atorvastatin calcium (the active ingredient in Pfizer's Lipitor® product).  On appeal following a two-week bench trial, the Court of Appeals for the Federal Circuit invalidated the later-expiring patent.

Astellas Pharma Inc. et al. v. Ranbaxy Labs. Ltd. et al., 3:05-cv-02563 (2005).  In patent infringement action in the District of New Jersey on patent relating to tamsulosin (the active ingredient in Astellas'

Exhibit 7

Flomax® product), assisted in briefing before the district court and the Court of Appeals for the Federal Circuit.  The case settled prior to a decision by the Court of Appeals for the Federal Circuit.

AstraZeneca AB et al. v. Ranbaxy Labs. Ltd. et al., 3:05-cv-05553 (2005).  Represented defendants in patent infringement action in the District of New Jersey concerning six patents related to esomeprazole magnesium (the active ingredient in AstraZeneca's Nexium® product).  Achieved favorable settlement for client.

Ranbaxy Labs. Ltd. et al. v. Abbott Labs. et al., 1:04-cv-8078 (2004).  Represented declaratory judgment plaintiff in the Northern District of Illinois on three patents relating to extended-release formulations of clarithromycin (the active ingredient in Abbott's Biaxin XL® product).  At preliminary injunction stage, achieved ruling that two patents were likely invalid for inequitable conduct.  Subsequently achieved favorable case-dispositive settlement for client.

Custom TeleConnect, Inc. v. International Tele-Services, Inc., 254 F. Supp.2d 1173 (D. Nev. 2003).  Successfully defeated summary judgment motions on behalf of the plaintiff in a breach of contract and tortious interference case.  Obtained monetary settlement for plaintiff through subsequent litigation.

Glaxo Group Ltd. v. Ranbaxy Pharms. Inc., 262 F.3d 1333 (Fed. Cir. 2001).  Represented defendants through six-week bench trial in the District of New Jersey on patent relating to cefuroxime axetil (the active ingredient in Glaxo's Ceftin® product).  Achieved judgment of noninfringement of patent.  Plaintiff did not appeal district court decision.

In the Matter of Certain Personal Watercraft and Components Thereof, USITC Inv. No. 337-TA-452 (2001).  Represented Complainant patentee in investigation of accused products pursuant to Section 337 of the Tariff Act of 1930, as amended.  Case settled after four-week hearing before administrative law judge.

# LATEST UPDATES & EVENTS

Exhibit 7

Further Developments in Patent Venue and How They May Affect Calif. Corporations | The Recorder

---

Knobbe Martens Secures 11th Circuit Appellate Victory for Longtime Client Masimo

---

Federal Circuit Rules for The Medicines Company in Patent Litigation

---

Eighteen Knobbe Martens Attorneys Named 2014 Southern California Rising Stars

---

Sued for Patent Infringement? Don't Miss the Early Exit Signs | November 2013

---

Thirteen Knobbe Martens Attorneys Named 2013 Southern California Rising Stars

# Knobbe Martens

Copyright © 2020 Knobbe Martens
All Rights Reserved

Exhibit 7

# Knobbe Martens



# Mark Lezama

## Partner

### Orange County
949-760-0404
mark.lezama@knobbe.com

## Overview   —

Mark Lezama is a litigation partner in our Orange County office specializing in patent disputes.

Mr. Lezama represents patent owners and accused infringers alike, in jurisdictions all across the country. He approaches litigation thoughtfully, working with clients to position their cases for meaningful victories. In a recent case, Mr. Lezama obtained key evidentiary rulings for his client early on, laying the groundwork for the court to rule that his client did not infringe just six months into the case. Mr. Lezama builds on courtroom successes like these by planning and taking strategic steps out of court for his clients, including pursuing patent reexamination and post-grant review at the Patent and Trademark Office. He also counsels on patent-portfolio strategy, patent-infringement and validity assessments, and licensing transactions.

Owing to his strong background in mathematics and computer science, Mr. Lezama's practice encompasses a wide variety of technologies, including such diverse fields as mobile apps, computer networks, cryptography, optics, pulse oximetry, thermoelectrics, internal-combustion engines, and wellbore-surveying techniques.

Before joining the firm in 2007, Mr. Lezama was an extern for the Honorable Rosalyn M. Chapman of the United States District Court for the Central District of California and was Symposium Editor for the Berkeley Technology Law Journal at Boalt Hall.

Exhibit 8

## Clerk Experience

Extern for the Honorable Rosalyn M. Chapman, United States District Court for the Central District of California

## Education

University of California - Berkeley School of Law (J.D., 2007)

Harvard University (A.B. Mathematics, 2004), cum laude

## AT A GLANCE

University of California - Berkeley School of Law

Harvard University

State Bar of California

U.S. Court of Appeals for the Federal Circuit

U.S. District Court - Central District of California

## INDUSTRY EXPERIENCE

Automotive, Transportation & Power Sports

Communications Technology

Electronics & Semiconductors

Medical Devices & Procedures

Optics

Software & Information Technology

## AFFILIATIONS

Federal Bar Association

Exhibit 8

American Bar Association

International Association for Cryptologic Research

# Practice Areas

IP Strategy   ❯

Due Diligence   ❯

Opinions & Counseling   ❯

IP Transactions & Agreements   ❯

Electrical, Semiconductor & Computer Technology Litigation   ❯

Appellate Litigation   ❯

ITC Litigation   ❯

Medical Device Litigation   ❯

Trade Secret & Employment Mobility Litigation   ❯

Trademark & Brand Protection Litigation   ❯

Patents   ❯

# Resources   ✛

## Representative Matters

Nomadix, Inc. v. Hospitality Core Services LLC, d/b/a Blueprint RF, 2:14-cv-08256 DDP (Ex) (C.D. Cal. 2016) Represented plaintiff Nomadix in a patent-infringement action against Blueprint RF involving Internet-access technology. Handled all argument for Nomadix at a day-long hearing on claim construction and summary judgment, successfully obtaining summary judgment of infringement and defeating motions for summary judgment of invalidity. The case then settled, with Blueprint RF taking a license under undisclosed terms.

Exhibit 8

Malibu Boats, LLC v. Nautique Boat Company, Inc., 3:13-cv-00656 TAV/HBG (E.D. Tenn. 2015) Represented market leader Malibu Boats in an action to enforce its patents on wakesurf systems against competitor Nautique. On the eve of trial, the case settled, with Nautique taking a license under undisclosed terms.

Nomadix, Inc. v. Aruba Networks, Inc., 2:09-cv-08441 DDP (VBKx) (C.D. Cal. 2013) Represented plaintiff Nomadix in a patent-infringement action against Aruba Networks involving technology to provide Internet access to mobile-computer users. Shortly before trial, the case settled, with Aruba taking a license under undisclosed terms.

Nomadix, Inc. v. Wayport, Inc., 2:09-cv-08441 DDP (VBKx) (C.D. Cal. 2013) Represented plaintiff Nomadix in a patent-infringement action against AT&T subsidiary Wayport (now AT&T Wi-Fi Services) involving technology to provide Internet access to mobile-computer users. Shortly before trial, the case settled, with AT&T taking a license under undisclosed terms.

Nobel Biocare USA, LLC, et al. v. Technique D'Usinage Sinlab, Inc., 1:12-cv-00730 (LMB/TCB) (E.D. Va. 2013) Represented Nobel Biocare in a declaratory-judgment suit involving patents relating to CAD/CAM processes for dental surgery and dental restorations. Obtained summary judgment of noninfringement for Nobel just six months after filing suit.

Nomadix, Inc. v. Hewlett-Packard Co., 2:09-cv-08441 DDP (VBKx) (C.D. Cal. 2012) Represented plaintiff Nomadix in a patent-infringement action against HP involving technology to provide Internet access to mobile-computer users. Shortly before trial, the case settled, with HP taking a license under undisclosed terms.

Linksmart Wireless Technology, LLC v. T-Mobile USA, Inc., et al., 2:08-cv-00264 DF (E.D. Tex. 2012) Represented Nomadix, who was brought into the case as a third-party defendant. Plaintiff Linksmart asserted claims of patent infringement against several defendants related to their alleged use of network-access technology. The case was dismissed without any judgment against Nomadix.

Exhibit 8

W.E.T. Automotive Systems Ltd. v. Amerigon Inc., 2:10-cv-10527 VAR MJH (E.D. Mich. 2011) Represented Amerigon in an infringement action against W.E.T. Automotive Systems where the two sides collectively asserted against each other 13 patents relating to heating and cooling systems for vehicle seats. The dispute was resolved when Amerigon (now Gentherm) acquired a majority of the shares of W.E.T.'s parent corporation.

Kruse Technology Partnership v. General Motors Company, 2:09-cv-04970 JVS (MLGx) (C.D. Cal. 2010) Represented plaintiff Kruse Technology Partnership in a patent-infringement action against GM involving internal-combustion engines that use multiple fuel injections per engine cycle. The case settled before trial under confidential terms.

Kruse Technology Partnership v. Isuzu Motors Limited et al., 2:09-cv-03710 JVS (RNBx) (C.D. Cal. 2010) Represented plaintiff Kruse Technology Partnership in a patent-infringement action against Isuzu involving internal-combustion engines that use multiple fuel injections per engine cycle. The case settled before trial under confidential terms.

j2 Global Communications, Inc. v. OneSuite Corporation, 2:09-cv-04014 DDP (AJWx) (C.D. Cal. 2009) Represented OneSuite Corporation, who was accused of infringing patents relating to accessing voicemails and faxes over the Internet. Less than four months after filing suit, the plaintiff agreed to dismiss all claims against OneSuite.

Nomadix, Inc. v. Second Rule, LLC, 2:07-cv-01946 DDP (VBKx) (C.D. Cal. 2009) Represented plaintiff Nomadix in a patent-infringement action involving gateway devices that provide Internet access to mobile-computer users at hotels and hot spots. Obtained a permanent injunction and a $3.3 million judgment in damages and attorneys' fees.

# Articles

Co-author, Seven Keys to Obtaining Meaningful Patent Protection for Your Mobile App, App Developer Magazine (September 2016).

Exhibit 8

Contributor, 7 Intellectual Property Issues Startup Entrepreneurs Should Not Overlook, JD Supra Legal Perspectives (September 2015).

Amendments to the Federal Rules of Civil and Appellate Procedure, Knobbe Martens Olson & Bear (December 2009)

## Speeches & Seminars

Panelist, Protecting and Enforcing Your High Technology Intellectual Property, Knobbe Martens Hosted Webinar Series (April 2014) Introduction to Intellectual Property for Entrepreneurs and Start-ups, IEEE Orange County Entrepreneurs' Network (OCEN) (March 2010)

## LATEST UPDATES & EVENTS

**Seven Keys to Obtaining Meaningful Patent Protection for Your Mobile App | App Developer Magazine**

**Knobbe Martens Client Nomadix Prevails On Summary Judgment**

**7 Intellectual Property Issues Startup Entrepreneurs Should Not Overlook | JD Supra Perspectives**

**Protecting and Enforcing your High Technology Intellectual Property | Webinar Replay**

**Knobbe Martens Announces New Partners for 2013**

## Knobbe Martens

Copyright © 2020 Knobbe Martens
All Rights Reserved

Exhibit 8

**Knobbe** Martens



# Andrew Morrell, Ph.D.

## Associate

### Washington DC

202-640-6400
andrew.morrell@knobbe.com

## Overview　　　　　　　　　　　　　　　　　　　　　　　　　—

Andrew represents clients in intellectual property matters—principally for clients in the pharmaceutical, chemical, and biotechnology industries.  His practice is varied, though it often allows him to utilize the technical training he received while earning his Ph.D. in Medicinal Chemistry & Molecular Pharmacology for research on the synthesis and biological evaluation of small molecule therapeutics.

Andrew regularly litigates matters brought under the Hatch-Waxman Act and counsels clients as they prepare their Abbreviated New Drug Applications (ANDAs).  He also represents both patent owners and petitioners in administrative proceedings before the Patent Trial and Appeal Board (PTAB).  And when he isn't preparing for trial, Andrew helps clients obtain patents, analyzes third-party patents, conducts due diligence studies, and prepares opinions on patent-related issues.

