William W. Oxley, SBN 136793 (Admitted in Related Case)
Email: woxley@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Kevin M. Bovard, SBN 247521
Email: kbovard@bakerlaw.com
Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
Email: jlesovitz@bakerlaw.com
Meghan Rohling Kelly, SBN 292236
Email: mkelly@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No.: 2:19-cv-04980-AB-FFM <br><br> *Honorable André Birotte Jr.* <br><br> **GUEST-TEK'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE FOR STAY OF EXECUTION, OF ORDER GRANTING NOMADIX'S MOTION FOR ATTORNEYS' FEES AND COSTS [DKT. NO. 178]** <br><br> **Hearing:** <br> September 11, 2020 <br> 10:00 AM |

1  Michael J. Swope (Admitted *Pro Hac Vice*)
2  Email: mswope@bakerlaw.com
   **BAKER & HOSTETLER LLP**
3  999 Third Avenue, Suite 3500
   Seattle, WA 98104-4040
4  Telephone: 206.332.1379
   Facsimile: 206.624.7317

5  Andrew E. Samuels (Admitted *Pro Hac Vice*)
   Email: asamuels@bakerlaw.com
6  **BAKER & HOSTETLER LLP**
   200 Civic Center Drive, Suite 1200
7  Columbus, OH 43215-4138
   Telephone: 614.228.1541
8  Facsimile: 614.462.2616

9  Thomas D. Warren (SBN 160921)
   Email: tom.warren@warrenterzian.com
10 **WARREN TERZIAN LLP**
   700 S. Flower Street, Suite 1000
11 Los Angeles, CA 90017
   Telephone: 213.410.2620
12
   *Attorneys for Defendant*
13 GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, under L.R. 7-18(c) and Fed. R. Civ. P. 59(e), Guest-Tek moves for reconsideration of the Court's order (Dkt. No. 178) granting Nomadix's motion for attorneys' fees and costs. In the alternative to reconsideration, Guest-Tek requests that the Court stay execution on Nomadix's award of fees and costs under Fed. R. Civ. P. 62(b) until after the Ninth Circuit issues its mandate in Guest-Tek's pending appeal (9th Cir. No. 20-55439). Subject to the Court's availability, the motion will be heard on Friday, September 11, 2020 at 10:00 AM, or as soon thereafter as this matter may be heard, before the Honorable André Birotte, Jr.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 11, 2020. During the conference of counsel, Nomadix indicated that it would oppose the motion but that it would not object to Guest-Tek filing the motion today.

This motion is supported by this notice of motion and memorandum in support, the accompanying declaration of Kevin M. Bovard, the exhibits thereto, and upon such other matters and argument as may be presented to the Court in briefing or at the hearing on this motion.

Dated: August 12, 2020

BAKER & HOSTETLER LLP

By:  */s/ Kevin M. Bovard*
     Kevin M. Bovard

Attorneys for Defendant
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.