William W. Oxley, SBN 136793 (Admitted in Related Case)
Email:  woxley@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859

Kevin M. Bovard, SBN 247521
Email: kbovard@bakerlaw.com
Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
Email: jlesovitz@bakerlaw.com
Meghan Rohling Kelly, SBN 292236
Email:  mkelly@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone:  215.568.3100
Facsimile:    215.568.3439

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No.: 2:19-cv-04980-AB-FFM <br><br> *Honorable André Birotte Jr.* <br><br> **[PROPOSED] ORDER GRANTING GUEST-TEK'S MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE FOR STAY OF EXECUTION, OF ORDER GRANTING NOMADIX'S MOTION FOR ATTORNEYS' FEES AND COSTS [DKT. NO. 178]** <br><br> **Hearing:** <br> September 11, 2020 <br> 10:00 AM |

Michael J. Swope (Admitted *Pro Hac Vice*)
Email:  mswope@bakerlaw.com
**BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3500
Seattle, WA 98104-4040
Telephone:  206.332.1379
Facsimile:   206.624.7317

Andrew E. Samuels (Admitted *Pro Hac Vice*)
Email:  asamuels@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
Telephone:  614.228.1541
Facsimile:   614.462.2616

Thomas D. Warren (SBN 160921)
Email:  tom.warren@warrenterzian.com
**WARREN TERZIAN LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone:  213.410.2620

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING GUEST-TEK'S MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE FOR STAY OF EXECUTION, OF ORDER GRANTING NOMADIX'S MOTION FOR FEES AND COSTS; CASE NO.: 2:19-CV-04980-AB-FFM

Having considered Defendant Guest-Tek Interactive Entertainment Ltd.'s Motion for Reconsideration, or in the Alternative for Stay of Execution, of Order Granting Nomadix's Motion for Fees and Costs, and finding good case therefor, the Court GRANTS the Motion.

It is hereby ORDERED that Defendant's Motion for Reconsideration is GRANTED.

[IN THE ALTERNATIVE:] It is hereby ORDERED that execution on Nomadix's award of fees and costs is hereby STAYED pending the Ninth Circuit's mandate in Guest-Tek's appeal (9th Cir. No. 20-55439).

**IT IS SO ORDERED.**

Dated: _____          _____
                                      Honorable André Birotte Jr.