## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nomadix, Inc. | CASE NUMBER |
| | 2:19-cv-04980-AB-FFM |
| PLAINTIFF(S) | |
| v. | |
| Guest-Tek Interactive Entertainment Ltd. et al | **NOTICE OF DEFICIENCY RE:**<br>**WRIT OF EXECUTION AND**<br>**ABSTRACT OF JUDGMENT** |
| DEFENDANT(S) | |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction.  Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☒ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the  judgment/order.

☒ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment.  If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☐ Other:

Clerk, U. S. District Court

September 2, 2020
_____
Date

By  Daniel Tamayo   x 3535
_____
Deputy Clerk

*WHEN RECORDED MAIL TO:*
Douglas G. Muehlhauser
Mark Lezama
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC.,<br><br>PLAINTIFF(S),<br><br>v.<br><br>GUEST-TEK INTERACTIVE<br>ENTERTAINMENT LTD.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:19-04980 AB (FFMx)<br><br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on August 6, 2020
in favor of Plaintiff Nomadix, Inc.
whose address is 21600 Oxnard Street, 19th Floor, Woodland Hills, California 91367
and against Guest-Tek Interactive Entertainment Ltd.
whose last known address is Suite 600, 777 8 Ave SW, Calgary, Alberta T2P 3R5, Canada
for $ _____ Principal,  $ _____ Interest,  $ 400.00 _____ Costs,
and $ 1,099,310.00 _____ Attorney Fees.

ATTESTED this _____ day of _____, 20 ___.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Kevin M. Bovard, BAKER & HOSTETLER LLP

2929 Arch Street, 12th Floor

Philadelphia, PA 19104-2891

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN*
*AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

August 25, 2020
*Via First Class Mail*

Roybal Federal Building and U.S. Courthouse
Attn:  Clerk of Court
255 East Temple Street
Suite TS-134
Los Angeles, CA 90012

Re:   *Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd.*
      Case No. 2:19-04980 AB (FFMx)
      Abstract of Judgment

Dear Clerk of Court:

Please issue the enclosed Abstract of Judgment.  Please contact me if you require anything further to proceed -
Claire Stoneman (949) 721-5294.


Sincerely,

Claire A. Stoneman
Litigation Paralegal


Enclosure as noted


33388703

**Knobbe Martens**

2040 Main Street, 14th Floor
Irvine, CA 92614

SANTA ANA
CA 926
28 AUG '20
PM 4 L

NOMDXL081L2

Hasler
08/26/2020
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 92614
011D12604005

Roybal Federal Building and U.S. Courthouse
Attn: Clerk of Court
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

90012-330934