WHEN RECORDED MAIL TO:

Douglas G. Muehlhauser
Mark Lezama
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., <br><br> PLAINTIFF(S), <br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 2:19-04980 AB (FFMx) <br><br> ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on August 6, 2020 in favor of Nomadix, Inc.
whose address is 21600 Oxnard Street, 19th Floor, Woodland Hills, California 91367
and against Guest-Tek Interactive Entertainment Ltd.
whose last known address is Suite 600, 777 8 Ave SW, Calgary, Alberta T2P 3R5, Canada
for $ 0          Principal, $ 0          Interest, $ 400.00          Costs,
and $ 1,099,310.00          Attorney Fees.

ATTESTED this   10   day of   September  , 20 20.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Kevin M. Bovard, BAKER & HOSTETLER LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891

CLERK, U.S. DISTRICT COURT

By _[signature]_
Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                ABSTRACT OF JUDGMENT/ORDER

FIRST-CLASS MAIL
Hasler
09/04/2020
US POSTAGE $000.50
ZIP 92614
011D12604005

SEP - 9 2020

MASIMOL.1137L

Roybal Federal Building and U.S. Courthouse
Attn: Clerk of Court, Danny Tamayo
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Knobbe Martens
2040 Main Street, 14th Floor
Irvine, CA 92614