# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No.: 2:19-cv-04980-AB-FFM |
| Plaintiff, | *Honorable André Birotte Jr.* |
| v. | **ORDER DENYING AS MOOT GUEST-TEK'S *EX PARTE* APPLICATION TO QUASH AND RECALL WRIT OF EXECUTION (DKT. NO. 193)** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant. | |

Having considered Defendant Guest-Tek Interactive Entertainment Ltd. ("Guest-Tek")'s *Ex Parte* Application to Quash and Recall Writ of Execution (Dkt. No. 193) and the Court's September 23, 2020 Order Denying Defendant's Motion for Reconsideration, the Court **DENIES AS MOOT** this Application.

**IT IS SO ORDERED.**

Dated: September 28, 2020

_____
Honorable André Birotte Jr.
United States District Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER DENYING GUEST-TEK'S *EX PARTE* APPLICATION TO QUASH AND RECALL WRIT OF EXECUTION
(DKT. NO. 193); CASE NO.: 2:19-CV-04980-AB-FFM