**WARREN TERZIAN LLP**
Thomas D. Warren (SBN 160921)
tom.warren@warrenterzian.com
Erick Kuylman (SBN 313202)
erick.kuylman@warrenterzian.com
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
T: (213) 410-2620

*Counsel for Defendant*
*Guest-Tek Interactive Entertainment Ltd.*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No.: 2:19-cv-04980-AB-FFM |
| Plaintiff, | Hon. André Birotte Jr. |
| v. | **DEFENDANT'S NOTICE OF APPEAL OF ATTORNEY FEE AWARD** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant. | |

Defendant Guest-Tek Interactive Entertainment Ltd. hereby appeals to the Ninth Circuit from this Court's August 6, 2020 order granting Nomadix's motion for attorneys' fees and costs (ECF 178), from the Court's September 23, 2020 denial of Guest-Tek's Rule 59(e) motion to amend that order (ECF 201), from the judgment for attorneys' fees entered on September 11, 2020 (ECF 187), and all intermediate decisions of the Court subsumed thein.

**Notice of Appeal**

Dated: September 29, 2020

Respectfully submitted,

**WARREN TERZIAN LLP**

By: _____
Thomas D. Warren

*Counsel for Plaintiff
Michael Sanchez*

# REPRESENTATION STATEMENT

Thomas D. Warren hereby states that Warren Terzian LLP is co-counsel for defendant Guest-Tek Interactive Entertainment Ltd. in this case, along with Baker Hostetler LLP. Below is a list of the parties and their counsel. *See* Fed. R. App. P. 12(b); Circuit Rule 12-2, 3-2(b).

Dated: September 29, 2020       **WARREN TERZIAN LLP**

By: _____
Thomas D. Warren

*Counsel for Plaintiff
Michael Sanchez*

# LIST OF PARTIES AND THEIR COUNSEL

**Attorneys for Plaintiff Nomadix, Inc.**

Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Payson LeMeilleur (SBN 205690)
payson.lemeilleur@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
Alan G. Laquer (SBN 259257)
alan.laquer@knobbe.com
Alexander J. Martinez (SBN 293925)
alex.martinez@knobbe.com
Justin J. Gillett (SBN 298150)
justin.gillett@knobbe.com
James F. Smith (SBN 313015)
james.smith@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949.760.0404
Facsimile: 949.760.9502

**Attorneys for Defendant Guest-Tek Interactive Entertainment Ltd.**

William W. Oxley, SBN 136793
woxley@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

(continued on next page)

Notice of Appeal

Kevin M. Bovard, SBN 247521
kbovard@bakerlaw.com
Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
jlesovitz@bakerlaw.com
Meghan Rohling Kelly, SBN 292236
mkelly@bakerlaw.com
BAKER & HOSTETLER LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

Michael J. Swope (Admitted *Pro Hac Vice*)
mswope@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3500
Seattle, WA 98104-4040
Telephone: 206.332.1379
Facsimile: 206.624.7317

Andrew E. Samuels (Admitted *Pro Hac Vice*)
asamuels@bakerlaw.com
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
Telephone: 614.228.1541
Facsimile: 614.462.2616

Thomas D. Warren (SBN 160921)
tom.warren@warrenterzian.com
Erick Kuylman (SBN 313202)
erick.kuylman@warrenterzian.com
WARREN TERZIAN LLP
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
Telephone: 213.410.2620