Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Payson LeMeilleur (SBN 205690)
payson.lemeilleur@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
Justin J. Gillett (SBN 298150)
justin.gillett@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Joseph L. Clasen (admitted *pro hac vice*)
jclasen@rc.com
Ian T. Clarke-Fisher (admitted *pro hac vice*)
iclarke-fisher@rc.com
ROBINSON & COLE LLP
666 Third Avenue, Twentieth Floor
New York, NY 10017
Telephone: 212-451-2910
Facsimile: 212-451-2999

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>      Defendant. | Case No.<br>CV19-04980 AB (FFMx)<br><br>**REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS**<br><br>[FED. R. CIV. P. 4.1(a)]<br><br>Honorable André Birotte Jr. |

21226450-v1

Plaintiff in the above-captioned action hereby requests that All-N-One Legal Support, a registered California process server whose business address is 1541 Wilshire Boulevard, Suite 405, Los Angeles, California 90017 ("Process Service"), be specially appointed to serve any Writs of Execution in this action. Plaintiff represents that:

1. The process servers used by the Process Service are competent and not less than eighteen (18) years of age.

2. Neither the Process Service nor its process servers are parties to this action. Neither the Process Service nor its process servers will be parties to this action.

3. The process server(s) that will be used by the Process Service to effectuate service in this action is/are California process server(s) duly registered in the county in which the Writ of Execution will be served.

4. Granting this request will effect substantial savings in time and travel fees of the United States Marshal, who shall remain the levying officer pursuant to Local Rules 64-2 and 64-3 and California Code of Civil Procedures § 699.080.

5. A proposed order is attached hereto as "Exhibit A".

Dated: October 2, 2020

Respectfully submitted,

ROBINSON & COLE LLP

Joseph L. Clasen
Ian T. Clarke-Fisher

KNOBBE, MARTENS, OLSON & BEAR, LLP
Douglas G. Muehlhauser
Payson LeMeilleur
Mark Lezama
Justin J. Gillett

Attorneys for Plaintiff
NOMADIX, INC.

33628584