# Exhibit A

Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Payson LeMeilleur (SBN 205690)
payson.lemeilleur@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
Justin J. Gillett (SBN 298150)
justin.gillett@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Joseph L. Clasen (admitted *pro hac vice*)
jclasen@rc.com
Ian T. Clarke-Fisher (admitted *pro hac vice*)
iclarke-fisher@rc.com
ROBINSON & COLE LLP
666 Third Avenue, Twentieth Floor
New York, NY 10017
Telephone: 212-451-2910
Facsimile: 212-451-2999

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No. <br> CV19-04980 AB (FFMx) <br><br> **[PROPOSED] ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS** <br><br> Honorable André Birotte Jr. |

- 1 -

- 2 -

Upon Plaintiff's request to have ALL-N-ONE Legal Support, a registered California process server whose business address is 1541 Wilshire Boulevard, Suite 405, Los Angles, California 90017, be specially appointed to serve any Writs of Execution in this action, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT** Plaintiff's request is granted and ALL-N-One Legal Support is appointed to serve any Writs of Execution in this action.

Dated:

                                      Hon. André Birotte Jr.
                                      Judge of the U.S. District Court
                                      for the Central District of California

33628630