William W. Oxley, SBN 136793 (Admitted in Related Case)
Email: woxley@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Kevin M. Bovard, SBN 247521
Email: kbovard@bakerlaw.com
Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
Email: jlesovitz@bakerlaw.com
Meghan Rohling Kelly, SBN 292236
Email: mkelly@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No.: 2:19-cv-04980-AB-FFM |
| Plaintiff, | *Honorable André Birotte Jr.* |
| v. | **GUEST-TEK'S NOTICE OF LODGING SUPERSEDEAS BOND** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant. | |

1  Michael J. Swope (Admitted *Pro Hac Vice*)
   *Email: mswope@bakerlaw.com*
2  **BAKER & HOSTETLER LLP**
   999 Third Avenue, Suite 3500
3  Seattle, WA 98104-4040
   Telephone:  206.332.1379
4  Facsimile:   206.624.7317

5  Andrew E. Samuels (Admitted *Pro Hac Vice*)
   *Email: asamuels@bakerlaw.com*
6  **BAKER & HOSTETLER LLP**
   200 Civic Center Drive, Suite 1200
7  Columbus, OH 43215-4138
   Telephone:  614.228.1541
8  Facsimile:   614.462.2616

9  Thomas D. Warren (SBN 160921)
   *Email: tom.warren@warrenterzian.com*
10 **WARREN TERZIAN LLP**
   700 S. Flower Street, Suite 1000
11 Los Angeles, CA 90017
   Telephone:  213.410.2620
12
   *Attorneys for Defendant*
13 GUEST-TEK INTERACTIVE
   ENTERTAINMENT LTD.

Defendant Guest-Tek Interactive Entertainment Ltd. gives notice of lodging Bond # 41432603, issued by Platte River Insurance Company in the amount of $1,374,637.50.

Dated: October 6, 2020

BAKER & HOSTETLER LLP

By: */s/ Kevin M. Bovard*
     Kevin M. Bovard

Attorneys for Defendant
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.