William W. Oxley, SBN 136793 (Admitted in Related Case)
Email: woxley@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Kevin M. Bovard, SBN 247521
Email: kbovard@bakerlaw.com
Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
Email: jlesovitz@bakerlaw.com
Meghan Rohling Kelly, SBN 292236
Email: mkelly@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No.: 2:19-cv-04980-AB-FFM <br><br> *Honorable André Birotte Jr.* <br><br> **GUEST-TEK'S *EX PARTE* APPLICATION FOR APPROVAL OF SUPERSEDEAS BOND AND FOR STAY OF EXECUTION PENDING APPEAL** |

Michael J. Swope (Admitted *Pro Hac Vice*)
Email:  mswope@bakerlaw.com
**BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3500
Seattle, WA 98104-4040
Telephone:  206.332.1379
Facsimile:   206.624.7317

Andrew E. Samuels (Admitted *Pro Hac Vice*)
Email:  asamuels@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
Telephone:  614.228.1541
Facsimile:   614.462.2616

Thomas D. Warren (SBN 160921)
Email:  tom.warren@warrenterzian.com
**WARREN TERZIAN LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone:  213.410.2620

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

GUEST-TEK'S *EX PARTE* APPLICATION FOR APPROVAL OF SUPERSEDEAS BOND
AND FOR STAY OF EXECUTION PENDING APPEAL; CASE NO.: 2:19-CV-04980-AB-FFM

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Guest-Tek Interactive Entertainment Ltd. brings this *ex parte* application under L.R. 7-19 to approve the supersedeas bond that Guest-Tek has lodged (Dkt. No. 206) and to issue an order staying execution on the Court's September 10, 2020 judgment (Dkt. No. 187) pending the resolution of Guest-Tek's appeal, notice of which Guest-Tek filed on September 29, 2020 (Dkt. No. 203). The reasons supporting this application are more fully set forth in the attached memorandum.

Guest-Tek advised Nomadix of this application by email on October 6, 2020 at 2:43 PM. Declaration of Meghan Rohling Kelly ¶ 2. Nomadix opposes the application. *Id.*

**PLEASE TAKE FURTHER NOTICE** that unless otherwise ordered by the Court, Nomadix shall have **24 hours (or one court day)** from delivery of this application to file and serve any papers in opposition to same.

Dated: October 6, 2020

BAKER & HOSTETLER LLP

By: */s/ Kevin M. Bovard*
Kevin M. Bovard

Attorneys for Defendant
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## MEMORANDUM OF POINTS AND AUTHORITIES

Guest-Tek has filed a notice of appeal (Dkt. No. 203) from this Court's September 10, 2020 judgment (Dkt. No. 187). The judgment awards Plaintiff Nomadix, Inc. $1,099,310 in attorney fees and $400 in costs, for a total of $1,099,710. (Dkt. No. 187.) Guest-Tek has lodged a supersedeas bond in the amount of $1,374,637.50, or 125% of the amount of the judgment. (Dkt. No. 206.) Guest-Tek requests that the Court approve the bond and enter a stay of execution during the pendency of Guest-Tek's appeal. *Ex parte* relief is proper because Nomadix has obtained a writ of execution (Dkt. No. 193), which it is currently seeking to enforce despite Guest-Tek's pending appeal.

By lodging the bond, Guest-Tek is entitled to a stay of execution as a matter of right. "At any time after judgment is entered, a party may obtain a stay by providing a bond or other security. The stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security." Fed. R. Civ. P. 62(b). This Court enjoys "broad discretion" to determine the bond amount, and in fact can choose not to require a bond at all. *Acacia Research Corp. v. Nat'l Union Fire Ins. Co.*, No. 05-501, 2008 WL 4381649, at *2 (C.D. Cal. Sept. 9, 2008) (collecting cases). In any event, a bond of 125% of the amount of the judgment suffices to stay execution. *See, e.g.*, *KST Data, Inc. v. DXC Tech. Co.*, No. 2:17-cv-7927, 2020 WL 2841402, at *2 (C.D. Cal. Mar. 20, 2020) ("[T]he Court does not see any compelling reason to depart from the standard practice for calculating bonds pending appeal in this instance. A bond of 1.25 times the judgment sum will suffice to cover costs on appeal, interest, and damages for delay."). Because Guest-Tek has lodged a $1,374,637.50 bond to secure a $1,099,710 judgment, the Court should grant this application and stay execution on the judgment.

Under L.R. 7-19, Guest-Tek states that the name, address, telephone number and e-mail address of counsel for Nomadix are:

> Douglas G. Muehlhauser (SBN 179495)
> doug.muehlhauser@knobbe.com
> Payson LeMeilleur (SBN 205690)
> payson.lemeilleur@knobbe.com
> Mark Lezama (SBN 253479)
> mark.lezama@knobbe.com
> Justin J. Gillett (SBN 298150)
> justin.gillett@knobbe.com
> **KNOBBE, MARTENS, OLSON & BEAR LLP**
> 2040 Main Street, Fourteenth Floor
> Irvine, CA 92614
> Telephone: 949-760-0404
>
> Ian T. Clarke-Fisher
> Joseph L. Clasen
> **ROBINSON & COLE LLP**
> 666 Third Avenue, 20th Floor
> New York, NY 10017
> Telephone: 212-451-2900

Dated: October 6, 2020

BAKER & HOSTETLER LLP

By: */s/ Kevin M. Bovard*
 Kevin M. Bovard

Attorneys for Defendant
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES