William W. Oxley, SBN 136793 (Admitted in Related Case)
*Email:  woxley@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859

Kevin M. Bovard, SBN 247521
*Email: kbovard@bakerlaw.com*
Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
*Email:  jlesovitz@bakerlaw.com*
Meghan Rohling Kelly, SBN 292236
*Email:  mkelly@bakerlaw.com*
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone:   215.568.3100
Facsimile:   215.568.3439

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>Defendant. | Case No.: 2:19-cv-04980-AB-FFM<br><br>*Honorable André Birotte Jr.*<br><br>**GUEST-TEK'S *EX PARTE* APPLICATION FOR STAY OF RETURN DATE OF 1,633 SUBPOENAS THAT NOMADIX DELIVERED TO GUEST-TEK'S CUSTOMERS** |

1   Michael J. Swope (Admitted *Pro Hac Vice*)
    *Email:  mswope@bakerlaw.com*
2   **BAKER & HOSTETLER LLP**
    999 Third Avenue, Suite 3500
3   Seattle, WA 98104-4040
    Telephone:  206.332.1379
4   Facsimile:    206.624.7317

5   Andrew E. Samuels (Admitted *Pro Hac Vice*)
    *Email:  asamuels@bakerlaw.com*
6   **BAKER & HOSTETLER LLP**
    200 Civic Center Drive, Suite 1200
7   Columbus, OH 43215-4138
    Telephone:  614.228.1541
8   Facsimile:    614.462.2616

9   Thomas D. Warren (SBN 160921)
    *Email:  tom.warren@warrenterzian.com*
10  **WARREN TERZIAN LLP**
    700 S. Flower Street, Suite 1000
11  Los Angeles, CA 90017
    Telephone:  213.410.2620
12
    *Attorneys for Defendant*
13  GUEST-TEK INTERACTIVE
    ENTERTAINMENT LTD.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  **TO THE HONORABLE COURT, AND TO PLAINTIFF AND ITS**
2  **COUNSEL OF RECORD:**

3  **PLEASE TAKE NOTICE** that Defendant Guest-Tek Interactive
4  Entertainment Ltd. brings this *ex parte* application under L.R. 7-19 to stay the
5  October 22 return date on the 1,633 subpoenas that Nomadix delivered to Guest-
6  Tek's customers during the weekend of September 25–27. The Court should set an
7  amended return date for 15 days after the Court rules on Guest-Tek's motion to
8  quash or withdraw those subpoenas (Dkt. No. 209). The reasons supporting this
9  application are more fully set forth in the attached memorandum.

10  Guest-Tek advised Nomadix of this application by email on October 7, 2020
11  at 11:49 AM. Declaration of Meghan Rohling Kelly ¶ 2, Ex. A. Nomadix opposes
12  the application. *Id.*

13  **PLEASE TAKE FURTHER NOTICE** that unless otherwise ordered by the
14  Court, Nomadix shall have **24 hours (or one court day)** from delivery of this
15  application to file and serve any papers in opposition to same.

16

17  Dated:  October 7, 2020                BAKER & HOSTETLER LLP

18

19                                         By:   */s/ Kevin M. Bovard*
20                                               Kevin M. Bovard

21                                         Attorneys for Defendant
22                                         GUEST-TEK INTERACTIVE
                                           ENTERTAINMENT LTD.

23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

## MEMORANDUM OF POINTS AND AUTHORITIES

Guest-Tek has moved to quash, or alternatively for a protective order requiring Nomadix to withdraw, 1,633 subpoenas that Nomadix delivered to Guest-Tek's customers during the weekend of September 25–27. (Dkt. No. 209.) That motion is set for hearing on November 6. (*Id.*) But the 1,633 subpoenas have a return date of October 22, which is 15 days from today. (Dkt. No. 210 ¶ 3, Ex. B.) The Court should stay the October 22 return date and set an amended return date for 15 days after the Court rules on Guest-Tek's motion to quash or withdraw. Because the October 22 return date is fast approaching, *ex parte* relief is proper.

Guest-Tek's requested stay is consistent with established case law and standard practice. Courts often find that a "stay of compliance is warranted" while "waiting for the Court to determine whether the subpoenas should be quashed." *Zamler v. Ashton Techs., Inc.*, No. 14-14189, 2016 WL 193382, at *2 (E.D. Mich. Jan. 15, 2016) (citing *Harris v. United States*, 413 F.2d 314, 315 (9th Cir. 1969)). And "[w]hile technically there is no automatic stay of compliance upon the mere making of a motion to quash a subpoena, there is a general understanding that compliance may be withheld until the court rules on the motion." David D. Siegel, *Federal Subpoena Practice Under the New Rule 45 of the Federal Rules of Civil Procedure*, 139 F.R.D. 197, 239 (1992). In fact, parties often agree to stay subpoena return dates pending the outcome of a subpoena-related motion to quash or motion for protective order. *See, e.g.*, *United States v. IBM Corp.*, 62 F.R.D. 507, 512 (S.D.N.Y. 1974) ("Since [the parties] have voluntarily agreed to continue the return date of the subpoenas pending decision on these motions [to quash and for protective order, among others], it is unnecessary for the court to rule on any specific stay applications."). For all these reasons, Guest-Tek's customers should not be forced to respond to Nomadix's subpoenas until the Court rules on Guest-Tek's motion to quash or withdraw. The Court should stay the October 22 return date of the 1,633 subpoenas that Nomadix delivered to Guest-Tek's customers.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

1    Under L.R. 7-19, Guest-Tek states that the name, address, telephone number

2  and e-mail address of counsel for the opposing party are:

3    Douglas G. Muehlhauser (SBN 179495)
     doug.muehlhauser@knobbe.com
4    Payson LeMeilleur (SBN 205690)
     payson.lemeilleur@knobbe.com
5    Mark Lezama (SBN 253479)
     mark.lezama@knobbe.com
6    Justin J. Gillett (SBN 298150)
     justin.gillett@knobbe.com
7    **KNOBBE, MARTENS, OLSON & BEAR LLP**
     2040 Main Street, Fourteenth Floor
8    Irvine, CA 92614
     Telephone: 949-760-0404
9
     Ian T. Clarke-Fisher
10   Joseph L. Clasen
     **ROBINSON & COLE LLP**
11   666 Third Avenue, 20th Floor
     New York, NY 10017
12   Telephone: 212-451-2900

13

14   Dated:  October 7, 2020            BAKER & HOSTETLER LLP

15
                                        By:   */s/ Kevin M. Bovard*
16                                            _____
                                              Kevin M. Bovard
17
                                        Attorneys for Defendant
18                                      GUEST-TEK INTERACTIVE
                                        ENTERTAINMENT LTD.

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES