# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No.: 2:19-cv-04980-AB-FFM <br><br> *Honorable André Birotte Jr.* <br><br> **[PROPOSED] ORDER GRANTING GUEST-TEK'S *EX PARTE* APPLICATION FOR STAY OF RETURN DATE OF 1,633 SUBPOENAS THAT NOMADIX DELIVERED TO GUEST-TEK'S CUSTOMERS** |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

Before the Court is Defendant Guest-Tek Interactive Entertainment Ltd.'s *Ex Parte* Application for Stay of Return Date of 1,633 Subpoenas That Nomadix Delivered to Guest-Tek's Customers. Finding good cause therefor, the Court **GRANTS** Guest-Tek's application. The Court **ORDERS** that the return date of all 1,633 subpoenas that Plaintiff Nomadix, Inc. delivered to Guest-Tek's customers is **STAYED**. The Court further **ORDERS** that the subpoenas' return date is amended to 15 days after the Court rules on Guest-Tek's motion to quash or withdraw the subpoenas (Dkt. No. 209).

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable André Birotte Jr.
United States District Judge

Baker & Hostetler LLP
Attorneys at Law
Los Angeles