# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br>    Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br>    Defendant. | Case No.: 2:19-cv-04980-AB (SKx) <br><br> **ORDER DENYING GUEST-TEK'S MOTION TO QUASH OR FOR PROTECTIVE ORDER [ECF 209]** |

Defendant Guest-Tek's Motion to Quash or for Protective Order Against Plaintiff Nomadix's Nonparty Subpoenas to Guest-Tek's Customers (ECF 209) is denied without prejudice to renewing if a ripe controversy remains after the District Court's ruling on Guest-Tek's application for stay of the writ of execution pending appeal (ECF 207).  Nothing in this order affects any nonparty's rights under Federal Rule of Procedure 45.  The Court holds Nomadix to its representation and commitment that it will reasonably cooperate with nonparties about return dates or other potential burden issues raised directly to Nomadix by nonparties.

The hearing on this motion noticed for November 6, 2020 is vacated. Guest-Tek's ex parte application for a stay of the subpoena return dates pending resolution of this motion (ECF 213) is denied as moot.

IT IS SO ORDERED.

Dated: October 9, 2020

STEVE KIM
U.S. MAGISTRATE JUDGE