# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>  Defendant. | Case No.: 2:19-cv-04980-AB-FFM<br><br>*Honorable André Birotte Jr.*<br><br>**ORDER GRANTING GUEST-TEK'S *EX PARTE* APPLICATION FOR APPROVAL OF SUPERSEDEAS BOND AND FOR STAY OF EXECUTION PENDING APPEAL** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Having considered Defendant Guest-Tek Interactive Entertainment, Ltd.'s *ex parte* application for approval of supersedeas bond and for stay of execution pending appeal, and finding good cause therefor, the Court **GRANTS** the application.

The Court **ORDERS** that Guest-Tek's supersedeas bond (Dkt. No. 206) is **APPROVED** in the amount of 1.25 times the judgment and that execution on the Court's September 10, 2020 judgment (Dkt. No. 187) is **STAYED** pending Guest-Tek's appeal to the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: October 13, 2020

Honorable André Birotte Jr.
United States District Judge

CC: Fiscal

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING GUEST-TEK'S *EX PARTE* APPLICATION FOR APPROVAL OF SUPERSEDEAS BOND AND FOR STAY OF EXECUTION PENDING APPEAL; CASE NO.: 2:19-CV-04980-AB-FFM