**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Nomadix, Inc. | CV-19-04980-AB-FFM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Guest-Tek Interactive Entertainment Ltd. | Writ of Execution   Bank Levy |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
HSBC Bank USA, NA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
637 N. Broadway, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Robinson + Cole LLP, Attn: Ian Clarke-Fisher<br>666 3rd Ave, 20th FL<br>New York, NY 10174   iclarke-fisher@rc.com | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*): Guesttek bank accom #269007784
ABA #122240861
(213-628-8167)   (800-975-4722)

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Ian Clarke-Fisher | | 212-451-2974 | 10-7-20 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 12 | No. 12 | | 10/09/2020 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address (*complete only different than shown above*) | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65 | | |

**REMARKS**

Served on: 10.9.2020

Mailed on: 10.13.2020

FILED
CLERK, U.S. DISTRICT COURT
OCT 15 2020
CENTRAL DISTRICT OF CALIFORNIA
BY JTA DEPUTY

REC'D USMS C/CA - CIVIL
OCT 14 '20 AM 8:43

REC'D USMS C/CA - CIVIL
OCT 9 '20 AM 9:29

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18