William W. Oxley, SBN 136793 (Admitted in Related Case)
*Email: woxley@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859

Kevin M. Bovard, SBN 247521
*Email: kbovard@bakerlaw.com*
Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
*Email: jlesovitz@bakerlaw.com*
Meghan Rohling Kelly, SBN 292236
*Email: mkelly@bakerlaw.com*
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone:  215.568.3100
Facsimile:  215.568.3439

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

and

*Attorneys for Nonparty*
GUEST-TEK INTERACTIVE ENTERTAINMENT INC.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No.: 2:19-cv-04980-AB(SKx) |
| Plaintiff, | *Honorable André Birotte Jr.* |
| v. | **DECLARATION OF MEGHAN ROHLING KELLY IN SUPPORT OF GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S AND GUEST-TEK INTERACTIVE ENTERTAINMENT INC.'S *EX PARTE* APPLICATION TO QUASH AND RECALL WRIT OF EXECUTION SERVED ON NONPARTY** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant. | |

1  Michael J. Swope (Admitted *Pro Hac Vice*)
   Email:  mswope@bakerlaw.com
2  **BAKER & HOSTETLER LLP**
   999 Third Avenue, Suite 3500
3  Seattle, WA 98104-4040
   Telephone:  206.332.1379
4  Facsimile:   206.624.7317

5  Andrew E. Samuels (Admitted *Pro Hac Vice*)
   Email:  asamuels@bakerlaw.com
6  **BAKER & HOSTETLER LLP**
   200 Civic Center Drive, Suite 1200
7  Columbus, OH 43215-4138
   Telephone:  614.228.1541
8  Facsimile:   614.462.2616

9  Thomas D. Warren (SBN 160921)
   Email:  tom.warren@warrenterzian.com
10 **WARREN TERZIAN LLP**
   700 S. Flower Street, Suite 1000
11 Los Angeles, CA 90017
   Telephone:  213.410.2620
12
   *Attorneys for Defendant*
13 GUEST-TEK INTERACTIVE
   ENTERTAINMENT LTD.
14
   and
15
   *Attorneys for Nonparty*
16 GUEST-TEK INTERACTIVE
   ENTERTAINMENT INC.

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

I, Meghan Rohling Kelly, hereby declare and state:

1. I am an attorney at law duly licensed to practice before all the Courts of the Commonwealth of Pennsylvania and the States of California and New York. I am a partner at the law firm of Baker & Hostetler LLP and counsel of record for Defendant Guest-Tek Interactive Entertainment, Ltd. ("LTD") and Nonparty Guest-Tek Interactive Entertainment Inc. ("INC"). I submit this Declaration in support of LTD's and INC's *Ex Parte* Application to Quash and Recall Writ of Execution Served on Nonparty.

2. LTD and INC advised Plaintiff Nomadix, Inc. ("Nomadix") of this application by email on October 16, 19, and 20. Nomadix opposes the application.

3. Attached as Exhibit A is a true and correct copy of an October 16–20, 2020 email thread between LTD's and INC's counsel and Nomadix's counsel.

4. Attached as Exhibit B is a true and correct copy of an ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

5. Attached as Exhibit C is a true and correct copy of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

6. Attached as Exhibit D is a true and correct copy of an October 16–20, 2020 email thread between LTD's and INC's counsel ▉▉▉▉▉▉.

7. On October 20, 2020, I participated in a phone call with Nomadix's counsel Ian Clarke-Fisher ▉▉▉▉▉▉. During the phone call, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

8. On October 20, 2020 I participated in two phone calls with Nomadix's counsel Ian Clarke-Fisher. During both of those calls, Nomadix's counsel stated

- 1 -

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

that when Nomadix served the writ, Nomadix "had no idea" whether ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of October, 2020, at Villanova, Pennsylvania.

Dated: October 20, 2020

BAKER & HOSTETLER LLP

By: */s/ Meghan Rohling Kelly*
    Meghan Rohling Kelly

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

and

*Attorneys for Nonparty*
GUEST-TEK INTERACTIVE ENTERTAINMENT INC.

- 2 -
DECLARATION OF MEGHAN ROHLING KELLY IN SUPPORT OF GUEST-TEK ENTITIES' *EX PARTE* APPLICATION TO QUASH AND RECALL WRIT OF EXECUTION SERVED ON NONPARTY; CASE NO.: 2:19-CV-04980-AB(SKX)