# EXHIBIT A
# PROPOSED SEALED