Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Payson LeMeilleur (SBN 205690)
payson.lemeilleur@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
Justin J. Gillett (SBN 298150)
justin.gillett@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Joseph L. Clasen (admitted *pro hac vice*)
jclasen@rc.com
Ian T. Clarke-Fisher (admitted *pro hac vice*)
iclarke-fisher@rc.com
ROBINSON & COLE LLP
666 Third Avenue, Twentieth Floor
New York, NY 10017
Telephone: 212-451-2910
Facsimile: 212-451-2999

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>Defendant. | Case No.<br>CV19-04980 AB (FFMx)<br><br>**IAN CLARKE-FISHER'S DECLARATION IN SUPPORT OF NOMADIX'S OPPOSITION TO *EX PARTE* APPLICATION TO QUASH AND RECALL WRIT OF EXECUTION**<br><br>Honorable André Birotte Jr. |

I, Ian T. Clarke-Fisher, hereby declare and state:

1. I am an attorney at law duly licensed to practice before the Courts of the States of New York and Connecticut and the Commonwealth of Massachusetts. I am a partner at the law firm of Robinson & Cole LLP and admitted *pro hac vice* as counsel of record for Plaintiff Nomadix, Inc. ("Nomadix"). I submit this Declaration in support of Nomadix's Opposition to Guest-Tek's *Ex Parte* Application to Quash and Recall Writ of Execution Served on Nonparty.

2. Attached as Exhibit 1 is a true and correct copy of an October 21, 2020 email I sent to Guest-Tek's counsel and HSBC.

3. Attached as Exhibit 2 is a true and correct copy of an October 21, 2020 email thread between me and HSBC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of October, 2020.

/s/ *Ian T. Clarke-Fisher*
Ian T. Clarke-Fisher