## Clarke-Fisher, Ian T.

| | |
|---|---|
| **From:** | Clarke-Fisher, Ian T. |
| **Sent:** | Wednesday, October 21, 2020 5:42 PM |
| **To:** | Kelly, Meghan |
| **Cc:** | Clasen, Joseph L.; mark.lezama@knobbe.com; doug.muehlhauser@knobbe.com; Nomadix.Guest-Tek; Swope, Michael; Layden, Andrew; Samuels, Andrew; Oxley, William W.; Lesovitz, Jeffrey; Bovard, Kevin M.; Guest-TekCA; nicole.a.annunziata@us.hsbc.com |
| **Subject:** | RE: Nomadix - writ of execution |

Meghan,
You state that you never refused to represent that the account is not in Ltd.'s tax ID number. If this is the case, please make the representation now and that will end the matter.

Assuming you will not, this unfortunately appears to be an issue between Guest-Tek and HSBC, not Nomadix. I spoke with HSBC before sending my 12:40 pm email and they advised that my email would be acceptable, that they would respond with "confirmed," and release the account. It is not clear to us why they have not responded, but it is also unclear what more we can do with the information provided.
Regards,
Ian

**Ian T. Clarke-Fisher**

Robinson & Cole LLP
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Direct 212.451.2974 | Fax 212.451.2999
iclarke-fisher@rc.com | www.rc.com
Bio | Contact Card

A resource for you - visit our COVID-19 Response Team webpage.

**Robinson+Cole**
Celebrating 175 Years

Boston | Hartford | New York | Providence | Miami | Stamford
Los Angeles | Wilmington | Philadelphia | Albany | New London

**From:** Kelly, Meghan <mkelly@bakerlaw.com>
**Sent:** Wednesday, October 21, 2020 5:09 PM
**To:** Clarke-Fisher, Ian T. <IClarke-Fisher@rc.com>
**Cc:** Clasen, Joseph L. <jclasen@rc.com>; mark.lezama@knobbe.com; doug.muehlhauser@knobbe.com; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>; Swope, Michael <MSwope@bakerlaw.com>; Layden, Andrew <alayden@bakerlaw.com>; Samuels, Andrew <asamuels@bakerlaw.com>; Oxley, William W. <woxley@bakerlaw.com>; Lesovitz, Jeffrey <JLesovitz@bakerlaw.com>; Bovard, Kevin M. <KBovard@bakerlaw.com>; Guest-TekCA <Guest-TekCA@bakerlaw.com>; nicole.a.annunziata@us.hsbc.com
**Subject:** RE: Nomadix - writ of execution

Ian,

I do not agree that your characterization of our conversations or of our conversation with Ms. Annunziata is accurate. While I will not spend time correcting every misrepresentation, I never "refused to represent that the account is not in Ltd.'s tax ID number." Instead, what I told you in the attached email yesterday is that LTD and INC have "no way of knowing what shows up on HSBC's system with regards to tax ID numbers or why but no one at INC or LTD requested that LTDs tax ID number be associated with an INC account." That was insufficient for Nomadix to take the steps it has been repeatedly told it needs to take in order for the account to be unfrozen.

Regardless, we cannot withdraw our ex parte application until we receive confirmation from HSBC that the account has been unfrozen. As Nomadix is aware based on what HSBC told both of us, this sort of contingent email is insufficient to release the hold and HSBC requires a letter from you before it can release the account.

Meghan


**From:** Clarke-Fisher, Ian T. <IClarke-Fisher@rc.com>
**Sent:** Wednesday, October 21, 2020 12:40 PM
**To:** Kelly, Meghan <mkelly@bakerlaw.com>
**Cc:** Clasen, Joseph L. <jclasen@rc.com>; mark.lezama@knobbe.com; doug.muehlhauser@knobbe.com; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>; Swope, Michael <MSwope@bakerlaw.com>; Layden, Andrew <alayden@bakerlaw.com>; Samuels, Andrew <asamuels@bakerlaw.com>; Oxley, William W. <woxley@bakerlaw.com>; Lesovitz, Jeffrey <JLesovitz@bakerlaw.com>; Bovard, Kevin M. <KBovard@bakerlaw.com>; Guest-TekCA <Guest-TekCA@bakerlaw.com>; nicole.a.annunziata@us.hsbc.com
**Subject:** Nomadix - writ of execution


[External Email: Use caution when clicking on links or opening attachments.]

Meghan,
You have been telling us that the HSBC account at issue (ending in ▮▮▮▮) does not "belong" to Ltd.; however, Guest-Tek has refused to represent that the account is not in Ltd.'s tax ID number. The tax ID issue was one raised by HSBC and all we asked for was confirmation from Guest-Tek that this was not the case. A simple request that warranted a simple response, one which Guest-Tek refused to provide for reasons which still escape us.

Accordingly, in an effort to avoid Guest-Tek's unnecessary ex parte application, I reached out to you last night by phone. During our call, you continued to refuse to confirm that the account is not in Ltd.'s tax ID number. So, we jointly called HSBC to confirm this. During our call with the HSBC representative, Nicole Annunziata, HSBC was unable to confirm that that the account was not in Ltd.'s tax ID number, but Ms. Annunziata said that she would follow up either that evening or tomorrow with a response. Rather than waiting half-a-day for HSBC to provide the information which Guest-Tek already had, Guest-Tek, as seems to be its practice, would prefer to unnecessarily involve the Court and filed the ex parte application.

Today, we followed up with HSBC again and, for the first time, HSBC stated unambiguously that the account at issue is not under Ltd.'s tax ID and has never been under Ltd.'s tax ID. HSBC is unable to explain why this issue was initially brought to our attention and not resolved in our prior discussions, but we can put that aside for the purposes of Guest-Tek's ex parte application.

We have included HSBC's representative, Ms. Annunziata, on this correspondence. **Assuming HSBC confirms in writing that the account ending in ▮▮▮▮ is not under Ltd.'s tax ID and has never been under Ltd.'s tax ID by responding to this email with "confirmed," Nomadix will rely on HSBC's confirmation and consents to the account being released from the hold.**

With this in mind, we assume Guest-Tek will be withdrawing its ex parte application in short order.

Regards,
Ian


**Ian T. Clarke-Fisher**

Robinson & Cole LLP
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Direct 212.451.2974 | Fax 212.451.2999
iclarke-fisher@rc.com | www.rc.com
Bio | Contact Card

A resource for you - visit our COVID-19 Response Team webpage.

**Robinson+Cole**
Celebrating 175 Years

Boston | Hartford | New York | Providence | Miami | Stamford
Los Angeles | Wilmington | Philadelphia | Albany | New London

This transmittal may be a confidential R+C attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it-admin@rc.com, and immediately delete this message and all its attachments.

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.