**Clarke-Fisher, Ian T.**

**From:** Clarke-Fisher, Ian T.
**Sent:** Wednesday, October 21, 2020 5:48 PM
**To:** Nicole A Annunziata
**Subject:** RE: EXTERNAL: Confirming email address

Nicole,
If you would like us to get on a call, we are happy to do so.

**Ian T. Clarke-Fisher**

Robinson & Cole LLP
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Direct 212.451.2974 | Fax 212.451.2999
iclarke-fisher@rc.com | www.rc.com
Bio | Contact Card

A resource for you - visit our COVID-19 Response Team webpage.

**Robinson+Cole**
Celebrating 175 Years

Boston | Hartford | New York | Providence | Miami | Stamford
Los Angeles | Wilmington | Philadelphia | Albany | New London

**From:** Nicole A Annunziata <nicole.a.annunziata@us.hsbc.com>
**Sent:** Wednesday, October 21, 2020 4:48 PM
**To:** Clarke-Fisher, Ian T. <IClarke-Fisher@rc.com>
**Subject:** RE: EXTERNAL: Confirming email address

Hello Ian,

I am waiting for a response from our generals counsel office.  We will respond shortly.

Thank you,

Nicole A Annunziata
Legal Paper Regulatory Specialist
Legal Paper Processing I HSBC Operations, Services and Technology USA

2929 Walden Avenue – Pole C 84
Depew, NY 14043

Phone: 716-841-4469
Email: Nicole.A.Annunziata@us.hsbc.com

**From:** Clarke-Fisher, Ian T. <IClarke-Fisher@rc.com>
**Sent:** Wednesday, October 21, 2020 4:16 PM
**To:** Nicole A Annunziata <nicole.a.annunziata@us.hsbc.com>
**Subject:** RE: EXTERNAL: Confirming email address
**Importance:** High

Nicole,
We need a response before 4:30 pm. We are simply looking for confirmation of what we discussed this morning.

### Ian T. Clarke-Fisher

Robinson & Cole LLP
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Direct 212.451.2974 | Fax 212.451.2999
iclarke-fisher@rc.com | www.rc.com
Bio | Contact Card

A resource for you - visit our COVID-19 Response Team webpage.

### Robinson+Cole
Celebrating 175 Years

Boston | Hartford | New York | Providence | Miami | Stamford
Los Angeles | Wilmington | Philadelphia | Albany | New London


**From:** Nicole A Annunziata <nicole.a.annunziata@us.hsbc.com>
**Sent:** Wednesday, October 21, 2020 3:36 PM
**To:** Clarke-Fisher, Ian T. <IClarke-Fisher@rc.com>
**Subject:** RE: EXTERNAL: Confirming email address

Hello Ian,

I am sorry I am missing your calls. I am in a meeting and will respond shortly.

Thank you,

Nicole A Annunziata
Legal Paper Regulatory Specialist
Legal Paper Processing I HSBC Operations, Services and Technology USA

2929 Walden Avenue – Pole C 84
Depew, NY 14043

Phone: 716-841-4469
Email: Nicole.A.Annunziata@us.hsbc.com

**From:** Clarke-Fisher, Ian T. <IClarke-Fisher@rc.com>
**Sent:** Wednesday, October 21, 2020 12:22 PM
**To:** Nicole A Annunziata <nicole.a.annunziata@us.hsbc.com>
**Subject:** EXTERNAL: Confirming email address

Nicole,

**Exhibit 2**
**-6-**

I am just confirming that this is the correct email address. Please confirm receipt. Thank you.

**Ian T. Clarke-Fisher**

Robinson & Cole LLP
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Direct 212.451.2974 | Fax 212.451.2999
iclarke-fisher@rc.com | www.rc.com
Bio | Contact Card

A resource for you - visit our COVID-19 Response Team webpage.

**Robinson+Cole**
Celebrating 175 Years

Boston | Hartford | New York | Providence | Miami | Stamford
Los Angeles | Wilmington | Philadelphia | Albany | New London

This transmittal may be a confidential R+C attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it-admin@rc.com, and immediately delete this message and all its attachments.

****************************************************************
This message originated from the Internet. Its originator may or may not be who they claim to be and the information contained in the message and any attachments may or may not be accurate.
****************************************************************
****************************************************************
This E-mail is confidential. It may also be legally privileged. If
you are not the addressee you may not copy, forward, disclose or
use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any
errors or omissions.
****************************************************************
SAVE PAPER - THINK BEFORE YOU PRINT!
****************************************************************
This E-mail is confidential. It may also be legally privileged. If
you are not the addressee you may not copy, forward, disclose or
use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely, secure,

error or virus-free. The sender does not accept liability for any
errors or omissions.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SAVE PAPER - THINK BEFORE YOU PRINT!
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message originated from the Internet. Its originator may or
may not be who they claim to be and the information contained in
the message and any attachments may or may not be accurate.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This E-mail is confidential. It may also be legally privileged. If
you are not the addressee you may not copy, forward, disclose or
use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any
errors or omissions.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SAVE PAPER - THINK BEFORE YOU PRINT!
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This E-mail is confidential. It may also be legally privileged. If
you are not the addressee you may not copy, forward, disclose or
use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any
errors or omissions.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SAVE PAPER - THINK BEFORE YOU PRINT!

**Exhibit 2**
**-8-**