# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No.: 2:19-cv-04980-AB(SKx) <br><br> *Honorable André Birotte Jr.* <br><br> **ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S AND GUEST-TEK INTERACTIVE ENTERTAINMENT INC.'S** *EX PARTE* **APPLICATION TO QUASH AND RECALL WRIT OF EXECUTION SERVED ON NONPARTY, DECLARATION OF MEGHAN ROHLING KELLY IN SUPPORT, AND EXHIBITS A–D** |

Having considered Defendant Guest-Tek Interactive Entertainment Ltd. ("LTD") and nonparty Guest-Tek Interactive Entertainment Inc. ("INC")'s Application for Leave to File Under Seal their *Ex Parte* Application to Quash and Recall Writ of Execution Served on Nonparty, Declaration of Meghan Rohling Kelly in support, and Exhibits A–D thereto, and finding good cause therefor, the Court GRANTS the Application. LTD and INC may file their *Ex Parte* Application to Quash and Recall Writ of Execution Served on Nonparty, Declaration of Meghan Rohling Kelly in support, and Exhibits A–D under seal.

IT IS SO ORDERED.

Dated: October 22, 2020

Honorable Steve Kim
U.S. Magistrate Judge