# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>    Defendant. | Case No.: 2:19-cv-04980-AB (SKx)<br><br>**ORDER RE GUEST-TEK'S EX PARTE APPLICATION TO QUASH AND RECALL WRIT OF EXECUTION ON NONPARTY [ECF 224]** |

Defendant Guest-Tek's ex parte application to quash and recall writ of execution on nonparty (ECF 224) is deferred for ruling until no sooner than Noon PST on October 26, 2020.  Meanwhile, the parties are ordered to convene a video or telephonic conference between and among themselves and the appropriate HSBC representative forthwith—and by no later than 9 AM PST October 26, 2020—to resolve the apparent confusion about whether the correct Guest-Tek entity was served with Nomadix's writ of execution and to follow up with any requested confirmation of that resolution in writing.  The parties shall then file a one-page joint status report with the Court by no later than Noon PST on October 26, 2020, either withdrawing the ex parte application as moot, requesting additional time to resolve the dispute underlying the application without need for court order, or asking the Court to rule on the ex parte application as is with an explanation why it could not be resolved without court order.  If, as seems to be true, the wrong HSBC account was frozen because of a misunderstanding over bank account or tax identification numbers, there appears no valid reason why the parties cannot definitively—and quickly—resolve that between themselves and with HSBC by verifying objective unfalsifiable financial account information.  If needed, this order may be served on HSBC with the expectation that it will comply as ordered to help the parties resolve the apparent account confusion once and for all.

      IT IS SO ORDERED.

Dated: October 22, 2020

_____
STEVE KIM
U.S. MAGISTRATE JUDGE