Joseph L. Clasen (Admitted *Pro Hac Vice*)
Email: jclasen@rc.com
Ian T. Clarke-Fisher (Admitted *Pro Hac Vice*)
Email: iclarke-fisher@rc.com
**ROBINSON & COLE LLP**
666 Third Avenue, Twentieth Floor
New York, NY 10017
Telephone: 212.451.2910
Facsimile: 212.451.2999

*Attorneys for Plaintiff*
NOMADIX, INC.

William W. Oxley, SBN 136793 (Admitted in Related Case)
Email: woxley@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant*                *Attorneys for Nonparty*
GUEST-TEK INTERACTIVE      and      GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.                    ENTERTAINMENT INC.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No.: 2:19-cv-04980-AB(SKx) <br><br> *Honorable Steve Kim* <br><br> **JOINT STATUS REPORT REGARDING GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S AND GUEST-TEK INTERACTIVE ENTERTAINMENT INC.'S *EX PARTE* APPLICATION TO QUASH AND RECALL WRIT OF EXECUTION SERVED ON NONPARTY (DKT. NO. 224)** |

1  Douglas G. Muehlhauser (SBN 179495)
   doug.muehlhauser@knobbe.com
2  Payson LeMeilleur (SBN 205690)
   payson.lemeilleur@knobbe.com
3  Mark Lezama (SBN 253479)
   mark.lezama@knobbe.com
4  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
5  Irvine, CA 92614
   Telephone: 949.760.0404
6  Facsimile: 949.760.9502

7  *Attorneys for Plaintiff*
   NOMADIX, INC.
8

9  Kevin M. Bovard, SBN 247521
   *Email: kbovard@bakerlaw.com*
10 Jeffrey W. Lesovitz (Admitted *Pro Hac Vice* in Related Case)
   *Email: jlesovitz@bakerlaw.com*
11 Meghan Rohling Kelly, SBN 292236
   *Email: mkelly@bakerlaw.com*
12 **BAKER & HOSTETLER LLP**
   2929 Arch Street, 12th Floor
13 Philadelphia, PA 19104-2891
   Telephone:  215.568.3100
14 Facsimile:   215.568.3439

15 Michael J. Swope (Admitted *Pro Hac Vice*)
   *Email:  mswope@bakerlaw.com*
16 **BAKER & HOSTETLER LLP**
   999 Third Avenue, Suite 3500
17 Seattle, WA 98104-4040
   Telephone:  206.332.1379
18 Facsimile:   206.624.7317

19 Andrew E. Samuels (Admitted *Pro Hac Vice*)
   *Email:  asamuels@bakerlaw.com*
20 **BAKER & HOSTETLER LLP**
   200 Civic Center Drive, Suite 1200
21 Columbus, OH 43215-4138
   Telephone:  614.228.1541
22 Facsimile:   614.462.2616

23 Thomas D. Warren (SBN 160921)
   *Email:  tom.warren@warrenterzian.com*
   **WARREN TERZIAN LLP**
24 700 S. Flower Street, Suite 1000
   Los Angeles, CA 90017
25 Telephone:  213.410.2620

26 *Attorneys for Defendant*                          *Attorneys for Nonparty*
   GUEST-TEK INTERACTIVE        and              GUEST-TEK INTERACTIVE
27 ENTERTAINMENT LTD.                                ENTERTAINMENT INC.

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to the Court's October 22 Order (Dkt. No. 230), Plaintiff Nomadix, Inc., Defendant Guest-Tek Interactive Entertainment Ltd. ("LTD"), and nonparty Guest-Tek Interactive Entertainment Inc. ("INC") submit this joint status report regarding LTD's and INC's *ex parte* application to quash and recall writ of execution served on nonparty (Dkt. No. 244).

This afternoon, HSBC released INC's account. Accordingly, LTD's and INC's application should be withdrawn as moot.

Respectfully submitted,

Dated: October 23, 2020

ROBINSON & COLE LLP

By: */s/ Ian T. Clarke-Fisher (w/ permission)*
Ian T. Clarke-Fisher

*Attorneys for Plaintiff*
NOMADIX, INC.

Dated: October 23, 2020

BAKER & HOSTETLER LLP

By: */s/ Kevin M. Bovard*
Kevin M. Bovard

*Attorneys for Defendant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

and

*Attorneys for Nonparty*
GUEST-TEK INTERACTIVE ENTERTAINMENT INC.

**AUTHORIZATION FOR SIGNATURE**

The other signatory to this document concurs in this filing and has authorized the use of his signature.

By: */s/ Kevin M. Bovard*
Kevin M. Bovard