In his free time, Andrew enjoys hiking, camping, and mastering the art of home brewing.

**Clerk Experience**

Exhibit 9

From 2017 to 2019, Andrew served as a judicial law clerk for the Honorable Pauline Newman of the U.S. Court of Appeals for the Federal Circuit—the appellate court hearing all patent appeals coming out of district courts, the United States Patent and Trademark Office, and the ITC.

## Education

George Mason University (J.D., 2010), magna cum laude

Purdue University (Ph.D. Medicinal Chemistry & Molecular Pharmacology, 2007)

King College (B.S. Chemistry, 2001), summa cum laude

King College (B.S. Biology, 2001), summa cum laude

## AT A GLANCE

George Mason University

Purdue University

King College

King College

State Bar of California

District of Columbia Bar

U.S. Court of Appeals for the Federal Circuit

U.S. District Court - Southern District of California

U.S. Patent and Trademark Office

## INDUSTRY EXPERIENCE

Biosimilars

Biotechnology

Exhibit 9

Chemical

Pharmaceuticals

## Practice Areas

Patent Prosecution  ❯

IP Strategy  ❯

Due Diligence  ❯

Opinions & Counseling  ❯

Hatch-Waxman Litigation  ❯

Patents  ❯

## Resources 

## Articles

N. Nenortas, M. Cinelli, A. Morrell, M. Cushman, & T. Shapiro, "Activity of Aromathecins Against African Trypanosomes," Antimicrob. Agents Chemother. 2018, 62, e00786–18.

M. Conda-Sheridan, P. V. Narasimha Reddy, A. Morrell, B. T. Cobb, C. Marchand, K. Agama, A. Chergui, A. Renaud, A. G. Stephen, L. K. Bindu, Y. Pommier, & M. Cushman, "Synthesis and Biological Evaluation of Indenoisoquinolines That Inhibit Both Tyrosyl-DNA Phosphodiesterase I (Tdp1) and Topoisomerase I (Top1)," J. Med. Chem. 2013, 56, 182-200.

L. Chen, M. Conda-Sheridan, P. V. N. Reddy, A. Morrell, E.-J. Park, T. P. Kondratyuk, J. M. Pezzuto, R. B. van Breemen, & M. Cushman, "Identification, Synthesis, and Biological Evaluation of the Metabolites of 3-Amino-6-(3'-aminopropyl)-5H-indeno[1,2-c]isoquinoline-5,11-dione (AM6-36), a Promising Rexinoid Lead Compound for the Development of Cancer Chemotherapeutic and Chemopreventive Agents," J. Med. Chem. 2012, 55, 5965–81.

Exhibit 9

T. X. Nguyen, A. Morrell, M. Conda-Sheridan, C. Marchand, K. Agama, A. Bermingham, A. G. Stephen, A. Chergui, A. Naumova, R. Fisher, B. O'Keefe, Y. Pommier, & M. Cushman, "Synthesis and Biological Evaluation of the First Dual Tyrosyl-DNA Phosphodiesterase I (Tdp1)–Topoisomerase I (Top1) Inhibitors," J. Med. Chem. 2012, 55, 4457–78.

E. Kiselev, S. DeGuire, A. Morrell, K. Agama, T. S. Dexheimer, Y. Pommier, & M. Cushman, "7-Azaindenoisoquinolines as Topoisomerase I Inhibitors and Potential Anticancer Agents," J. Med. Chem. 2011, 54, 6106–16.

K. E. Peterson, M. A. Cinelli, A. E. Morrell, A. Mehta, T. S. Dexheimer, K. Agama, S. Antony, Y. Pommier, & M. Cushman, "Alcohol-, Diol-, and Carbohydrate-Substituted Indenoisoquinolines as Topoisomerase I Inhibitors: Investigating the Relationships Involving Stereochemistry, Hydrogen Bonding, and Biological Activity," J. Med. Chem. 2011, 54, 4937–53.

E.-J. Park, T. P. Kondratyuk, A. Morrell, E. Kiselev, M. Conda-Sheridan, M. Cushman, S. Ahn, Y. Cho, J. J. White, R. B. van Breemen, & J. M. Pezzuto, "Induction of Retinoid X Receptor Activity and Consequent Up-regulation of p21WAF1/CIP1 by Indenoisoquinolines  in MCF7 Cells," Cancer Prev. Res. 2011, 4, 592–607.

L. Marler, M. Conda-Sheridan, M. A. Cinelli, A. E. Morrell, M. Cushman, L. Chen, K. Huang, R. van Breemen, & J. M. Pezzuto, "Cancer Chemopreventive Potential of Aromathecins and Phenazines, Novel Natural Product Derivatives," Anticancer Res. 2010, 30, 4873–82.

M. A. Cinelli, A. E. Morrell, T. S. Dexheimer, K. Agama, S. Agrawal, Y. Pommier, & M. Cushman, "The Structure–activity Relationships of A-Ring-substituted Aromathecin Topoisomerase I Inhibitors Strongly Support a Camptothecin-like Binding Mode," Bioorg. Med. Chem. 2010, 18, 5535–52.

R. P. Bakshi, D. Sang, A. Morrell, M. Cushman, & T. A. Shapiro, "Activity of Indenoisoquinolines against African Trypanosomes," Antimicrob. Agents Chemother. 2009, 53, 123–28.

M. A. Cinelli, A. Morrell, T. S. Dexheimer, E. S. Scher, Y. Pommier, & M. Cushman, "Design, Synthesis, and Biological Evaluation of 14-Substituted Aromathecins as Topoisomerase I Inhibitors," J. Med. Chem. 2008, 51, 4609–19.

S. Antony, K. K. Agama, Z.-H. Miao, K. Takagi, M. H. Wright, A. I. Robles, L. Varticovski, M. Nagarajan, A. Morrell, M., Cushman, & Y. Pommier,  "Novel Indenoisoquinolines NSC 725776 and NSC 724998 Produce Persistent Topoisomerase I Cleavage Complexes and Overcome Multidrug

Exhibit 9

Resistance," Cancer Res. 2007, 67, 10397–405.

A. Morrell, S. Antony, G. Kohlhagen, Y. Pommier, & M. Cushman, "Nitrated Indenoisoquinolines as Topoisomerase I Inhibitors: A Systematic Study and Optimization," J. Med. Chem. 2007, 50, 4419–30.

A. Morrell, M. Placzek, S. Parmley, S. Antony, T. Dexheimer, Y. Pommier & M. Cushman, "Optimization of the Indenone Ring of Indenoisoquinoline Topoisomerase I Inhibitors," J. Med. Chem. 2007, 50, 4388–404.

A. Morrell, M. S. Placzek, J. D. Steffen, S. Antony, K. Agama, Y. Pommier, & M. Cushman, "Investigation of the Lactam Side Chain Length Necessary for Optimal Indenoisoquinoline Topoisomerase I Inhibition and Cytotoxicity in Human Cancer Cell Cultures," J. Med. Chem. 2007, 50, 2040–48.

A. Morrell, S. Antony, G. Kohlhagen, Y. Pommier, & M. Cushman, "A Systematic Study of Nitrated Indenoisoquinolines Reveals a Potent Topoisomerase I Inhibitor," J. Med. Chem. 2006, 49, 7740–53.

M. Nagarajan, A. Morrell, A. Ioanoviciu, S. Antony, G. Kohlhagen. M. Hollingshead, Y. Pommier, & M. Cushman, "Synthesis and Evaluation of Indenoisoquinoline Topoisomerase I Inhibitors Substituted with Nitrogen Heterocycles," J. Med. Chem. 2006, 49, 6283–89.

X. Xiao, A. Morrell, P. E. Fanwick, & M. Cushman, "On the Mechanism of Conversion of 4-Carboxy-3,4-dihydro-3-phenyl-1(2H)-isoquinolones to Indeno[1,2-c]isoquinolines by Thionyl Chloride," Tetrahedron 2006, 62, 9705–12.

M. Nagarajan, A. Morrell, S. Antony, G. Kohlhagen, K. Agama, Y. Pommier, P. A. Ragazzon, N. C. Garbett, J. B. Chaires, M. Hollingshead, & M. Cushman, "Synthesis and Biological Evaluation of Bisindenoisoquinolines as Topoisomerase I Inhibitors," J. Med. Chem. 2006, 49, 5129–40.

S. Antony, K. K. Agama, Z.-H. Miao, M. Hollingshead, S. L. Holbeck, M. H. Wright, L. Varticovski, M. Nagarajan, A. Morrell, M. Cushman, & Y. Pommier, "Bisindenoisoquinoline Bis-1,3-{(5,6-dihydro-5,11-diketo-11H-indeno[1,2-c]isoquinoline)-6-propylamino}propane bis(trifluoroacetate) (NSC 727357), a DNA Intercalator and Topoisomerase Inhibitor with Antitumor Activity," Mol. Pharmacol. 2006, 70, 1109–20.

Exhibit 9

A. Morrell, M. Jayaraman, M. Nagarajan, B. M. Fox, M. R. Meckley, A. Ioanoviciu, Y. Pommier, S. Antony, M. Hollingshead, & M. Cushman, "Evaluation of Indenoisoquinoline Topoisomerase I Inhibitors Using a Hollow Fiber Assay," Bioorg. Med. Chem. Lett. 2006, 16, 4395–99.

A. Morrell, S. Antony, G. Kohlhagen, Y. Pommier & M. Cushman, "Synthesis of Benz[d]indeno[1,2-b]pyran-5,11-diones: Versatile Intermediates for the Design and Synthesis of Topoisomerase I Inhibitors," Bioorg. Med. Chem. Lett. 2006, 16, 1846–49.

Muthukaman Nagarajan, Andrew Morrell, Brian C. Fort, Marintha Rae Meckley, Smitha Antony, Glenda Kohlhagen, Yves Pommier, & Mark Cushman, "Synthesis and Anticancer Activity of Simplified Indenoisoquinoline Topoisomerase I Inhibitors Lacking Substituents on the Aromatic Rings," J. Med. Chem. 2004, 47(23), 5651–61.

A. Morrell, S. Antony, G. Kohlhagen, Y. Pommier, & M. Cushman, "Synthesis of Nitrated Indenoisoquinolines as Topoisomerase I Inhibitors," Bioorg. Med. Chem. Lett. 2004, 14, 3659–63.

Litigation Blog

- $5 Million Attorneys' Fee Award Affirmed Because Government's Litigation Position Not Substantially Justified
- Pre-Complaint Damages for Willful Infringement Sunk by Failure to Comply With Marking Statute
- IPR Time Bar Dispute over Timing of Service of Complaint Torpedoed on Appeal

# LATEST UPDATES & EVENTS

$5 Million Attorneys' Fee Award Affirmed Because Government's Litigation Position Not Substantially Justified

Pre-Complaint Damages for Willful Infringement Sunk by Failure to Comply With Marking Statute

IPR Time Bar Dispute over Timing of Service of Complaint Torpedoed on Appeal

Exhibit 9

# Knobbe Martens

Copyright © 2020 Knobbe Martens
All Rights Reserved

Exhibit 9

**Knobbe** Martens



# Justin J. Gillett

Partner

Orange County

949-760-0404
justin.gillett@knobbe.com

## Overview —

Justin J. Gillett is a litigation Partner in the Orange County office of Knobbe Martens.

Mr. Gillett's practice focuses on technology litigation, including patent, trademark, trade secret, and licensing cases. He has handled cases involving consumer products, medical devices, ergonomic devices, computer technology, and infrastructure. Mr. Gillett has broad experience in multiple federal courts, including the Eastern District of Texas, the District of Delaware, and the Central District of California, among others.

Mr. Gillett is a registered patent attorney and also has experience drafting and prosecuting patent applications through allowance before the United States Patent and Trademark Office.

In 2016, Mr. Gillett served as a Deputy District Attorney for the Orange County District Attorney's Office as part of the Trial Attorney Partnership. In that role, Mr. Gillett tried two jury trials to verdict and conducted several preliminary hearings on felony matters.

Mr. Gillett was nominated for the 2018 California Lawyers Association Jack Berman Award of Achievement, which recognizes a new or young lawyer for distinguished service to the public, the judiciary, or the legal profession. Since joining Knobbe Martens, Mr. Gillett has

Exhibit 10

contributed more than 900 hours of *pro bono* legal service helping indigent clients handle litigation matters in federal court. Mr. Gillett has held leadership positions in several community groups and bar organizations, including the Public Law Center, Orange County Chapter of the Federal Bar Association, the Constitutional Rights Foundation of Orange County, and the Notre Dame Club of Orange County.

Before joining Knobbe Martens, Mr. Gillett served as a law clerk for the Honorable Leonard Davis (Ret.), Chief Judge of the U.S. District Court for the Eastern District of Texas. He earned a Bachelor's of Science in Mechanical Engineering at the University of Notre Dame, where he also was a member of the varsity football team. Before beginning his legal career, Mr. Gillett held several positions in operations management for General Electric's Aviation business. Mr. Gillett then attended Michigan Law School, where he graduated with honors.

**Clerk Experience**

Hon. Leonard E. Davis, Chief Judge for the U.S. District Court for the Eastern District of Texas

# Education

University of Michigan Law School (J.D., 2013), cum laude

University of Notre Dame (B.S. Mechanical Engineering, 2008)

## AT A GLANCE

University of Michigan Law School

University of Notre Dame

State Bar of California

U.S. District Court - Central District of California

U.S. District Court - Eastern District of Texas

U.S. Patent and Trademark Office

Exhibit 10

## INDUSTRY EXPERIENCE

**Automotive, Transportation & Power Sports**

# Practice Areas

Patents  ›

# Resources                                                           ✛

# Articles

Co-author, "FBA/OC Honors Don Martens with the Judge Alicemarie H. Stotler Award at Annual Judges' Night" which was published in FBA/OC The Newsletter of the Federal Bar Association/Orange County Chapter. (May 2018)

Litigation Blog

- Standing to Appeal an Adverse IPR Decision Requires an Injury
- Supreme Court Holds Willfulness Is Not Required to Award Profits for Trademark Infringement
- Voluntary Dismissal With Prejudice Does Not Preclude Attorney's Fees

# LATEST UPDATES & EVENTS

**Standing to Appeal an Adverse IPR Decision Requires an Injury**

**Supreme Court Holds Willfulness Is Not Required to Award Profits for Trademark Infringement**

**Voluntary Dismissal With Prejudice Does Not Preclude Attorney's Fees**

**A Settlement Requiring Future Performance Generally Moots an Action**

**Time-bar Challenges to IPR under Section 315(b) Can Be Waived**

Exhibit 10

A "Regular and Established Place of Business" Under the Patent Venue Statute Requires the Presence of an Employee or Agent Conducting Defendant's Business

# Knobbe Martens

Copyright © 2020 Knobbe Martens
All Rights Reserved

Exhibit 10

**Knobbe Martens**



# Perry Oldham

## Partner

Orange County
949-721-2961
perry.oldham@knobbe.com

## Overview

Perry D. Oldham is a partner in our Orange County office.

Mr. Oldham represents clients in all types of intellectual-property disputes, including those involving patents, trademarks, trade secrets, and copyrights. His practice is primarily focused on handling patent infringement cases. Mr. Oldham is also registered to practice before the U.S. Patent and Trademark Office, and has advised clients and prepared patent applications regarding a variety of technologies.

Prior to joining Knobbe Martens, Mr. Oldham designed and supported microprocessor cores and peripherals for American Microsystems, Inc.

Mr. Oldham was awarded the Best Advocate at the Giles Rich Northeastern Regional Moot Court held in Boston in 2001.

Mr. Oldham joined the firm in 2001 and became partner in 2007.

## Education

The George Washington University Law School (J.D., 2001)

Utah State University (M.S. Electrical Engineering, 1998)

Exhibit 11

Utah State University (B.S. Electrical Engineering, 1995)

## AT A GLANCE

**The George Washington University Law School**

**Utah State University**

**Utah State University**

---

**State Bar of California**

**U.S. Patent and Trademark Office**

## INDUSTRY EXPERIENCE

**Communications Technology**

**Electronics & Semiconductors**

**Software & Information Technology**

## AFFILIATIONS

**Orange County Bar Association**

**Orange County Patent Law Association**

## Practice Areas

Patent Prosecution  ❯

PTAB Ex Parte Patent Proceedings  ❯

IP Strategy  ❯

Due Diligence  ❯

Opinions & Counseling  ❯

Exhibit 11

Copyright Litigation   ❯

Electrical, Semiconductor & Computer Technology Litigation   ❯

Appellate Litigation   ❯

Medical Device Litigation   ❯

Patents   ❯

PTAB IPR & Post-Grant Proceedings   ❯

## Resources                                                                  ✛

## Articles

"TC Heartland Complicates Venue For Foreign Defendants," Law 360 (June 2017)

"MelRok is seeking patent protection in early stage energy Internet of things industry," quoted in, The Patent Investor (June 2018)

## LATEST UPDATES & EVENTS

Partner Perry Oldham was quoted in, "MelRok is seeking patent protection in early stage energy Internet of things industry" an article posted by The Patent Investor.

Partners Oldham and Lenker Featured in, "Patenting the Internet of Things for Renewable Energy" an article posted on LAW.com

TC Heartland Complicates Venue For Foreign Defendants

Knobbe Martens Client Masimo Enters Multi-Year Business Partnership Agreement with Philips, Ending Longstanding Patent Litigation

Supreme Court Rules on "Tacking" and District Court Distinguishes Dish Network from Aereo

Exhibit 11

# Knobbe Martens

Copyright © 2020 Knobbe Martens
All Rights Reserved

Exhibit 11

**Knobbe Martens**



# Kendall Loebbaka

Partner

Orange County

949-760-0404

kendall.loebbaka@knobbe.com

## Overview —

Kendall guides clients in a broad range of cases, including patents, trade secrets, and contract matters.  Kendall is an accomplished trial attorney, having litigated trade secret and patent infringement claims.  In addition to her litigation practice, Kendall does opinion work and advises clients on a variety of intellectual property matters, including licensing and strategies to settle disputes without litigation.  Kendall has handled disputes involving a wide array of technologies and products, including consumer electronics, integrated circuits, signal boosters, computer software, and medical devices.

Kendall also has extensive experience with proceedings before the Patent and Trademark Office, including *inter partes* review (IPR) proceedings and reexaminations.  She has successfully defeated IPRs on behalf of patent owners, including establishing an invention date preceding the prior art.  She has also guided clients accused of infringement in leveraging IPRs to obtain favorable settlements.

In 2017, Kendall was co-chair in a trade secret misappropriation dispute that successfully resulted in a finding of trade secret misappropriation and an award of punitive damages.  In 2015, Kendall was also selected to lead jury trials, motions, and felony preliminary hearings as a trial attorney with the Orange County District Attorney's Trial Attorney Partnership program.

Exhibit 12

Kendall received her law degree from University of Notre Dame, and a bachelor degree in electrical engineering from Cal Poly, San Luis Obispo.

## Education

University of Notre Dame Law School (J.D., 2012), cum laude

California Polytechnic State University - San Luis Obispo (B.S. Electrical Engineering, 2009), Tau Beta Pi, Eta Kappa Nu, cum laude

### AT A GLANCE

**University of Notre Dame Law School**

**California Polytechnic State University - San Luis Obispo**

**State Bar of California**

### INDUSTRY EXPERIENCE

**Software & Information Technology**

## Practice Areas

IP Strategy   ❯

Opinions & Counseling   ❯

Electrical, Semiconductor & Computer Technology Litigation   ❯

Appellate Litigation   ❯

Trade Secret & Employment Mobility Litigation   ❯

## Resources

Exhibit 12

## Articles

"Metaswitch Networks Ordered to Pay Over $8 Million and Ongoing Royalties to Genband for Voice Over IP Technology," The Licensing Journal (July 2018)

"The U.S. Supreme Court on Induced Infringement and Its Impact on Patent Strategy," Journal of the Japanese Group of the International Association for the Protection of Intellectual Property (AIPPI), Vol. 61 No. 2 (February 2016)

Author, Knobbe Martens Litigation Blog

- Sharing Active Moiety With an FDA-Approved Product Is Not Enough to Be Considered an Approved Product for the Purposes of Patent Term Extension Under 35 U.S.C. § 156 (April 2020)
- En Banc Federal Circuit Denies Rehearing of Holding That Severance of an Unconstitutional Restriction in the America Invents Act Is Consistent With Congressional Intent and Is the Least Disruptive Solution (March 2020)
- A Collision of Patents, Copyrights, and Piracy on the High Seas (March 2020)
- Express License of Patent Includes Implied License of Continuations (February 2020)
- Examiner Amendments Can Trigger Prosecution History Estoppel (January 2020)
- Patent Applicant Not Required to Pay PTO's Attorneys' Fees in District Court Suit to Obtain a Patent (December 2019)

## LATEST UPDATES & EVENTS

**Sharing Active Moiety With an FDA-Approved Product Is Not Enough to Be Considered an Approved Product for the Purposes of Patent Term Extension Under 35 U.S.C. § 156**

Exhibit 12

En Banc Federal Circuit Denies Rehearing of Holding That Severance of an Unconstitutional Restriction in the America Invents Act Is Consistent With Congressional Intent and Is the Least Disruptive Solution

A Collision of Patents, Copyrights, and Piracy on the High Seas

Express License of Patent Includes Implied License of Continuations

Examiner Amendments Can Trigger Prosecution History Estoppel

Patent Applicant Not Required to Pay PTO's Attorneys' Fees in District Court Suit to Obtain a Patent

# Knobbe Martens

Copyright © 2020 Knobbe Martens
All Rights Reserved

Exhibit 12

# Knobbe Martens



# Alexander J. Martinez

## Associate

Orange County

949-760-0404
alex.martinez@knobbe.com

## Overview —

Alex Martinez counsels clients regarding patent and intellectual property matters.

Alex has prepared and prosecuted patent applications in a variety of technology areas. "In particular, he has specialized in the computer/software, data processing, big data, artificial intelligence, and network monitoring and security systems areas." His practice also includes prosecuting design patents. For example, he advises his clients in the intricacies of prosecuting designs directed towards computer icons, graphical user interfaces, and graphical animations. He also analyzes open source licenses for software clients.

Alex has experience with district court litigation and *inter partes* review proceedings involving computer/software patents.

Prior to joining the firm, Alex worked as a software developer for Goldman Sachs. He developed software for back-end enterprise processes and web-based applications.

## Education

Indiana University – Maurer School of Law (J.D., 2013), cum laude

University of California - Berkeley (B.A. Computer Science & Cognitive Science, 2006)

Exhibit 13

## AT A GLANCE

**Indiana University – Maurer School of Law**

**University of California - Berkeley**

**State Bar of California**

## INDUSTRY EXPERIENCE

**Software & Information Technology**

## AFFILIATIONS

**American Bar Association**

## Practice Areas

Design Patents ❯

Patent Prosecution ❯

IP Transactions & Agreements ❯

Patents ❯

PTAB IPR & Post-Grant Proceedings ❯

## Resources ＋

## Articles

Co-author, "Strategies for Obtaining Patents on AI Inventions in the U.S. and Europe," insideBIGDATA (March 2019)

Exhibit 13

# LATEST UPDATES & EVENTS

Strategies for Obtaining Patents on AI Inventions in the U.S. and Europe | insideBIGDATA

Knobbe Martens Announces New Associates

**Knobbe** Martens

Copyright © 2020 Knobbe Martens
All Rights Reserved

Exhibit 13

# AIPLA
# 2019
## Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org

Exhibit 14





American Intellectual Property Law Association

# Report of the Economic Survey 2019

### Prepared Under Direction of the
### American Intellectual Property Law Association
### Law Practice Management Committee

**Frank L. Gerratana, Chair**

**September 2019**

**Prepared by:**



910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com

Exhibit 14

## AIPLA Law Practice Management 2019 Economic Survey Participants

We would like to thank those who helped put together and review
this year's AIPLA Economic Survey:

**Frank Gerratana**: Fish & Richardson, PC – Chair of LPM Committee

**Arlene Neal**: Neal Bilbo, LLC – Vice Chair of LPM Committee

**Stephanie Sanders:** Kilpatrick Townsend & Stockton, LLP – Co-Chair of the Economic Survey Subcommitt

**Ariana Fleishman**: PiVerse, Inc. – Co-Chair of the Economic Survey Subcommittee

**DeAnn Smith**: Foley Hoag – Board Liaison

### Economic Survey Subcommittee Members:

**Ashraf Abdul-Mohsen**: ARI

**Iasha Chaudhry:** Smart & Biggar

**Ryan Dean:** Umberg Zipser, LLP

**Meghan Donohoe**: AIPLA

**John Gorecki**: Anderson Gorecki, LLP

**Megan Kirkegaard**: ARI

**Joshua Kresh:** DLA Piper LLP, US

©2019 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY
MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE
AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

Printed OPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $75 PER COPY FOR MEMBERS
AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
1400 CRYSTAL DRIVE, SUITE 600
ARLINGTON VA 22202
(703) 415-0780
WWW.AIPLA.ORG

Exhibit 14

# Table of Contents

INTRODUCTION ..................................................................................................... 1

DATA COLLECTION ................................................................................................ 1

CHANGES TO THE SURVEY.................................................................................... 1

DESCRIPTION OF STATISTICS AND FORMATTING CONVENTIONS ........................ 2

RESPONDENT BACKGROUND ................................................................................ 4

IP BUDGET FOR CORPORATE PRACTITIONERS ...................................................... 9

INCOME RECEIVED IN 2018 AND PROJECTED FOR 2019, BILLING RATES, AND
BILLABLE HOURS ................................................................................................ 11

SUMMARY OF SURVEY RESULTS BY PRACTICE TYPE ........................................... 15
    SOLO PRACTITIONER ....................................................................................15
    PRIVATE FIRM, EQUITY PARTNER ................................................................18
    PRIVATE FIRM, PARTNER-TRACK .................................................................21
    PRIVATE FIRM, NON-PARTNER TRACK ........................................................24
    PRIVATE FIRM, OF COUNSEL .......................................................................26
    HEAD OF CORPORATE IP DEPARTMENT ......................................................29
    CORPORATE IP DEPARTMENT, ATTORNEY ..................................................31
    PRIVATE FIRM, PATENT AGENT ...................................................................33
    CORPORATE IP DEPARTMENT, PATENT AGENT............................................34

TYPICAL CHARGES FOR IP LAW SERVICES ........................................................... 35

TYPICAL TYPE OF FEE FOR IP LAW SERVICE CHARGES ........................................ 45

TYPICAL COSTS OF LITIGATION........................................................................... 50

CHARACTERISTICS OF FIRMS .............................................................................. 71
    NUMBER AND TYPE OF ATTORNEYS ...........................................................71
    ASSOCIATE STARTING SALARY AND SUMMER MONTHLY PAY .....................73
    PATENT AGENTS AND SUPPORT STAFF .......................................................75
    BILLING RATES AND PRACTICES...................................................................79
    LIABILITY INSURANCE..................................................................................82

STATISTICAL TABLES ................................................................................ Appendix A
    INDIVIDUAL DATA .........................................................................I-1 to I-225
    FIRM DATA ..................................................................................... F-1 to F-30

SURVEY INSTRUMENTS ........................................................................... Appendix B

Exhibit 14

## STATISTICAL TABLES

**INDIVIDUAL DATA**

**All Respondents** ..................................................................................................................................... I-1
Background ........................................................................................................................................ I-1
Work remotely (Q3a and Q3b) ........................................................................................................ I-3
Work full-time (Q4) .......................................................................................................................... I-4
Major field of academic study (Q10) ............................................................................................... I-4
Total Gross Income for 2018 from your primary practice (Q12a) ................................................... I-5
Amount of year-end cash bonus (Q12b) .......................................................................................... I-5
Employer's 2018 contribution to 401(k)/403(b) retirement and savings plans (Q13) ................... I-6
Expected total cash income for 2019 (Q14) .................................................................................... I-6
Full-time IP lawyers and patent agents at all locations (Q18) ........................................................ I-7
Familiarity with the Global Dossier (Q20) ....................................................................................... I-9
Billable hours, Billing rate, Dollars billed (Q36, Q37, Q34) ........................................................... I-9
Percent of services in 2018 that were billed (or will be billed) by type of basis (Q35) ................. I-10
Percentage of work billed at discounted hourly billing rate (Q38) ................................................ I-10
Average hours per week spent on business development (Q40) ..................................................... I-10

**Solo Practitioner** ..................................................................................................................................... I-11
Background Information ................................................................................................................... I-11
Total Gross Income for 2018 from your primary practice (Q12a) ................................................... I-12
Total Gross Income for 2018 by type of work (Q12a) ..................................................................... I-13
Employer's 2018 contribution to 401(k)/403(b) retirement and savings plans (Q13) ................... I-13
Expected total cash income for 2019 (Q14) .................................................................................... I-14
Percent of time devoted to types of work, by Income Level (Q17) ............................................... I-15
Percent of time devoted to IP areas, by Income Level (Q15) ......................................................... I-15
New priority US and PCT Patent applications prepared and filed in 2018 (Q19) ........................... I-15
Billable hours recorded in 2018 (Q36) ............................................................................................ I-16
Average hourly billing rate in 2018 (Q37) ....................................................................................... I-17
Percent of services in 2018 that were billed (or will be billed) by type of basis (Q35) ................. I-18
Dollar amount billed for legal services performed in 2018 (Q34) .................................................. I-19

**Private Firm, Equity Partner** .................................................................................................................... I-20
Background Information ................................................................................................................... I-20
Total Gross Income for 2018 from your primary practice (Q12a) ................................................... I-21
Total Gross Income for 2018 by type of work (Q12a) ..................................................................... I-22
Amount of year-end cash bonus (Q12b) .......................................................................................... I-23
Employer's 2018 contribution to 401(k)/403(b) retirement and savings plans (Q13) ................... I-24
Expected total cash income for 2019 (Q14) .................................................................................... I-25
Percent of time devoted to types of work, by Income Level (Q17) ............................................... I-26
Percent of time devoted to IP areas, by Income Level (Q15) ......................................................... I-26
New priority US and PCT Patent applications prepared and filed in 2018 (Q19) ........................... I-27
Billable hours recorded in 2018 (Q36) ............................................................................................ I-28
Average hourly billing rate in 2018 (Q37) ....................................................................................... I-29
Percent of services in 2018 that were billed (or will be billed) by type of basis (Q35) ................. I-30
Dollar amount billed for legal services performed in 2018 (Q34) .................................................. I-31

**Private Firm, Partner-Track Attorney** ...................................................................................................... I-32
Background Information ................................................................................................................... I-32
Total Gross Income for 2018 from your primary practice (Q12a) ................................................... I-33
Total Gross Income for 2018 by type of work (Q12a) ..................................................................... I-34
Amount of year-end cash bonus (Q12b) .......................................................................................... I-35
Employer's 2018 contribution to 401(k)/403(b) retirement and savings plans (Q13) ................... I-36
Expected total cash income for 2019 (Q14) .................................................................................... I-37
Percent of time devoted to types of work, by Income Level (Q17) ............................................... I-38
Percent of time devoted to IP areas, by Income Level (Q15) ......................................................... I-38
New priority US and PCT Patent applications prepared and filed in 2018 (Q19) ........................... I-39
For the first 10 years of experience, total gross income for 2018 (Q12a) ...................................... I-40
Billable hours recorded in 2018 (Q36) ............................................................................................ I-41
Average hourly billing rate in 2018 (Q37) ....................................................................................... I-42
For the first 10 years of experience, billable hours recorded in 2018 (Q36) ................................. I-43

Exhibit 14

For the first 10 years of experience, average hourly billing rate in 2018 (Q37)..........................................................I-43
Percent of services in 2018 that were billed (or will be billed) by type of basis (Q35) ........................................I-44
Dollar amount billed for legal services performed in 2018 (Q34)..........................................................................I-45

**Private Firm, Non-Partner Track Attorney** ........................................................................................................I-46
Background Information ..........................................................................................................................................I-46
Total Gross Income for 2018 from your primary practice (Q12a) ..........................................................................I-46
Total Gross Income for 2018 by type of work (Q12a) ...........................................................................................I-47
Expected total cash income for 2019 (Q14) ..........................................................................................................I-47
Percent of time devoted to types of work, by Income Level (Q17) .......................................................................I-47
Percent of time devoted to IP areas, by Income Level (Q15).................................................................................I-48
New priority US and PCT Patent applications prepared and filed in 2018 (Q19)...................................................I-48
Average hourly billing rate in 2018 (Q37)..............................................................................................................I-48
Percent of services in 2018 that were billed (or will be billed) by type of basis (Q35) ........................................I-49
Dollar amount billed for legal services performed in 2018 (Q34)..........................................................................I-49

**Private Firm, Of Counsel** ...................................................................................................................................I-50
Background Information ..........................................................................................................................................I-50
Total Gross Income for 2018 from your primary practice (Q12a) ..........................................................................I-51
Total Gross Income for 2018 by type of work (Q12a) ...........................................................................................I-51
Expected total cash income for 2019 (Q14) ..........................................................................................................I-52
Percent of time devoted to types of work, by Income Level (Q17) .......................................................................I-52
Percent of time devoted to IP areas, by Income Level (Q15).................................................................................I-53
New priority US and PCT Patent applications prepared and filed in 2018 (Q19)...................................................I-53
Billable hours recorded in 2018 (Q36)...................................................................................................................I-54
Average hourly billing rate in 2018 (Q37)..............................................................................................................I-55
Percent of services in 2018 that were billed (or will be billed) by type of basis (Q35) ........................................I-56
Dollar amount billed for legal services performed in 2018 (Q34)..........................................................................I-57

**Corporate IP Department, Head**..........................................................................................................................I-58
Background Information ..........................................................................................................................................I-58
Total Gross Income for 2018 from your primary practice (Q12a) ..........................................................................I-59
Total Gross Income for 2018 by type of work (Q12a) ...........................................................................................I-60
Total Gross Income for 2018 by Number of Subordinates (Q12a)..........................................................................I-60
Amount of year-end cash bonus (Q12b)................................................................................................................I-61
Employer's 2018 contribution to 401(k)/403(b) retirement and savings plans (Q13) ...........................................I-62
Expected total cash income for 2019 (Q14) ..........................................................................................................I-63
Percent of time devoted to types of work, by Income Level (Q17) .......................................................................I-64
Percent of time devoted to IP areas, by Income Level (Q15).................................................................................I-64
New priority US and PCT Patent applications prepared and filed in 2018 (Q19)...................................................I-64
Direct and indirect reports (Q21)............................................................................................................................I-65
Percent of activities handled by in-house counsel other than liaison with outside counsel, by Income Level (Q22)............I-65
Annual gross revenues for company in 2018 (Q23)...............................................................................................I-66
Annual IP budget for company for 2018 (Q24) ......................................................................................................I-66
Corporate IP budget per full-time IP lawyer or agent in 2018 (Q24)......................................................................I-67
Percent of IP budget used for US prosecution and non-US prosecution (Q25) .....................................................I-68
Change in IP budget for company from 2017 to 2018 (Q26) .................................................................................I-69
Reasons for change in corporate budget (Q27) .....................................................................................................I-70
Technology focus of company or business unit (Q28) ...........................................................................................I-70
Percent of annual corporate IP budget devoted to types of work, by Income Level (Q29).....................................I-71
Percent of annual corporate IP budget devoted to types of work, by Technology Focus of Company (Q29) .........I-71

**Corporate IP Department, Attorney**.....................................................................................................................I-73
Background ............................................................................................................................................................I-73
Total Gross Income for 2018 from your primary practice (Q12a) ..........................................................................I-74
Total Gross Income for 2018 by type of work (Q12a) ...........................................................................................I-75
Total Gross Income for 2018 by Number of Subordinates (Q12a)..........................................................................I-75
Amount of year-end cash bonus (Q12b)................................................................................................................I-76
Employer's 2018 contribution to 401(k)/403(b) retirement and savings plans (Q13) ...........................................I-77
Expected total cash income for 2019 (Q14) ..........................................................................................................I-78
Percent of time devoted to types of work, by Income Level (Q17) .......................................................................I-79
Percent of time devoted to IP areas, by Income Level (Q15).................................................................................I-79

Exhibit 14

New priority US and PCT Patent applications prepared and filed in 2018 (Q19) ............................................................ I-80
Direct and indirect reports (Q21) ............................................................................................................................................. I-80

**Private Firm, Patent Agent** ....................................................................................................................................................... **I-81**
Background ....................................................................................................................................................................................... I-81
Total Gross Income for 2018 from your primary practice (Q12a) ...................................................................................... I-81
Total Gross Income for 2018 by type of work (Q12a) .......................................................................................................... I-82
Expected total cash income for 2019 (Q14) ........................................................................................................................... I-82
New priority US and PCT Patent applications prepared and filed in 2018 (Q19) ............................................................ I-83
Billable hours recorded in 2018 (Q36) .................................................................................................................................... I-83
Average hourly billing rate in 2018 (Q37) .............................................................................................................................. I-84
Percent of services in 2018 that were billed (or will be billed) by type of basis (Q35) .................................................. I-84

**Corporate IP Department, Patent Agent** ................................................................................................................................ **I-85**
Background ....................................................................................................................................................................................... I-85
Total Gross Income for 2018 from your primary practice (Q12a) ...................................................................................... I-85
Total Gross Income for 2018 by type of work (Q12a) .......................................................................................................... I-86
Amount of year-end cash bonus (Q12b) ................................................................................................................................. I-86
Employer's 2018 contribution to 401(k)/403(b) retirement and savings plans (Q13) .................................................. I-87
Expected total cash income for 2019 (Q14) ........................................................................................................................... I-87
New priority US and PCT Patent applications prepared and filed in 2018 (Q19) ............................................................ I-88
Direct and indirect reports (Q21) ............................................................................................................................................. I-88
Technology focus of company or business unit (Q28) .......................................................................................................... I-88

**Typical Charges** ............................................................................................................................................................................... **I-89**
**Trademarks by Location**
Trademark Clearance Search, Analysis, and Opinion (Q41a) .............................................................................................. I-89
Trademark Registration Application (Preparation and Filing) (Q41b) .............................................................................. I-89
Trademark Prosecution (Total, including amendments and interviews but not appeals) (Q41c) ................................. I-89
Trademark Statement of Use (Preparation and Filing) (Q41d) .......................................................................................... I-90
Trademark Appeal to the Board (Briefed and Argued) (Q41e) ........................................................................................... I-90
Trademark Section 8 and 15 Declaration (Preparation and Filing) (Q41f) ..................................................................... I-90
Trademark Renewal Application (Preparation and Filing) (Q41g) ..................................................................................... I-91
Filing of Foreign Origin Trademark Registration Application Received Ready for Filing (Q41h) ................................. I-91
Filing for an International Trademark (Q41i) .......................................................................................................................... I-91
Preparing a UDRP Petition (Q41j) ............................................................................................................................................ I-92
Responding to a UDRP Petition (Q41k) ................................................................................................................................... I-92
Preparing and Filing Assignments or Other Formal Documents (Q41l) ........................................................................... I-92

**Trademarks by Type of Practice**
Trademark Clearance Search, Analysis, and Opinion (Q41a) .............................................................................................. I-93
Trademark Registration Application (Preparation and Filing) (Q41b) .............................................................................. I-93
Trademark Prosecution (Total, including amendments and interviews but not appeals) (Q41c) ................................. I-93
Trademark Statement of Use (Preparation and Filing) (Q41d) .......................................................................................... I-94
Trademark Appeal to the Board (Briefed and Argued) (Q41e) ........................................................................................... I-94
Trademark Section 8 and 15 Declaration (Preparation and Filing) (Q41f) ..................................................................... I-94
Trademark Renewal Application (Preparation and Filing) (Q41g) ..................................................................................... I-95
Filing of Foreign Origin Trademark Registration Application Received Ready for Filing (Q41h) ................................. I-95
Filing for an International Trademark (Q41i) .......................................................................................................................... I-95
Preparing a UDRP Petition (Q41j) ............................................................................................................................................ I-96
Responding to a UDRP Petition (Q41k) ................................................................................................................................... I-96
Preparing and Filing Assignments or Other Formal Documents (Q41l) ........................................................................... I-96

**US Utility Patents by Location**
Original (not divisional, continuation, or CIP) non-provisional utility patent application on invention of minimal
    complexity (Preparation and Filing) (Q42a) ....................................................................................................................... I-97
Provisional Patent Application (Preparation and Filing) (Q42b) ....................................................................................... I-97
Original utility application, relatively complex biotechnology/chemical (Preparation and Filing) (Q42c) ................. I-97
Original utility application, relatively complex electrical/computer (Preparation and Filing) (Q42d) ....................... I-98
Original utility application, relatively complex mechanical (Preparation and Filing) (Q42e) ...................................... I-98
Patent application amendment/argument of minimal complexity (Preparation and Filing) (Q42f) ........................... I-98

Exhibit 14

Patent application amendment/argument of minimal complexity, where foreign counsel or the client
    provides detailed response instructions (Preparation and Filing) (Q43g)........................................................ I-117
Patent application amendment/argument, relatively complex, biotechnology/chemical, where foreign
    counsel or the client provides detailed response instructions (Preparation and Filing) (Q43h)................. I-117
Patent application amendment/argument, relatively complex, electrical computer, where foreign counsel
    or the client provides detailed response instructions (Preparation and Filing) (Q43i) ............................... I-118
Patent application amendment/argument, relatively complex, mechanical, where foreign counsel or
    the client provides detailed response instructions (Preparation and Filing) (Q43j)................................... I-118

**US Utility Patents of Foreign Origin by Type of Practice**
Filing foreign origin utility patent application in USPTO, received ready for filing with formal papers,
    assignment, and priority documents (Q43a) ....................................................................................................
Filing non-PCT patent application abroad (per country, not including associate or government fees) (Q43b)... I-119
Filing previously prepared US patent application as PCT application in US Receiving Office (Q43c)................... I-119
Entering National Stage in US Receiving Office from foreign origin PCT application (Q43d)............................... I-119
Entering National Stage in each foreign Receiving Office from US origin PCT application (Q43e) ..................... I-120
Paying an annuity or maintenance fee (Q43f) .......................................................................................................... I-120
Patent application amendment/argument of minimal complexity, where foreign counsel or the client
    provides detailed response instructions (Preparation and Filing) (Q43g) ........................................................ I-121
Patent application amendment/argument, relatively complex, biotechnology/chemical, where foreign
    counsel or the client provides detailed response instructions (Preparation and Filing) (Q43h)................. I-121
Patent application amendment/argument, relatively complex, electrical computer, where foreign counsel
    or the client provides detailed response instructions (Preparation and Filing) (Q43i) ............................... I-121
Patent application amendment/argument, relatively complex, mechanical, where foreign counsel or
    the client provides detailed response instructions (Preparation and Filing) (Q43j)................................... I-122

**Filing US Applications Abroad**
Top Countries for US Applications Entering Foreign National Phase (Q44a) ........................................................ I-123
Top Countries for US Applications Directly Filed with Foreign Office (Q44b) ...................................................... I-124

**Filing US Applications Abroad – Europe (EPO) by Location**
Filing US origin utility patent application in foreign office, received ready for filing with formal papers,
    assignment, and priority documents (Q44a) .................................................................................................... I-125
Entering National Stage in foreign Receiving Office from US origin PCT application (Q44b)............................. I-125
Paying an annuity or maintenance fee (Q44c).......................................................................................................... I-125
Patent application amendment/argument of minimal complexity, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q44d)................................. I-126
Patent application amendment/argument, relatively complex, biotechnology/chemical, where US
    counsel or the client provides foreign counsel with detailed response instructions (Preparation and Filing) (Q44e) .. I-126
Patent application amendment/argument, relatively complex, electrical computer, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q44f)................................. I-127
Patent application amendment/argument, relatively complex, mechanical, where US counsel or the client provides
    foreign counsel with detailed response instructions (Preparation and Filing) (Q44g)................................... I-127

**Filing US Applications Abroad – Europe (EPO) by Type of Practice**
Filing US origin utility patent application in foreign office, received ready for filing with formal papers,
    assignment, and priority documents (Q44a) .................................................................................................... I-128
Entering National Stage in foreign Receiving Office from US origin PCT application (Q44b)............................. I-128
Paying an annuity or maintenance fee (Q44c).......................................................................................................... I-128
Patent application amendment/argument of minimal complexity, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q44d)................................. I-129
Patent application amendment/argument, relatively complex, biotechnology/chemical, where US
    counsel or the client provides foreign counsel with detailed response instructions (Preparation and Filing) (Q44e) .. I-129
Patent application amendment/argument, relatively complex, electrical computer, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q44f)................................. I-129
Patent application amendment/argument, relatively complex, mechanical, where US counsel or the client provides
    foreign counsel with detailed response instructions (Preparation and Filing) (Q44g)................................... I-130

**Other US Patents and Copyrights by Location**
US design patent application (Preparation and Filing) (Q45a)................................................................................ I-131
Formal drawings for design patent application (Q45b) ........................................................................................... I-131
Preparing and filing international design patent application under the Hague agreement (Q45c)........................ I-131

Exhibit 14

Responding to Office action in design patent application (Q45d) ............................................................. I-132
US plant patent application (Preparation and Filing) (Q45e)................................................................... I-132
Copyright registration application (Preparation and Filing) (Q45f)......................................................... I-132

**Other US Patents and Copyrights by Type of Practice**
US design patent application (Preparation and Filing) (Q45a) ................................................................ I-133
Formal drawings for design patent application (Q45b).......................................................................... I-133
Preparing and filing international design patent application under the Hague agreement (Q45c).......... I-133
Responding to Office action in design patent application (Q45d) ............................................................. I-134
US plant patent application (Preparation and Filing) (Q45e)................................................................... I-134
Copyright registration application (Preparation and Filing) (Q45f)......................................................... I-134

**Transactional Work by Location**
Due Diligence (Q46a) .............................................................................................................................. I-135
Preparing licenses, including negotiations (Q46b)................................................................................. I-135

**Transactional Work by Type of Practice**
Due Diligence (Q46a) .............................................................................................................................. I-136
Preparing licenses, including negotiations (Q46b)................................................................................. I-136

**Type of Fee Primarily Used**
Trademarks (Q41a-l)................................................................................................................................ I-137
US Utility Patents (Q42a-z)..................................................................................................................... I-138
US Utility Patents of Foreign Origin (Q43a-j) ......................................................................................... I-139
Filing US Applications Abroad – Europe (EPO) (Q44a-g) ....................................................................... I-139
Other US Patents and Copyrights (Q45a-f)............................................................................................ I-140
Transactional Work (Q46a-b).................................................................................................................. I-140

**Total Costs of Litigation** ............................................................................................................................ **I-141**
Litigation-Patent Infringement, All Varieties by Location
Less than $1M at risk–Initial case management (Q47Aa)....................................................................... I-141
Less than $1M at risk–Inclusive of discovery, motions, and claim construction (Q47Ab) ..................... I-141
Less than $1M at risk–Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ac) ... I-141
Less than $1M at risk–Cost of mediation (Q47Ad) ................................................................................ I-142
$1-$10M at risk– Initial case management (Q47Ae)............................................................................... I-142
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q47Af) .............................. I-142
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ag) ........... I-143
$1-$10M at risk– Cost of mediation (Q47Ah) ........................................................................................ I-143
$10-$25M at risk– Initial case management (Q47Ai).............................................................................. I-143
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q47Aj) ............................ I-144
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ak) .......... I-144
$10-$25M at risk– Cost of mediation (Q47Al) ....................................................................................... I-144
Greater than $25M at risk– Initial case management (Q47Am)............................................................. I-145
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q47An)............. I-145
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ao) ............ I-145
Greater than $25M at risk– Cost of mediation (Q47Ap)........................................................................ I-146

Litigation-Patent Infringement, All Varieties by Type of Practice
Less than $1M at risk–Initial case management (Q47Aa)....................................................................... I-147
Less than $1M at risk–Inclusive of discovery, motions, and claim construction (Q47Ab) ..................... I-147
Less than $1M at risk–Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ac) ... I-147
Less than $1M at risk–Cost of mediation (Q47Ad) ................................................................................ I-148
$1-$10M at risk– Initial case management (Q47Ae)............................................................................... I-148
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q47Af) .............................. I-148
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ag) ........... I-149
$1-$10M at risk– Cost of mediation (Q47Ah) ........................................................................................ I-149
$10-$25M at risk– Initial case management (Q47Ai).............................................................................. I-149
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q47Aj) ............................ I-150
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ak) .......... I-150
$10-$25M at risk– Cost of mediation (Q47Al) ....................................................................................... I-150
Greater than $25M at risk– Initial case management (Q47Am)............................................................. I-151
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q47An)............. I-151

Exhibit 14

Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ao) .............................. I-151
Greater than $25M at risk– Cost of mediation (Q47Ap)......................................................................................................... I-152

**Litigation-Patent Infringement, Hatch-Waxman Act by Type of Practice**
Less than $1M at risk–Initial case management (Q47Ba)....................................................................................................... I-153
Less than $1M at risk–Inclusive of discovery, motions, and claim construction (Q47Bb) .................................................... I-153
Less than $1M at risk–Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Bc).................................. I-153
Less than $1M at risk–Cost of mediation (Q47Bd)............................................................................................................... I-154
$1-$10M at risk– Initial case management (Q47Be).............................................................................................................. I-154
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q47Bf) ............................................................ I-154
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Bg) ........................................ I-155
$1-$10M at risk– Cost of mediation (Q47Bh) ...................................................................................................................... I-155
$10-$25M at risk– Initial case management (Q47Bi)............................................................................................................ I-155
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q47Bj) .......................................................... I-156
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Bk) ...................................... I-156
$10-$25M at risk– Cost of mediation (Q47Bl) ..................................................................................................................... I-156
Greater than $25M at risk– Initial case management (Q47Bm) ............................................................................................ I-157
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q47Bn)............................................ I-157
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Bo)......................... I-157
Greater than $25M at risk– Cost of mediation (Q47Bp)....................................................................................................... I-158

**Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity by Location**
Less than $1M at risk–Initial case management (Q47Ca)...................................................................................................... I-159
Less than $1M at risk–Inclusive of discovery, motions, and claim construction (Q47Cb) ................................................... I-159
Less than $1M at risk–Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Cc)................................. I-159
Less than $1M at risk–Cost of mediation (Q47Cd)............................................................................................................... I-160
$1-$10M at risk– Initial case management (Q47Ce).............................................................................................................. I-160
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q47Cf) ............................................................ I-160
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Cg) ........................................ I-161
$1-$10M at risk– Cost of mediation (Q47Ch) ...................................................................................................................... I-161
$10-$25M at risk– Initial case management (Q47Ci)............................................................................................................ I-161
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q47Cj) .......................................................... I-162
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ck) ...................................... I-162
$10-$25M at risk– Cost of mediation (Q47Cl) ..................................................................................................................... I-162
Greater than $25M at risk– Initial case management (Q47Cm) ............................................................................................ I-163
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q47Cn)............................................ I-163
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Co)......................... I-163
Greater than $25M at risk– Cost of mediation (Q47Cp)....................................................................................................... I-164

**Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity by Type of Practice**
Less than $1M at risk–Initial case management (Q47Ca)...................................................................................................... I-165
Less than $1M at risk–Inclusive of discovery, motions, and claim construction (Q47Cb) ................................................... I-165
Less than $1M at risk–Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Cc)................................. I-165
Less than $1M at risk–Cost of mediation (Q47Cd)............................................................................................................... I-166
$1-$10M at risk– Initial case management (Q47Ce).............................................................................................................. I-166
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q47Cf) ............................................................ I-166
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Cg) ........................................ I-167
$1-$10M at risk– Cost of mediation (Q47Ch) ...................................................................................................................... I-167
$10-$25M at risk– Initial case management (Q47Ci)............................................................................................................ I-167
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q47Cj) .......................................................... I-168
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ck) ...................................... I-168
$10-$25M at risk– Cost of mediation (Q47Cl) ..................................................................................................................... I-168
Greater than $25M at risk– Initial case management (Q47Cm) ............................................................................................ I-169
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q47Cn)............................................ I-169
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Co)......................... I-169
Greater than $25M at risk– Cost of mediation (Q47Cp)....................................................................................................... I-170

**Litigation-Section 337 Patent Infringement by Type of Practice**
Less than $1M at risk–Initial case management (Q47Da)...................................................................................................... I-171
Less than $1M at risk–Inclusive of discovery, motions, and claim construction (Q47Db) ................................................... I-171
Less than $1M at risk–Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Dc) ................................ I-171
Less than $1M at risk–Cost of mediation (Q47Dd).............................................................................................................. I-172

Exhibit 14

$1-$10M at risk– Initial case management (Q47De) ................................................................. I-172
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q47Df) ....................... I-172
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Dg) ........... I-173
$1-$10M at risk– Cost of mediation (Q47Dh) ........................................................................... I-173
$10-$25M at risk– Initial case management (Q47Di) .................................................................. I-173
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q47Dj) ...................... I-174
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Dk) ....... I-174
$10-$25M at risk– Cost of mediation (Q47Dl) .......................................................................... I-174
Greater than $25M at risk– Initial case management (Q47Dm) .................................................... I-175
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q47Dn) ........... I-175
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Do) ............ I-175
Greater than $25M at risk– Cost of mediation (Q47Dp) ............................................................. I-176

**Patent Infringement**
Correlation between the amount at risk and the overall attorney hours required to litigate (Q47E) .......... I-177
Total cost of asserting compared to total cost of defending (Q47F) ............................................. I-178
Cost of asserting as percent of cost of defending (Q47Fx) ........................................................ I-178

**Post-Grant Proceedings: Covered Business Method (CBM) Review by Location**
Through filing petition (Q48i) ............................................................................................. I-179
Through end of motion practice (Q48ii) ................................................................................. I-179
Through PTAB hearing (Q48iii) ........................................................................................... I-179
Through appeal (Q48iv) .................................................................................................... I-180

**Post-Grant Proceedings: Covered Business Method (CBM) Review by Type of Practice**
Through filing petition (Q48i) ............................................................................................. I-181
Through end of motion practice (Q48ii) ................................................................................. I-181
Through PTAB hearing (Q48iii) ........................................................................................... I-181
Through appeal (Q48iv) .................................................................................................... I-182

**Post-Grant Proceedings: PGR/IPR – Electrical/Computer by Location**
Through filing petition (Q48i) ............................................................................................. I-183
Through end of motion practice (Q48ii) ................................................................................. I-183
Through PTAB hearing (Q48iii) ........................................................................................... I-183
Through appeal (Q48iv) .................................................................................................... I-184

**Post-Grant Proceedings: PGR/IPR – Electrical/Computer by Type of Practice**
Through filing petition (Q48i) ............................................................................................. I-185
Through end of motion practice (Q48ii) ................................................................................. I-185
Through PTAB hearing (Q48iii) ........................................................................................... I-185
Through appeal (Q48iv) .................................................................................................... I-186

**Post-Grant Proceedings: PGR/IPR – Mechanical by Location**
Through filing petition (Q48i) ............................................................................................. I-187
Through end of motion practice (Q48ii) ................................................................................. I-187
Through PTAB hearing (Q48iii) ........................................................................................... I-187
Through appeal (Q48iv) .................................................................................................... I-188

**Post-Grant Proceedings: PGR/IPR – Mechanical by Type of Practice**
Through filing petition (Q48i) ............................................................................................. I-189
Through end of motion practice (Q48ii) ................................................................................. I-189
Through PTAB hearing (Q48iii) ........................................................................................... I-189
Through appeal (Q48iv) .................................................................................................... I-190

**Post-Grant Proceedings**
Total cost of filing a petition compared to total cost of defending (Q48B) ...................................... I-191
Cost of filing as percent of cost of defending (Q48Bx) .............................................................. I-191

**Litigation-Trademark Infringement by Location**
Less than $1M at risk– Initial case management (Q49Aa) ........................................................... I-192
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q49Ab) ................. I-192
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ac) ........ I-192

Exhibit 14

Less than $1M at risk– Cost of mediation (Q49Ad)................................................................................................I-193
$1-$10M at risk– Initial case management (Q49Ae)..............................................................................................I-193
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q49Af) ............................................I-193
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ag) ........................I-194
$1-$10M at risk– Cost of mediation (Q49Ah) ......................................................................................................I-194
$10-$25M at risk– Initial case management (Q49Ai).............................................................................................I-194
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q49Aj) ..........................................I-195
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ak) ......................I-195
$10-$25M at risk– Cost of mediation (Q49Al) ......................................................................................................I-195
Greater than $25M at risk– Initial case management (Q49Am) .............................................................................I-196
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q49An)............................I-196
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ao) .........I-196
Greater than $25M at risk– Cost of mediation (Q49Ap).......................................................................................I-197

Litigation-Trademark Infringement by Type of Practice
Less than $1M at risk– Initial case management (Q49Aa).....................................................................................I-198
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q49Ab) ..................................I-198
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ac)................I-198
Less than $1M at risk– Cost of mediation (Q49Ad)..............................................................................................I-199
$1-$10M at risk– Initial case management (Q49Ae)..............................................................................................I-199
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q49Af) ............................................I-199
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ag) ........................I-200
$1-$10M at risk– Cost of mediation (Q49Ah) ......................................................................................................I-200
$10-$25M at risk– Initial case management (Q49Ai).............................................................................................I-200
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q49Aj) ..........................................I-201
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ak) ......................I-201
$10-$25M at risk– Cost of mediation (Q49Al) ......................................................................................................I-201
Greater than $25M at risk– Initial case management (Q49Am) .............................................................................I-202
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q49An)............................I-202
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ao) .........I-202
Greater than $25M at risk– Cost of mediation (Q49Ap).......................................................................................I-203

Trademark Infringement
Correlation between the amount at risk and the overall attorney hours required to litigate (Q49B)........................I-204
Total cost of asserting compared to total cost of defending (Q49C) ......................................................................I-205
Cost of asserting as percent of cost of defending (Q49Cx) ...................................................................................I-205

Litigation-Trademark Opposition/Cancellation by Location
End of Discovery (Q50a).......................................................................................................................................I-206
Inclusive, all costs (Q50b).....................................................................................................................................I-206

Litigation-Trademark Opposition/Cancellation by Type of Practice
End of Discovery (Q50a).......................................................................................................................................I-207
Inclusive, all costs (Q50b).....................................................................................................................................I-207

Litigation-Copyright Infringement by Type of Practice
Less than $1M at risk– Initial case management (Q51Aa).....................................................................................I-208
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q51Ab) ..................................I-208
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q51Ac)................I-208
Less than $1M at risk– Cost of mediation (Q51Ad)..............................................................................................I-209
$1-$10M at risk– Initial case management (Q51Ae)..............................................................................................I-209
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q51Af) ............................................I-209
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q51Ag) ........................I-210
$1-$10M at risk– Cost of mediation (Q51Ah) ......................................................................................................I-210
$10-$25M at risk– Initial case management (Q51Ai).............................................................................................I-210
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q51Aj) ..........................................I-211
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q51Ak) ......................I-211
$10-$25M at risk– Cost of mediation (Q51Al) ......................................................................................................I-211
Greater than $25M at risk– Initial case management (Q51Am) .............................................................................I-212
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q51An)............................I-212
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q51Ao) .........I-212
Greater than $25M at risk– Cost of mediation (Q51Ap).......................................................................................I-213

Exhibit 14

**Copyright Infringement**
Correlation between the amount at risk and the overall attorney hours required to litigate (Q51B)........................ I-214
Total cost of asserting compared to total cost of defending (Q51C) ........................................................................ I-214
Cost of asserting as percent of cost of defending (Q51Cx) ..................................................................................... I-215

**Litigation-Trade Secret Misappropriation by Type of Practice**
Less than $1M at risk– Initial case management (Q52Aa) ....................................................................................... I-216
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q52Ab) .................................... I-216
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q52Ac)................. I-216
Less than $1M at risk– Cost of mediation (Q52Ad)................................................................................................ I-217
$1-$10M at risk– Initial case management (Q52Ae)................................................................................................ I-217
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q52Af) .............................................. I-217
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q52Ag) .......................... I-218
$1-$10M at risk– Cost of mediation (Q52Ah)......................................................................................................... I-218
$10-$25M at risk– Initial case management (Q52Ai) .............................................................................................. I-218
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q52Aj) ............................................ I-219
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q52Ak) ........................ I-219
$10-$25M at risk– Cost of mediation (Q52Al) ........................................................................................................ I-219
Greater than $25M at risk– Initial case management (Q52Am)............................................................................... I-220
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q52An) ............................. I-220
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q52Ao) .......... I-220
Greater than $25M at risk– Cost of mediation (Q52Ap)......................................................................................... I-221

**Trade Secret Misappropriation**
Correlation between the amount at risk and the overall attorney hours required to litigate (Q52B)........................ I-222
Total cost of asserting compared to total cost of defending (Q52C) ........................................................................ I-222
Cost of asserting as percent of cost of defending (Q52Cx) ..................................................................................... I-223

**Mediation/Arbitration**
Total cost of resolving dispute through arbitration compared to resolving dispute through litigation (Q53)............ I-224
Cost of arbitration as percent of cost of litigation (Q53x) ....................................................................................... I-224
Frequency mediation/arbitration initiated in 2018 (Q54) ....................................................................................... I-225

**FIRM DATA**
Background .............................................................................................................................................................. F-1
Position of the person responding on behalf of the firm (Q1)................................................................................. F-2
Number of office locations in 2018 by size of firm (Q3) ........................................................................................ F-2
Number of attorneys in the firm in 2018 by size of firm (Q5)................................................................................ F-3
Number of attorneys whose practice is primarily IP in the firm in 2018 by size of firm (Q6)............................... F-4
Number of agents and assistants involved primarily in the IP practice of the firm in 2018 by size of firm (Q7a) ........ F-5
Number of attorneys whose practice is primarily IP law who joined the firm in 2018 by size of firm (Q8)............ F-6
Percentage of attorneys hired through a recruiter (head hunter) by size of firm (Q9) ............................................ F-7
Average fee paid to recruiter as a % of salary by size of firm (Q10) ...................................................................... F-7
Number of attorneys whose practice is primarily IP law who left the firm (including retired) in 2018 by size of firm (Q11).......... F-8
Number of attorneys and agents, by gender and size of firm, whose practice is primarily IP
     law in the firm in 2018 (Q12) ........................................................................................................................... F-9
Number of attorneys and agents, by ethnicity and size of firm, whose practice is primarily IP
     law in the firm in 2018 (Q13) ........................................................................................................................... F-10
Distribution of support staff by size of firm in 2018 (Q14a) ................................................................................... F-11
Number of support staff by size of firm in 2018 (Q14a) ......................................................................................... F-11
Number of support staff per IP attorney by size of firm (Q14a) .............................................................................. F-11
Number of summer associates in 2018 devoted primarily to IP law by size of firm (Q15-Q17) ............................ F-12
Monthly pay for summer associates by size of firm (Q18)...................................................................................... F-12
Percent of firm's activities outsourced to an external provider by size of firm (Q19-Q20) .................................... F-13
Percent of firm's billings in IP law by size of firm (Q21-Q22) ............................................................................... F-13
Allocation of firm's IP billings by size of firm and by type of work (Q23-Q24)..................................................... F-14
Allocation of firm's IP billings, by size of firm and by type of work, where IP law is 75% or more
     of practice (Q23-Q24).......................................................................................................................................... F-15
Allocation of firm's IP billings, by size of firm and by type of work, where IP law is less than 75%
     of practice (Q23-Q24).......................................................................................................................................... F-16
Total 2018 billings for professional legal services (Q25)......................................................................................... F-17

Exhibit 14

Total 2018 billings per attorney (Q25b) ............................................................................................................F-18
Firm collections, billings, overhead, and percent change in billings (Q26-Q28) ...........................................F-19
Minimum and maximum 2018 attorney billing rates for non-IP work (Q29a-Q29b)......................................F-20
Average billing rate for non-IP work (Q29c) .....................................................................................................F-21
Minimum and maximum 2018 attorney billing rates for IP work (Q30a-Q30b) .............................................F-22
Average billing rate for IP work (Q30c)..............................................................................................................F-23
Current starting salary for a first-year associate (Q31)....................................................................................F-24
Average salary for a patent agent (Q32)............................................................................................................F-24
Liability insurance coverage and deductible in 2018 by size of firm (Q34-Q35) ............................................F-25
Liability insurance cost per attorney in 2018 (Q36)..........................................................................................F-26
Number of liability claims for IP matters made in the last five years (Q37) ....................................................F-26
Number of liability claims for IP matters made per attorney in the last five years (Q37) ..............................F-26
Number of liability claims for IP matters made per IP attorney in the last five years (Q37)...........................F-27
Total dollar value of IP liability claims, including attorneys' fees, paid in the last five years by the insurer or
        directly by the firm (Q38-Q39) ................................................................................................................F-27
Professional liability insurance underwriters used by firms (Q40) ...................................................................F-28
Liability insurance cost per attorney in 2018 by insurance underwriter (Q40)................................................F-30

Exhibit 14

## INTRODUCTION

The AIPLA Economic Survey, developed and directed by the Law Practice Management Committee of the American Intellectual Property Law Association (AIPLA), reports the annual incomes and related professional and demographic characteristics of intellectual property (IP) law attorneys and associated patent agents. Conducted every other year by AIPLA, this survey also examines the economic aspects of intellectual property law practice, including individual billing rates and typical charges for representative IP law services. All U.S. AIPLA members, with the exception of student members were invited to participate.

The Law Practice Management Committee took an active role in reviewing the Economic Survey with a goal of improving the usefulness and value of the data that are collected and analyzed.

## DATA COLLECTION

An e-mail invitation to participate in the 2019 AIPLA Economic Survey was sent to a list of 9,439 AIPLA members; accounting for bounces and requests to be removed from the database, the actual sample surveyed was 8,619. The e-mail included an individualized direct link to the Web-based questionnaire along with an attached letter requesting additional participation in the Firm portion of the Economic Survey. The initial e-mail was followed up by several e-mail reminders. Additionally, AIPLA and committee members sent out promotional emails with survey links as well. Similar to 2015 and 2017, additional efforts were made to collect the Firm Survey data. Contact information was collected directly from the Individual Survey respondents that was then used for distributing Firm Survey links directly to the appropriate people identified at each firm by the Individual Survey respondents.

A total of 961 individuals responded by completing some or all of the Individual questionnaire, yielding an 11.1% response rate, nearly the same as the response rate in 2017. This is the seventh time the survey has been conducted online. Additional efforts to gather data for the Firm portion of the survey garnered 160 responses – lower than the 205 received in 2017.

All data submitted by respondents were reviewed and evaluated for reasonableness and consistency; data anomalies and outliers were analyzed and corrected or deleted.

In many cases, respondents did not answer every question, so the total counts for each table may vary.

## CHANGES TO THE SURVEY

A number of enhancements were made to the 2019 Individual Survey instrument. The committee worked to update the survey and included new questions that covered important areas of interest to the profession. In Part I, the primary practice categories were updated, and questions about remote work and work status were added. Previously, the survey asked for years of IP law attorney experience and this year non-attorney years of IP law experience was added. A number of questions were reordered in this section.

In Part II (Corporate Practitioners), a question was added to ask about the IP budget as it related to US prosecution and non-US prosecution. Part III (Private Practitioners) included new questions about discounted hourly billing rates. In Part IV (Typical Charges), one new charge was added to the section covering Trademarks (preparing and filing assignments or other formal documents). Eight new charges were added to the US Utility Patent section along with a top-level clarifying statement about US Utility Patents that indicates that the category includes foreign-origin patents where no substantive direction is received from foreign attorneys. These new items covered preparation and filing of Information Disclosure Statement (IDS), reference management, Patent Term Adjustment (PTA) calculation, formalities, preparing and filing formal drawings,

Exhibit 14

**Private Firm, Equity Partner**

## Average hourly billing rate in 2018 (Q37)

*Private Firm,  Equity Partner*

| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
|---|---|---|---|---|---|---|---|---|
| All Individuals | | 302 | $521 | $330 | $375 | $475 | $650 | $796 |
| Years of IP Law Attorney Experience | 7-9 | 9 | $356 | ISD | $325 | $370 | $390 | ISD |
| | 10-14 | 40 | $438 | $280 | $346 | $398 | $500 | $668 |
| | 15-24 | 119 | $505 | $325 | $375 | $448 | $650 | $750 |
| | 25-34 | 86 | $552 | $344 | $429 | $500 | $665 | $833 |
| | 35 or More | 45 | $613 | $390 | $475 | $595 | $713 | $916 |
| Location | Boston CMSA | 13 | $747 | $369 | $450 | $800 | $1,015 | $1,080 |
| | NYC CMSA | 22 | $559 | $365 | $408 | $475 | $699 | $964 |
| | Philadelphia CMSA | 10 | $599 | $433 | $486 | $560 | $729 | $823 |
| | Washington, DC CMSA | 43 | $590 | $354 | $430 | $570 | $700 | $850 |
| | Other East | 10 | $462 | $314 | $365 | $461 | $513 | $691 |
| | Metro Southeast | 12 | $418 | $292 | $343 | $375 | $421 | $746 |
| | Other Southeast | 8 | $414 | ISD | $354 | $375 | $463 | ISD |
| | Chicago CMSA | 20 | $537 | $351 | $435 | $533 | $644 | $734 |
| | Minne.-St. Paul PMSA | 15 | $443 | $290 | $330 | $420 | $545 | $626 |
| | Other Central | 62 | $421 | $283 | $342 | $390 | $500 | $646 |
| | Texas | 19 | $534 | $400 | $406 | $460 | $650 | $800 |
| | Los Angeles CMSA | 13 | $586 | $336 | $440 | $575 | $675 | $978 |
| | San Francisco CMSA | 14 | $665 | $385 | $464 | $650 | $826 | $1,023 |
| | Other West | 41 | $496 | $300 | $343 | $450 | $623 | $769 |
| IP Technical Specialization (>=50%) | Biotechnology | 13 | $610 | $304 | $418 | $600 | $818 | $990 |
| | Chemical | 16 | $462 | $265 | $374 | $465 | $593 | $636 |
| | Computer Hardware | 5 | $521 | ISD | $313 | $395 | $793 | ISD |
| | Computer Software | 24 | $493 | $313 | $380 | $483 | $596 | $745 |
| | Electrical | 27 | $586 | $350 | $400 | $520 | $670 | $1,010 |
| | Mechanical | 63 | $480 | $337 | $360 | $450 | $570 | $700 |
| | Medical/ Health Care | 18 | $537 | $300 | $396 | $497 | $650 | $743 |
| | Pharmaceutical | 10 | $626 | $405 | $465 | $600 | $761 | $956 |
| | Other areas | 3 | $450 | ISD | ISD | $450 | ISD | ISD |
| Age | 35-39 | 14 | $451 | $245 | $313 | $365 | $655 | $708 |
| | 40-44 | 36 | $446 | $325 | $371 | $400 | $556 | $665 |
| | 45-49 | 46 | $502 | $329 | $368 | $439 | $600 | $822 |
| | 50-54 | 64 | $510 | $350 | $400 | $459 | $636 | $750 |
| | 55-59 | 65 | $550 | $300 | $365 | $500 | $675 | $958 |
| | 60 or Older | 74 | $568 | $350 | $445 | $530 | $653 | $838 |
| Gender | Male | 257 | $525 | $334 | $375 | $482 | $650 | $785 |
| | Female | 42 | $486 | $277 | $350 | $425 | $631 | $814 |
| Highest Non-Law Degree | Bachelor's Degree | 212 | $516 | $330 | $375 | $471 | $650 | $785 |
| | Master's Degree | 62 | $542 | $333 | $400 | $500 | $650 | $814 |
| | Doctorate Degree | 24 | $520 | $310 | $379 | $464 | $669 | $880 |
| Ethnicity | White/Caucasian | 262 | $520 | $330 | $375 | $481 | $650 | $796 |
| | Hispanic/Latino | 4 | $624 | ISD | $445 | $638 | $789 | ISD |
| | Asian/Pacific Islander | 11 | $547 | $315 | $400 | $500 | $675 | $910 |
| | Blended | 5 | $510 | ISD | $325 | $450 | $725 | ISD |
| | Other | 8 | $535 | ISD | $338 | $450 | $733 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $385 | $275 | $303 | $350 | $450 | $585 |
| | 3-5 | 43 | $408 | $257 | $350 | $400 | $460 | $595 |
| | 6-10 | 32 | $473 | $340 | $364 | $448 | $529 | $650 |
| | 11-25 | 56 | $460 | $340 | $376 | $428 | $519 | $633 |
| | 26-50 | 46 | $522 | $329 | $390 | $500 | $609 | $737 |
| | 51-100 | 47 | $607 | $350 | $430 | $577 | $750 | $960 |
| | 101-150 | 24 | $686 | $353 | $421 | $710 | $938 | $1,023 |
| | More than 150 | 27 | $714 | $524 | $650 | $700 | $785 | $972 |

Exhibit 14

**Private Firm, Partner-Track Attorney**

## Average hourly billing rate in 2018 (Q37)

*Private Firm, Partner-Track Attorney*

| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
|---|---|---|---|---|---|---|---|---|
| All Individuals | | 99 | $387 | $250 | $285 | $350 | $438 | $600 |
| Years of IP Law Attorney Experience | Fewer than 5 | 20 | $309 | $222 | $250 | $283 | $325 | $575 |
| | 5-6 | 21 | $406 | $252 | $284 | $360 | $458 | $719 |
| | 7-9 | 22 | $364 | $260 | $298 | $338 | $435 | $509 |
| | 10-14 | 16 | $444 | $280 | $320 | $426 | $499 | $755 |
| | 15-24 | 18 | $405 | $280 | $308 | $388 | $456 | $621 |
| Location | Boston CMSA | 4 | $671 | ISD | $533 | $675 | $806 | ISD |
| | Philadelphia CMSA | 3 | $381 | ISD | ISD | $414 | ISD | ISD |
| | Washington, DC CMSA | 16 | $436 | $285 | $315 | $400 | $516 | $669 |
| | Other East | 5 | $312 | ISD | $288 | $300 | $343 | ISD |
| | Metro Southeast | 6 | $422 | ISD | $324 | $438 | $503 | ISD |
| | Other Southeast | 4 | $335 | ISD | $233 | $336 | $438 | ISD |
| | Chicago CMSA | 5 | $378 | ISD | $350 | $360 | $415 | ISD |
| | Minne.-St. Paul PMSA | 9 | $297 | ISD | $276 | $295 | $313 | ISD |
| | Other Central | 24 | $314 | $245 | $251 | $284 | $345 | $428 |
| | Texas | 4 | $448 | ISD | $310 | $345 | $688 | ISD |
| | Other West | 14 | $413 | $243 | $269 | $427 | $500 | $664 |
| IP Technical Specialization (>=50%) | Biotechnology | 4 | $487 | ISD | $381 | $418 | $661 | ISD |
| | Chemical | 6 | $318 | ISD | $254 | $318 | $379 | ISD |
| | Computer Software | 20 | $431 | $252 | $297 | $355 | $564 | $745 |
| | Electrical | 10 | $394 | $253 | $295 | $415 | $493 | $500 |
| | Mechanical | 26 | $340 | $247 | $280 | $310 | $374 | $507 |
| | Pharmaceutical | 3 | $572 | ISD | ISD | $525 | ISD | ISD |
| Age | Younger than 35 | 29 | $341 | $250 | $265 | $300 | $350 | $591 |
| | 35-39 | 29 | $389 | $250 | $280 | $310 | $468 | $735 |
| | 40-44 | 12 | $419 | $226 | $346 | $418 | $488 | $675 |
| | 45-49 | 13 | $381 | $277 | $298 | $375 | $433 | $563 |
| | 50-54 | 9 | $431 | ISD | $360 | $414 | $459 | ISD |
| | 55-59 | 5 | $416 | ISD | $300 | $435 | $523 | ISD |
| Gender | Male | 82 | $402 | $252 | $290 | $360 | $468 | $608 |
| | Female | 16 | $319 | $247 | $259 | $296 | $325 | $486 |
| Highest Non-Law Degree | Bachelor's Degree | 65 | $395 | $266 | $298 | $350 | $458 | $595 |
| | Master's Degree | 26 | $368 | $247 | $275 | $305 | $449 | $617 |
| | Doctorate Degree | 8 | $387 | ISD | $246 | $368 | $437 | ISD |
| Ethnicity | White/Caucasian | 85 | $386 | $250 | $288 | $350 | $438 | $595 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 3-5 | 4 | $298 | ISD | $273 | $285 | $335 | ISD |
| | 6-10 | 7 | $347 | ISD | $285 | $350 | $400 | ISD |
| | 11-25 | 21 | $350 | $259 | $285 | $324 | $395 | $491 |
| | 26-50 | 25 | $376 | $248 | $290 | $345 | $470 | $508 |
| | 51-100 | 21 | $376 | $224 | $273 | $350 | $444 | $573 |
| | 101-150 | 11 | $392 | $280 | $300 | $325 | $505 | $707 |
| | More than 150 | 9 | $611 | ISD | $467 | $600 | $768 | ISD |

Exhibit 14

# Total Costs: Post-Grant Proceedings: PGR/IPR - Electrical/Computer by Type of Practice

## Post-Grant Proceedings (PGR/IPR - Electrical/Computer) Through filing petition (000s) by Type of Practice (Q48i)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 56 | 8 | 4 | 13 | 24 | 6 |
| Mean (Average) | $114 | $104 | $38 | $52 | $167 | $94 |
| 10th Percentile 10% | $14 | ISD | ISD | $7 | $68 | ISD |
| First Quartile 25% | $50 | $39 | $19 | $13 | $150 | $48 |
| Median (Midpoint) | $105 | $100 | $40 | $50 | $175 | $100 |
| Third Quartile 75% | $175 | $183 | $54 | $88 | $175 | $134 |
| 90th Percentile 90% | $200 | ISD | ISD | $116 | $250 | ISD |

## Post-Grant Proceedings (PGR/IPR - Electrical/Computer) Through end of motion practice (000s) by Type of Practice (Q48ii)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 53 | 7 | 4 | 13 | 24 | 4 |
| Mean (Average) | $229 | $192 | $73 | $141 | $314 | $201 |
| 10th Percentile 10% | $25 | ISD | ISD | $15 | $113 | ISD |
| First Quartile 25% | $105 | $60 | $26 | $30 | $300 | $56 |
| Median (Midpoint) | $275 | $200 | $58 | $150 | $350 | $215 |
| Third Quartile 75% | $350 | $300 | $134 | $210 | $350 | $333 |
| 90th Percentile 90% | $350 | ISD | ISD | $290 | $388 | ISD |

## Post-Grant Proceedings (PGR/IPR - Electrical/Computer) Through PTAB hearing (000s) by Type of Practice (Q48iii)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 56 | 9 | 4 | 13 | 24 | 5 |
| Mean (Average) | $295 | $251 | $84 | $170 | $421 | $236 |
| 10th Percentile 10% | $41 | ISD | ISD | $25 | $250 | ISD |
| First Quartile 25% | $113 | $110 | $34 | $48 | $450 | $65 |
| Median (Midpoint) | $325 | $250 | $78 | $200 | $450 | $200 |
| Third Quartile 75% | $450 | $375 | $140 | $265 | $450 | $425 |
| 90th Percentile 90% | $465 | ISD | ISD | $371 | $500 | ISD |

AIPLA Report of the Economic Survey 2019

Exhibit 14

# Total Costs: Post-Grant Proceedings: PGR/IPR - Electrical/Computer by Location

**Post-Grant Proceedings (PGR/IPR - Electrical/Computer) Through filing petition (000s) by Location (Q48i)**

| | Total | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 56 | 1 | 2 | 0 | 8 | 2 | 4 | 0 | 1 | 1 | 6 | 4 | 10 | 5 | 12 |
| Mean (Average) | $114 | ISD | ISD | ISD | $139 | ISD | $81 | ISD | ISD | ISD | $45 | $111 | $172 | $116 | $98 |
| 10th Percentile 10% | $14 | ISD | ISD | ISD | ISD | ISD | $56 | ISD | ISD | ISD | ISD | ISD | $126 | $78 | $7 |
| First Quartile 25% | $50 | ISD | ISD | ISD | $64 | ISD | $88 | ISD | ISD | ISD | $10 | $39 | $175 | $100 | $16 |
| Median (Midpoint) | $105 | ISD | ISD | ISD | $140 | ISD | $88 | ISD | ISD | ISD | $40 | $108 | $175 | $100 | $100 |
| Third Quartile 75% | $175 | ISD | ISD | ISD | $200 | ISD | $100 | ISD | ISD | ISD | $73 | $188 | $175 | $163 | $175 |
| 90th Percentile 90% | $200 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $198 | ISD | $175 |

**Post-Grant Proceedings (PGR/IPR - Electrical/Computer) Through end of motion practice (000s) by Location (Q48ii)**

| | Total | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 53 | 1 | 2 | 0 | 8 | 2 | 4 | 0 | 1 | 1 | 6 | 4 | 9 | 4 | 11 |
| Mean (Average) | $229 | ISD | ISD | ISD | $254 | ISD | $231 | ISD | ISD | ISD | $108 | $251 | $350 | $221 | $193 |
| 10th Percentile 10% | $25 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $17 |
| First Quartile 25% | $105 | ISD | ISD | ISD | $163 | ISD | $131 | ISD | ISD | ISD | $23 | $79 | $350 | $114 | $25 |
| Median (Midpoint) | $275 | ISD | ISD | ISD | $290 | ISD | $175 | ISD | ISD | ISD | $68 | $288 | $350 | $225 | $200 |
| Third Quartile 75% | $350 | ISD | ISD | ISD | $300 | ISD | $388 | ISD | ISD | ISD | $219 | $388 | $350 | $325 | $350 |
| 90th Percentile 90% | $350 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $350 |

**Post-Grant Proceedings (PGR/IPR - Electrical/Computer) Through PTAB hearing (000s) by Location (Q48iii)**

| | Total | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 56 | 1 | 2 | 0 | 8 | 2 | 4 | 0 | 1 | 1 | 6 | 6 | 9 | 5 | 11 |
| Mean (Average) | $295 | ISD | ISD | ISD | $356 | ISD | $313 | ISD | ISD | ISD | $155 | $249 | $450 | $272 | $251 |
| 10th Percentile 10% | $41 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $26 |
| First Quartile 25% | $113 | ISD | ISD | ISD | $238 | ISD | $200 | ISD | ISD | ISD | $44 | $83 | $450 | $180 | $45 |
| Median (Midpoint) | $325 | ISD | ISD | ISD | $400 | ISD | $225 | ISD | ISD | ISD | $85 | $183 | $450 | $250 | $250 |
| Third Quartile 75% | $450 | ISD | ISD | ISD | $438 | ISD | $513 | ISD | ISD | ISD | $321 | $500 | $450 | $375 | $450 |
| 90th Percentile 90% | $465 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $450 |



Exhibit 14